| | |
|---|---|
| Paul W. Shakespear (14113)<br>Cameron Cutler (15116)<br>Natalie Beal (18311)<br>SNELL & WILMER L.L.P.<br>15 West South Temple<br>Suite 1200<br>Gateway Tower West<br>Salt Lake City, Utah  84101<br>Telephone:  801.257.1900<br>Facsimile:  801.257.1800<br>pshakespear@swlaw.com<br>ccutler@swlaw.com<br>nbeal@swlaw.com | Abram I. Moore (pro hac vice pending)<br>Christian A. Zazzali (pro hac vice pending)<br>K&L GATES LLP<br>70 West Madison St., Suite 3100<br>Chicago, IL 60602<br>Telephone: 312.781.6010<br>Facsimile: 312.827.8000<br>abe.moore@klgates.com<br>christian.zazzali@klgates.com |

*Attorneys for Plaintiff Eric Schiermeyer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A Gala Games GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A Gala Games GAMES,<br><br>Nominal Defendant. | **MOTION FOR PRO HAC VICE ADMISSION FOR ABRAM I. MOORE**<br><br>Case No. 2:23-cv-00589-HCN<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

I move for the admission pro hac vice of Abram I. Moore as counsel for Plaintiff Eric Schiermeyer, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify

4854-7297-3434

that the Applicant is not a member of the Utah State Bar and does not maintain a law office in Utah.

DATED this 1st day of September, 2023.

                                       SNELL & WILMER L.L.P.

                                       */s/ Paul W. Shakespear*
                                       Paul W. Shakespear
                                       Cameron Cutler
                                       Natalie Beal

                                       K&L GATES LLP
                                       Abram I. Moore
                                       Christian A. Zazzali

                                       *Attorneys for Plaintiff Eric Schiermeyer*