Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram I. Moore (pro hac vice pending)
Christian A. Zazzali (pro hac vice pending)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
abe.moore@klgates.com
christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A Gala Games GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A Gala Games GAMES,<br><br>Nominal Defendant. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION FOR ABRAM I. MOORE**<br><br>Case No. 2:23-cv-00589-HCN<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Abram I.

Moore. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this \_\_\_\_ day of _____, 2023.

                                                BY THE COURT:

                                                _____

                                                District Court Judge