# EXHIBIT A



# Project Domino

August 28, 2023

Prepared for
**K&L Gates LLP**

Counsel for
**Eric Schiermeyer**

Status
**Final Report**

**Privileged and Confidential**

Certain Kroll companies provide investigative services.
See www.kroll.com/licensing for state licensing information.

10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA 90067
USA

**Kroll.com**



# Contents

1   Introduction ..................................................................................................................3

2   Trace Summary .............................................................................................................4

    2.1   Origin of the Traced Assets ..................................................................................... 4

    2.2   Initial Transfer of Traced Assets.............................................................................. 4

    2.3   Deposits to VASPs ................................................................................................... 6

    2.4   Timelines ................................................................................................................. 8

    2.5   Conversion of GALA into other tokens ................................................................. 10

    2.6   NFT asset activity .................................................................................................. 12

    2.7   GALA v2 withdrawals ............................................................................................ 12

    2.8   Proceeds of Stolen Assets Still Held On-Chain...................................................... 14

    2.9   Co-mingling of assets ........................................................................................... 15

    2.10  Potential obfuscation of origin and destination of assets ................................... 17

    2.11  Incomplete Trace Branches ................................................................................. 18

3   Annex A ......................................................................................................................19

4   Annex B ......................................................................................................................20

5   Annex C.......................................................................................................................21



# 1  Introduction

Kroll Associates, Inc. was engaged to conduct a cryptocurrency tracing exercise in relation to 8,645,014,077 GALA v1 ERC-20 tokens (the "Traced Assets") held in 43 addresses (the 43 Addresses on behalf of Eric Schiermeyer (herinafter "the client"), a founder of Blockchain Game Partners, Inc. also known as Gala Games.

In February 2021, the Traced Assets were transferred into the 43 Addresses. We have been told these were unauthorized transactions out of client-controlled addresses, to the 43 Addresses the client does not control, i.e., have the private keys for. Between June 2022 and May 2023, billions of these tokens were sold or exchanged on several exchanges. On 15 May 2023, Gala Games issued GALA v2 tokens to supersede its GALA v1 tokens, and distributed GALA v2 to addresses holding GALA v1, except for the 43 Addresses, rendering the remaining GALA v1 tokens in those addresses useless.

Specifically, Kroll was engaged, *inter alia,* to:

- Trace GALA tokens from the 43 Addresses as far as possible (ERC-20 tokens like GALA are traceable until they reach a Virtual Asset Service Provider ("VASP"), such as a custodial exchange);
- Analyze for mixing and hidden VASPs; and
- Analyze for mixing and hidden VASPs; and Check, summarize and produce a final report regarding the known location of the Stolen Assets with appendices of transactions, a chart or charts, a timeline and a summary of fiat and native totals that have been deposited.

The significant majority of the assets have been traced to wallets in VASPs, where they cannot be traced further without disclosure from them, due to the internal ledger structure they utilize that breaks the continuity of the trace. This trace involved over 1,200 transactions. Kroll did not trace transfers where the value of the tokens transferred was comparatively low in relation to the wider trace (typically less than USD 10,000 or 5 ETH), and when the inclusion of such a branch would involve significant additional complexity. All such branches have been catalogued and can be viewed in Annex C.



# 2   Trace Summary

## 2.1   Origin of the Traced Assets

On 12 September 2020, the GALA Genesis Address[1] transferred 19,972,134,815 GALA v1 tokens to address 0x381e840f4ebe33d0153e9a312105554594a98c42, which we understand serves as the Gala Games hot wallet.[2] On 14 September 2020, the hot wallet address 0x38…8c42 sent varying amounts of GALA tokens, between 180,000,000 and 219,000,000 to the 43 Addresses, amongst others. On 3 February 2021 between 04:17 and 5:05 UTC, all the GALA v1 tokens from the 43 Addresses, approx. 8.64bn tokens, were sent to the 43 Addresses. These transactions are further detailed in the accompanying graph titled 'Inputs Trace Chart'.

## 2.2   Initial Transfer of Traced Assets

Of the 43 Addresses into which the GALA v1 from Company Wallets were transferred, GALA v1 tokens have been disseminated from 17 of the addresses. The remaining 26 addresses still hold GALA v1 tokens as of 27 July 2023. The 43 Addresses are summarized in the table below.

TABLE 1        43 addresses

| Address | Name | Status |
|---------|------|--------|
| 0xf18b80e8c3137c9b9002bb53e3c5e6f3af61cb2e | Gala Chest-7 | GALA moved - included in trace |
| 0xebe593b4954d08b07bb0adeb1992766fe514a7ec | Gala Chest-8 | GALA moved - included in trace |
| 0xda64a3d570fa32bcee58794ce92cc79efffe6a28 | Gala Chest-9 | GALA moved - included in trace |
| 0x4ea6e723bc707279a6ece4d883cea9f6f01baba9 | Gala Chest-10 | Still holding GALA v1 |
| 0x0c28e303a42dd44bf75703daa72827a4a88c17c2 | Gala Chest-11 | Still holding GALA v1 |
| 0xecbbfe29fcdc13b47eda2e24f9be73c39be3db73 | Gala Chest-12 | Still holding GALA v1 |
| 0x5aa6e807018e541e8872e71afe0cd7332011b319 | Gala Chest-13 | GALA moved - included in trace |
| 0x2f38bf84ac9c01be63c1e8b71864ba730751c960 | Gala Chest-14 | Still holding GALA v1 |
| 0x4b995183cf5ccb2111775a74abc1ed348938b06f | Gala Chest-15 | Still holding GALA v1 |
| 0xd2faaa23bf29e1ca36f54728355be5617fb39f56 | Gala Chest-16 | GALA moved - included in trace |
| 0x63599156394cd76108df1e116f7db22f78eb9c02 | Gala Chest-17 | GALA moved - included in trace |

---

[1] A Genesis Address is an address that deals with the formation and supply of cryptocurrency.
[2] We understand that these GALA v1 ERC-20 tokens were issued to replace a prior version of the GALA tokens in this address on a 1 for 1 basis.



| Address | Name | Status |
|---------|------|--------|
| 0x3833bbe542eba41f5cd33381dfc4ee349bd7195f | Gala Chest-18 | Still holding GALA v1 |
| 0x9584f7512cb58bd06d10424654d7c83421bff3aa | Gala Chest-19 | GALA moved - included in trace |
| 0x30097a1bfd9c96449321d7c8b0452b570a8b143d | Gala Chest-20 | Still holding GALA v1 |
| 0xf48edfa2e476707042f71ee9b061f413223f8376 | Gala Chest-21 | GALA moved - included in trace |
| 0x4aa5419166bdf1e6b1196243a8295819b43ee1ed | Gala Chest-22 | Still holding GALA v1 |
| 0xe30a7474de5b88d1a7ed8fe220f1b6775218a556 | Gala Chest-23 | GALA moved - included in trace |
| 0x3bf983989f00020944782e39866eafdb707c5597 | Gala Chest-24 | GALA moved - included in trace |
| 0xc859c9ec5facea9a442cd0616abeb9cd699ed5ca | Gala Chest-25 | GALA moved - included in trace |
| 0xeea1b3d091099484904180df2d1a2d2a73bbef18 | Gala Chest-26 | Still holding GALA v1 |
| 0xf6d78e722b27defc98bc906c9b8434c56091919c | Gala Chest-27 | Still holding GALA v1 |
| 0x25b62d75ff94f46aea7a9097f9b662d267320b25 | Gala Chest-28 | Still holding GALA v1 |
| 0x34b2d6ce94e21b213d5c794bfa6122bce402453c | Gala Chest-29 | GALA moved - included in trace |
| 0xebf60bb8d7808eeb2a60ad786fe9c4794919e25b | Gala Chest-30 | Still holding GALA v1 |
| 0x5b5bcc06280ea6c83ab7f82f38df2fe4ba0c0d30 | Gala Chest-31 | GALA moved - included in trace |
| 0x1422cea78ac84102dd8e316e472a98296a5a8a8e | Gala Chest-32 | Still holding GALA v1 |
| 0x74c52ca2e118a3edc7be629bcaa3b70966b80e1f | Gala Chest-33 | GALA moved - included in trace |
| 0xb4821a2186e669cfe2a83f0d5c0a986c692d7e31 | Gala Chest-34 | Still holding GALA v1 |
| 0x85fc7d7848a01215e0d721837850cce84d428fc2 | Gala Chest-35 | Still holding GALA v1 |
| 0x79bef339a8c3f738d24836c851132ea005399bff | Gala Chest-36 | GALA moved - included in trace |
| 0x3e45c7c8d12c75fef41764fed7aa283bcb18e050 | Gala Chest-37 | Still holding GALA v1 |
| 0x105103b86969cdd7d9f7da2d1f715e14fd85909e | Gala Chest-38 | Still holding GALA v1 |
| 0x2877d85027ce04f0c95647622774a17eb5eadaaf | Gala Chest-39 | GALA moved - included in trace |
| 0x9894832c85a120b3efdca9e8848f159a1ea49327 | Gala Chest-40 | Still holding GALA v1 |
| 0x912c322895db6ac99ecba4240c097e1d6f33590a | Gala Chest-41 | GALA moved - included in trace |
| 0x75b9035b4617bc729bf0e19146ec1a508705564d | Gala Chest-42 | Still holding GALA v1 |
| 0x5dee31992f8cea452a2af7b5778eb3f2939d3b16 | Gala Chest-43 | Still holding GALA v1 |
| 0xb7f682cdddc99d936d93adad1f5df15ec7e10c57 | Gala Chest-44 | Still holding GALA v1 |
| 0x219d95d9a4fdd4358cfd5299f6e9cf5d58615085 | Gala Chest-45 | Still holding GALA v1 |
| 0xe17eb1b39e477da2295220503266cb448e13f79e | Gala Chest-46 | Still holding GALA v1 |
| 0xcad9256b909271ac14b868c9c7c63bde5c2df162 | Gala Chest-47 | Still holding GALA v1 |
| 0x60950c7afa924137dfee67cbf0ff26edf3e66a7a | Gala Chest-48 | Still holding GALA v1 |



| Address | Name | Status |
|---|---|---|
| 0x2fe33a8550d8d78646d843fbb72c1daef29ed020 | Gala Chest-49 | Still holding GALA v1 |

## 2.3    Deposits to VASPs

Of the withdrawals from the 43 Addresses, we identified 929 individual deposits to addresses attributed to VASPs by commercial attribution databases, as summarized below in TABLE . Many of the GALA tokens were swapped for other tokens, namely USDC, USDT, and ETH before being deposited (further detailed in section 3.3).

Deposits to VASPs typically occurred in group transactions from a single address, with said address accumulating assets from other transactions related to the 43 Addresses over a period of 24 to 48 hours. The amounts within the group deposits vary every time.

 Blockchain technology and the VASP digital security structure make it impossible to trace these assets further. Absent either a VASP voluntarily making its record of transfer available or some type of compelled disclosure, the audit trail of the Traced Assets can proceed no further. This is because the internal ledger structure of a VASP breaks the continuity of the trace. Without disclosures from that internal ledger, Kroll  cannot determine whether these assets are still held in the accounts to which they were transferred on the VASP or whether they have been exchanged or withdrawn -- and if exchanged or withdrawn, the present form or destination of the Traced Assets.

TABLE 2    Summary of deposits to VASPs

| VASPs | Sum of Token | Value in USD[3] |
|---|---|---|
| **Binance** | - | **$17,927,838.14** |
| *ETH* | *0.06* | *$99.51* |
| *GALA* | *344,425,977.61* | *$17,703,656.09* |
| *USDC* | *223,653.47* | *$223,711.73* |
| *USDT* | *370.62* | *$370.82* |
| **Binance US** | - | **$100,073.85** |
| *USDC* | *99,999.97* | *$100,073.85* |
| **Bitrefill** | - | **$1,406.01** |
| *USDC* | *1,400.00* | *$1,406.01* |
| **BiTrue** | - | **$16,963.33** |
| *USDC* | *16,954.31* | *$16,963.33* |

---

[3] USD value is calculated at the time the transaction took place. Values may fluctuate compared to current market pricing.



| VASPs | Sum of Token | Value in USD[3] |
|---|---:|---:|
| **ChangeNow** | - | **$40,486.51** |
| *USDC* | *40,422.27* | *$40,486.51* |
| **Circle** | - | **$892,082.58** |
| *USDC* | *890,991.20* | *$892,082.58* |
| **Coinbase** | - | **$53,816,815.77** |
| *ETH* | *118.14* | *$155,480.00* |
| *GALA* | *1,310,172,715.79* | *$47,634,099.57* |
| *USDC* | *6,018,159.16* | *$6,022,229.44* |
| *USDT* | *5,002.00* | *$5,006.76* |
| **Crypto.com** | - | **$97,534.76** |
| *USDC* | *97,393.00* | *$97,534.76* |
| **Gemini** | - | **$51,378.55** |
| *ETH* | *2.78* | *$3,436.86* |
| *USDC* | *47,923.08* | *$47,941.68* |
| **Genesis Trading** | - | **$56,663,789.09** |
| *GALA* | *1,460,568,470.00* | *$56,663,789.09* |
| **Kraken** | - | **$52,757.21** |
| *ETH* | *1.61* | *$2,169.37* |
| *GALA* | *7,000,150.00* | *$0[4]* |
| *USDC* | *50,583.56* | *$50,587.84* |
| **Kucoin** | - | **$33,522.29** |
| *USDC* | *33,487.10* | *$33,522.29* |
| **SwissBorg** | - | **$435,131.50** |
| *USDC* | *434,990.00* | *$435,131.50* |
| **Total:** | - | **$130,129,779.60** |

Coinbase received the most deposits across 771 addresses. Genesis Trading address 0xd628f7c481c7dd87f674870bec5d7a311fb1d9a2 received 45 deposits, representing the most singular deposits of any VASP.

---

[4] The GALA transactions into Kraken took place after the v1 to v2 fork in May 2023, and are therefore calculated to have a 0 USD value.



**TABLE 3**     **Count of VASP addresses**

| VASPs | Number of deposit addresses identified |
|---|---:|
| Coinbase | 771 |
| Binance | 65 |
| Genesis Trading | 46 |
| Kucoin | 25 |
| Gemini | 13 |
| BiTrue | 12 |
| ChangeNow | 11 |
| Kraken | 6 |
| Circle | 9 |
| SwissBorg | 7 |
| Binance US | 10 |
| Crypto.com | 3 |
| Bitrefill | 1 |
| **Total** | **979** |

## 2.4   Timelines

The largest number of transactions carried out on a single day was: 105 on 18 February 2023; 104 on 10 December 2022; and 102 on 25 November 2022.  A pause in transactions occurred shortly after the announcement of the GALA v2 token fork on 15 May 2023.



**Figure 1: Number of transactions over time**



18 February 2023 was the day with the most deposits to VASPs. as seen in Figure 2.



**Figure 2: Number of deposits to VASPs over time**



## 2.5   Conversion of GALA into other tokens

We identified multiple instances of GALA being converted into different tokens. Whilst the majority appears to be converted into USDC and ETH, we also encountered GALA conversions to USDT, Galvan Token, and Town Star-- a Gala Games token.

At 12:56 on 21 January 2023, UTC address 0xa991faa9b92ff785000ef65321afa941addb7981 received 562,500 GALA. This deposit was converted to USDC within the same addresses, using Uniswap, in two distinct batches of 416,239 and 146,300 GALA, for 20,000 and 7,055 USDC respectively.[5] On 21 January 2023 at 1:06 UTC,[6] these two amounts of USDC were combined into a further transaction of 27,000 USDC sent to 0x5e191632c7b84043ded8f8ee97f86a603a26d5f2.

On 24 January 2023 at 17:54 UTC, address 0x6e33ef7049bfbbd5f3183d2adad03e6aa8c553ec received 25,478 USDC, which was converted across multiple transactions of less than USD 10,000 into

---

[5] Tx: 0x19acccf5127ffbe8de74e46b296775f21303ededc54b2b7c56d92d756ae533f2; tx:
0x087f5e9aed33b09de424f05ec23c2efb77266c9de4da36087919d0e9aca6ed31
[6] Tx: 0x174fe7f00ca41433279c20ef9b0717b45c44c45e1e85b17a2afa8556db6c6744



GALA, WETH, Shiba Inu, and Town Star Token.[7] Town Star is a play-to-earn farming game developed by Gala Games. Users earn GALA rewards by using NFT items in their in-game builds.[8]

### 2.5.1    Conversions to GREEN Token

On 14 and 15 December 2022, two deposits of GALA token, 8,000,000 and 330,000 to the 43 Addresses, were converted to USDC via Uniswap.[9] The deposit of 8,000,000 was converted into various quantities of ETH, and the deposit of 330,000 was converted all at once. On 15 December 2022[10], the combined total of ETH, 152.6, was sent to address 0xe2e5979ebce6a89471b89a5c0f2f150aafd3c99e.

Of the 152.6, 67.5 ETH was sent to address 0x553077943620c2afc5730beaba685240a183158d in two deposits of 42 ETH and 20 ETH on 15 December 2022 and 18 December 2022 respectively.[11] Two additional deposits of 5 ETH and 0.5 ETH were made on 18 and 19 December 2022.[12] Between 15 December and 16 January, 62 ETH, or approximately USD 77,986.08, was swapped for GREEN.

On 15 December 2022, a further 30 ETH, or approximately 38,737 USD, was sent to address 0xe93d2505e6a200b1558bd2757bfed72e57888e94, all of which was swapped for GREEN.[13] The remaining balance of 54.5 ETH on the address, approximately USD 65,321, was withdrawn in 47 transactions of 1.5 ETH or less and swapped for GREEN.

On 10 March 2023, 18,448,075 GALA tokens entirely attributable to the 43 Addresses was converted to USDC via Uniswap.[14] These swaps were carried out in transactions worth 15,000 or 30,000 USDC.[15] On 23 March 2023, 200,000 of the USDT was converted for 114.98 ETH.[16] Between 23 March and 4 April 2023, 114 ETH, or approximately USD 209,250, was swapped for GREEN.

---

[7] Tx: 0x641f0de07304d4177878bf2b92e0d07ab869c543c832a6b32479f2e1a0b25be9

[8] https://townstar.com/play-to-earn#:~:text=Playing%20with%20NFTs%20to%20Earn,as%20certain%20requirements%20are%20met.

[9] Tx: 0x472d1af9468619ddc957f2981ced3399bff4f02cfd55a69af501045d00117a17; tx: 0x568e8e94db7c187258312fb69b48893f93167a298f0bea20916421ce94746420

[10] Tx: 0x739a8a029de35bf9f742b6d04e4cb1b46227fdcf925c821ea69c8086ff7e8ae6

[11] Tx: 0xe07a524919fd5ad480e62beae8253519fbb62928565ca66887008c62df07bb5e; tx: 0x109ace5ae13ff965692737649ab8c9ba9260b083954d76e0ed2877a89623ec6a

[12] Tx: 0x796143a3a544f9c07ebe5a2849e7bd455c9dcd2415280773eb1386c7218ed8ab; tx: 0xb14dddf5f75a242b3db03f873ddd50e00aba49d6b9371befc7af8b0e789ebb2b

[13] Tx: 0x1746356665650befc3fd8cd7b40603a88dad16db2887eb4e31704cb633ce28a8

[14] Tx: 0xd948829a0db452370dfd3e47e9df152ac66536416af09d0581e367fa46c7318a

[15] Tx: 0x2a20ae93f7c518eefb1cf321d5e6c2626181700bcea6c14f503236221355310a

[16] Tx: 0x8e3cb16e0784ed340a05f45a0d02e287f7133e8a0322c40d9e0106a7b25e34d2



 On 17 January 2023, 1,000,000 GALA tokens were converted to 32 ETH.[17] Of the 32 ETH, 10 ETH, approximately USD 16,245, was entirely converted into GREEN token on 24 January 2023.

Kroll identified a total of 277.58 ETH, equivalent to USD 407,539.08, swapped for GREEN token.

## 2.6    NFT asset activity

Kroll identified an NFT purchased using proceeds from the 43 Addresses.[18] On 29 October 2022, 17.9062     ETH     from     the     43     Addresses     was     traced     to     address 0x6f6ff053e3b2b9b5403bca233d8a7ce8484056f9, of which 10 ETH (USD 18,766  as at 27 July 2023) was used to purchase ERC-721 NFT DigiDaigaku #846 – Kyoko[19]. The registered owner of this NFT on Opensea on that date, antiherø.eth, then sold it for 7.8 ETH on 2 December 2022[20]. Antiher0.eth holds 99 NFTs according to Opensea[21].

## 2.7    GALA v2 withdrawals

To replace existing v1 tokens for the GALA ecosystem, Gala Games announced in April 2023 that it would distribute GALA v2 tokens to all GALA holders. The distribution occurred on 15 May 2023; however, no GALA v2 tokens were sent to the 43 Addresses.

Addresses used to funnel assets from the 43 Addresses, but containing GALA v1 tokens previously removed from the 43 Addresses, were included in the distribution of GALA v2.

Kroll identified 29 addresses which received GALA v2, 26 of which still hold GALA v2 and 6 addresses which have forwarded those assets. Of those 6 GALA v2 movements, the 3 that involved GALA v2 derived from the Traced Assets are described below.

Address 0x856361e42b5d5596af4d98203c473f0abf70d358 received a deposit of 5,000,000 GALA v1 on 2 May 2023,[22] which can be traced back directly to GALA Chest-24, 0x3bf98. Of this deposit of 5,000,000 GALA v1, 268,515.63 was swapped for 10,000 USDC.[23] As of 27 July 2023, the remaining 4,731,485 GALA v1 is still held on the address. Address 0x856 received that exact amount of GALA v2

---

[17] Tx: 0x88754bfe67fc9f839bca318e3a527e83f05f6424bb417f21f5ff994570283f91; tx: 0xf8930c2afaca5839cdb977ffbafc436a70e6c83986ad37d9fff8a18b1894b481
[18] https://etherscan.io/tx/0xc0cfc889428da4fa274518519da863afea7402e54e87155018d6a544b09b82e0
[19] Tx: 0xc0cfc889428da4fa274518519da863afea7402e54e87155018d6a544b09b82e0
[20] https://opensea.io/assets/ethereum/0xd1258db6ac08eb0e625b75b371c023da478e94a9/846
[21] https://opensea.io/antihero-eth/collected
[22] Tx: 0x855713d8c5b6b77e5b5c54f456c30bf20085ca02c2dcd4231fdd52bbcc814343
[23] Tx: 0x01ebd04b81a228d14155dc10036e424158e5f4cc1470fb575e1dbfe493201766



from the genesis address on 16 May 2023.[24] These 4,731,485 GALA v2 were swapped, in six transactions of between 380,000 to 405,000, for 30 WETH.

This combined total of 30 WETH was swapped for 30 ETH,[25] and was then comingled in a withdrawal of 40 ETH to address 0x3a50c3064b3addad5d38d54660a045c5277201af (previously featured in our trace).[26] This 40 ETH comingled with multiple other new, unrelated inputs of ETH, and was sent one hop further as a withdrawal of 210 ETH to address 0x39a2dbdd8c5c698bd8a26a0f0a9019ac000b961d on 25 July 2023.[27] The 210 ETH were deposited into Genesis Trading on the same day - 30 ETH of which was the Traced Assets.[28]

Address 0xa0487fe8d0753de497e1a8938d4b8943c4012768 received 1,144,539 GALA v2, all of which was converted to 4,802,476 SWITCH tokens via Airswap on 31 May 2023. These GALA v2 tokens replaced the equivalent number of v1 tokens sitting in that address. The v1 tokens were a deposit of 1,144,539 GALA v1 from Coinbase direct to this address on 15 May 2023 at 15:23 UTC. 4,541,733 of the 4,802,476 converted SWITCH tokens were then withdrawn between 31 May and 3 June to five new addresses, all of which are holding the tokens as of 27 July 2023.[29] The remaining SWITCH tokens were comingled with other SWITCH deposits and moved to another address where they remain.[30]

Address 0xfe392010f5d352246b8536cf2b231ff933a780dd received 20,170,494 GALA v2, of which 7,000,150 was deposited into Kraken in three separate transactions of 150, 2,000,000, and 5,000,000 GALA between 6 June and 8 June 2023.[31] 18,000,000 of the GALA v1 that prompted this drop of GALA v2 is directly attributable to GALA Chest-7, 0xf1…cb2e. The remaining GALA v1 that prompted this distribution is sourced from Coinbase in two transactions, one of which (60,492 tokens) was made on 15 May 2023, a day before GALA v2 was distributed.

---

[24] Tx: 0xb1cebf8a95f5b338a8445cdde6c1bc579906566fc2363751a210c8acf535f0c1
[25] Tx: 0x801db1070404aa69c143d932e8d9c8abaf00430e35f4db0d65f0f0517e146e4b
[26] Tx: 0x2323aba74724334810b5d83dd7e09b94046e0182b19ff5032f7941d6b5cd1853
[27] Tx: 0xa0fa20d51e1bc05d26ed8d4f50d457b4d0b89ff10bb41f4f041dc7e159dfa2fb
[28] Tx: 0xc3817a38dcda35089ae805ec85d0194d73bded7b397fb2f3323bad1beae1824c
[29] Tx: 0xe0da3c476105ff31456bc3a2432ca5ce5ffe4c49964c2e46e9d153fb8a8f9265; 0x8e117e3d7b321b9eed5551abe741a65e9d8f8137ced727ad37adc65e67278ce7; 0x91e9d1998fcc6049dd5c3f8244705e6c7ea632f5ed87f14c4de4888c7dd768fc; 0x63f784201c82557ba72918e453e0d476c7ddf2ce7cd9c0906c5f73aeb26c12ca; 0x98f7cf611cea8277206911d736cbb4a445c79536dabfdffddcd276e8dda0d6c2.
[30] Tx: 0x548ec1f140d911a482d5ed1f5404495f7c2ba4a3efd306f4ed6044d5f4ccd000
[31] Tx: 0x465919b63bab15f5886ba40df3357b6b3cfafae44b4b6aacd6a139a47d5b5e72; 0xb4ba05ce017b94088fd51d7c2fb678a867bf09acb45b35e034c2903b0c501030; 0xa547064cc01a75571e120965af43635bde1a74a34bb8cb735a077e190f3fb6c7.



## 2.8    Proceeds of Stolen Assets Still Held On-Chain

Some of the proceeds of the 43 Addresses do not yet appear to have been deposited at a VASP and are still held on seemingly private addresses on-chain. This includes assets in GALA, ETH, USDC and the ERC-20 token GREEN.

Address 0xca3f1e78e2649f630ff97a86aea64ff6f7308545 still holds 1,184,771.15USDC at the time of writing, of which USDC 84,475 is directly attributable to the 43 Addresses. USDC can be frozen on-chain through contact with CIRCLE and on provision of relevant evidence and authority (court order, etc).

**TABLE 4**    **Private Addresses which hold assets derived from the 43 Addresses on-chain**

| Address | ETH | USDC | GREEN |
|---|---|---|---|
| 0x3df6ca0cb7919fc1118017cb64c54ef5a4b769eb | - | - | 13,258,504.67 |
| 0xe2d117232b8be06d8f0e2476e72f1129eb0b3a17 | - | - | 4,363,362.24 |
| 0x2adeb4e1947191f293c1b9c9193e91010c6e0f50 | - | - | 10,228,243.91 |
| 0x088b4e92b90031484e617c76bd77405f49df61c6 | - | - | 11,077,358.32 |
| 0xf967af78ce854233d841d290e80b5c8d88e07973 | - | - | 15,925,982.56 |
| 0xcc105188f3c743b064cbd60d80397db385678f61 | - | - | 18,817,418.80 |
| 0xca3f1e78e2649f630ff97a86aea64ff6f7308545 | - | 84,475 | - |
| 0x5dcc6376fabcbd50a38ad7b3e649962e77317030 | 1.50 | - | - |
| 0x026dfd8aa62cf71366d474e0fb3b3d07e9ee85c8 | - | 500 | - |
| 0xdc6fff58e222cb4e784b81a18cc4c8da1f49e75c | - | 19,091.63 | - |
| 0x5e2caeb2b6a1a074e91c36472b2378925f02d4a0 | - | 400 | - |
| 0xb56fbd2ffbe028025758354fc61384a0dd820819 | - | 300 | - |
| 0xa45ce1a658817168980876c90299d3a6cad2d77d | - | - | - |
| 0xb2b69fe160a374efcf4a50fce8278a9f5ad59a11 | - | 2,728 | - |
| 0x7ead371b83b830861356c172d45d59988ddfd170 | - | 503 | - |
| 0xd9e2f12685fc26039deff236e594c5ab1d92bf34 | - | 525 | - |
| **Total** | **1.50** | **108,523.63** | **73,670,870.50** |



### 2.8.1    Total Assets still held on addresses used to hold Traced Assets

The total number of cryptoassets held on the addresses used to hold the Traced Assets is summarized below. The total value of all assets held on these addresses is USD 64,581,994 according to today's conversion rates.[32]  USD 58,805,511 of this value is attributable to 323,685,360 Audius tokens. This constitutes roughly a third of the total number of Audius tokens ever minted, and as such it is very unlikely they would hold their value if they were sold in a market place. Without the inclusion of Audius, and subject to change based on price volatility, the total value of digital assets held on these addresses is USD 3,919,421.59

**TABLE 5**

| Cryptoasset | Total number of units | USD value |
|---|---|---|
| ETH | 529.54 | 966,710.47 |
| GALA v1 | 37,000,940.23 | 0 |
| GALA v2 | 26,422,311.84 | 624359.23 |
| USDC | 1,762,931.84 | 1,762,931.84 |
| USDT | 178,583.12 | 178,469.63 |
| GREEN | 308,572,704.72 | |
| GALVAN | 73,810,301.83 | 331,131.76 |
| WETH | 30.54 | 55,818.66 |
| **Total:** | | **USD 3,919,421.59** |

## 2.9   Co-mingling of assets

### 2.9.1    Unrelated assets

Throughout the trace, Kroll identified numerous instances in which the GALA tokens traced from the 43 Addresses (or the proceeds thereof) were sent to addresses which either already contained a balance of the same token, or shortly after received a balance of the same token, unrelated to the assets traced from the 43 Addresses.

An example of the co-mingling of assets occurred at address 0xc7e99d45da2640429b02f59e80a34206479d589a which received 5,000 USDC on 1 January 2023 at 14:47 UTC.[33] These are the direct proceeds of one of the 43 Addresses,

---

[32] On 27 July 2023.
[33] Tx: 0x995c0211ae48db3dd15f292392d6223516f341a1721eeb640c89f848b3fd918f



0x74c52ca2e118a3edc7be629bcaa3b70966b80e1f (GALA Chest-33). This 5,000 USDC deposit is co-mingled with 58 other USDC deposits made between 31 December and 2 January, which was combined into an outgoing transaction of 720,000 USDC to 0x5d38715ec64fd4991924d81e5bc9570abcb85e9b on 2 January 2023 at 21:26 UTC.[34]

Address 0x1658b07bfd67ff8d86ad99b002fc003d84681c43 received a deposit of 5.12 ETH on 28 October 2022 at 17:43 UTC, where it comingled with several other ETH inputs.[35] A combined total of 13.31 ETH was withdrawn on 10 November 2022 at 19:34 UTC.[36]

### 2.9.2    Addresses being the source of unrelated assets

Addresses which were used for the movement of the assets from the 43 Addresses, have also been used for the movement of other GALA. 0x30d256f3aaa8878880433b034467c0f8eda0735c was used in January 2023 as an intermediary step for 20,000,000 GALA from 0x19db94b3329d73d67c6893af29ef94269573fa52 deposited in Coinbase on two separate transactions. This same 0x30d address received 7,620,033 GALA in January 2022 from a source other than the 43 Addresses. This 7,620,033 GALA was sent to 0x16ada39d140699d9a1934f05ddcf78612f342b3e as part of a 50,000,000 GALA transaction. That 0x16ada address is a key hub for the multilayering of the Traced Assets from 16 June 2022 onwards.

Tracing the 7,620,033 GALA led Kroll to an address 0xb84b9c91357b0029658064989007a6654868c47f which sent out over 2bn GALA that is broken up and distributed in a similar way as the large withdrawals from the 43 Addresses and using many of the same addresses. This 0xb84b address is itself funded by almost daily deposits of GALA from the GALA Genesis Address, in a way consistent with the daily distribution of GALA to GALA nodes.

On 1 October 2022, address 0x7da5373060a628ecea66d8b6f6c50e2598fde3fb received 3,740,000 GALA v1 (USD 151,531)[37] which was converted to 149,286 USDC via Uniswap. The 3,740,000 GALA v1 is directly attributable to the 43 Addresses, specifically GALA Chest-21, 0xf4…8376. This deposit comingled with a previous deposit of 1,123,533 GALA v1 (USD 45,196) made to 0x7d…e3fb, on 30 September 2022, also entirely converted to 45,128 USDC via Uniswap by converting the GALA in batches of 15,000, 20,000 or 30,000 USDC. Both deposits are combined as 194,980 USDC – moved to

---

[34] Tx: 0x245dae15660da3876bae32c351c68d6bda14a4805c1daa65919cedf49a0f0829

[35] Tx: 0x4a8d4fb6b0306c481d0cfef8caa3b46dc066f7d370cf91876c0ae12c15f3a1c0

[36] Tx: 0xab244247b97ff4673d1ca0018071993cf9d4e54b1159efb33d13935fcc026525

[37] Tx: 0x44136bc4274bafc08c21ab251e3bad1e091524db7e0d1ca5641b745f29f05c1d



another address, and then sent in small amounts below 10,000 USDC each to several Coinbase deposit addresses.[38]

A 30 September 2022 deposit of 1,123,533 GALA v1 was made by 0x32c03a2ed966fb36737dbd4db6851b44f04fa2e5, which in turn received the exact same amount of GALA v1 from the genesis address. The 0x32…a2e5 address received substantial amounts of GALA v1 from the genesis address on a regular basis, as well as Town Star from the token's respective genesis address. This node address belongs to Liberty United Blockchain.

## 2.10  Potential obfuscation of origin and destination of assets

The Traced Assets were moved in over 1200 transactions, each of which takes time and has a cost. Large amounts of tokens were split into smaller amounts before their deposit into VASPs through a multilayering of transactions. The Traced Assets were also co-mingled with other assets. These features can have the effect of obscuring the origin of assets and may make it possible to avoid triggering value-based thresholds for Suspicious Activity Reports by VASPs. It also helps to obscure where assets have been sent to make it harder to recover them.

Many of the tokens have been deposited at non-custodial and registration-free VASPs, such as StealthEX.io, ChangeNow, BiTrue, and Bitrefill. Of the 929 deposits to VASPs, 190 deposit addresses were labelled as being associated with varying degrees of medium to severe risk by market-leading blockchain analytics firms.

**TABLE 5**      **VASP deposit address risk scores**

| VASPs | Severe | High | Medium | Low |
|---|---|---|---|---|
| Binance | - | 37 | - | 10 |
| BiTrue | - | 7 | - | 5 |
| ChangeNow | - | 11 | - | - |
| Coinbase | - | - | 72 | - |
| Genesis Trading | - | 45 | - | - |
| Kraken | 3 | - | - | - |

---

[38] These deposits were not included in the trace due to the mixing of funds and the number of deposits below USD 10,000 in value, and so are not included in the totals given earlier in the report



## 2.11  Incomplete Trace Branches

As noted in Section 1, all such branches have been catalogued and can be viewed in Annex C below.



# 3   Annex A

Attached separately as Privileged and Confidential_Project Domino_UPDATED Trace Chart.



## 4   Annex B

Attached separately as Privileged and Confidential_Project Domino_Inputs Trace Chart.



# 5   Annex C

**TABLE 6**      **Incomplete branches**

| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---------|-----------------|------|-----|-------|-------|-------------|
| 0x995c0211ae48db3dd1 5f292392d6223516f341a 1721eeb640c89f848b3fd 918f | 2023-01-01 14:47:23 | 0xf74cc6d74194718b54a8d349 a11001eea14c669c | 0xc7e99d45da2640429b02f59 e80a34206479d589a | USDC | 5,000 | 5,000 |
| 0x739a8a029de35bf9f74 2b6d04e4cb1b46227fdcf 925c821ea69c8086ff7e8 ae6 | 2022-12-15 00:34:59 | 0x6a9fd5c6e204bd889b822fd1 39c90485ea0ddaa2 | 0xe2e5979ebce6a89471b89a5 c0f2f150aafd3c99e | ETH | 152.60 | 200,104.4 |
| 0x82760c2cafdce7fb5344 5f300cb63b42a2639a88c 5c8d2d535dff09804cb52 ee | 2022-09-17 16:34:23 | 0x9a220c9f43d47032c30b0c69 dc5ca2aaf287144b | 0x54a3b25f48a8b75da5ee8c0 1bae8fe6014e149f6 | USDC | 200 | 199.71 |
| 0x933647705b108083def dba7f05e38c583671f1f0 93588dd479dfdb61452f8 76a | 2022-07-01 20:33:44 | 0x332b669a266905294baddca6 eea0c297544d7266 | 0xb249e8617b9c036d0a38ef8 ab6ffddb6a3804fcb | ETH | 23.50 | 25,617.82 |
| 0x4a8d4fb6b0306c481d0 cfef8caa3b46dc066f7d37 0cf91876c0ae12c15f3a1c 0 | 2022-10-28 17:43:23 | 0xfe2cf04a948fef1986e35de59c e76170507f7507 | 0x1658b07bfd67ff8d86ad99b 002fc003d84681c43 | ETH | 5.12 | 8,023.79 |
| 0x667ec8e7ff4ffd93bbeb b46488b472e68667fbd5 e344e84b0946eae543bfa 453 | 2022-12-29 18:02:23 | 0xd9d0e02b82068b16403d307 1dd7b423e337eeb7f | 0x352e0242a58c4f43dc40f3e e9a2ea14ccc6bb2ea | USDC | 2,188.39 | 2,189.61 |



| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---------|-----------------|------|-----|-------|-------|-------------|
| 0xced4a0dfb8bcc82b2179385434e73218389cd153c32fc4b3cc2025cf24257e30 | 2022-08-05 21:19:24 | 0x4c6d2a0648d2a282b4ebb81089b501a941de2e8f | 0x9213bb42b6fdf88f99808c75c33b0f077b07da4b | USDC | 12,250 | 12,268.47 |
| 0x08784a0be2d15a6655b03e93efa76569314826afeac23de839089b510bc013c2 | 2022-07-09 00:41:29 | 0x4c6d2a0648d2a282b4ebb81089b501a941de2e8f | 0x9213bb42b6fdf88f99808c75c33b0f077b07da4b | USDC | 34,055 | 34,148.55 |
| 0xfc1a501bcd879453c56cc2652c876d5b43d525b2290fd03dde17c299dc27f6c9 | 2022-06-30 22:19:47 | 0x332b669a266905294baddca6eea0c297544d7266 | 0xeb0b12f9437a243d51a8a4fe436ce9d1656f5f25 | ETH | 25.26 | 26,053 |
| 0xfbed1c4a37c870fd5033c211856e49b63037de3210d0e676969e1b32a9e337a5 | 2023-03-23 10:21:23 | 0xedbfdb92079a71933d4fc36d9f04fbfb109cb950 | 0x8f8899f7100a809d5696ecb987b2928448395ebf | ETH | 40 | 72,795.92 |
| 0xb67ab725db9da53fc1e2e85bbceec05918663e18e02dde08ea3c706fb4644ac1 | 2023-03-23 10:23:59 | 0xbda6c5ea4603a130937ac461791216242959f927 | 0xb24101e874e1fad5b430aebffb127865a19e09fd | ETH | 42 | 76,435.71 |
| 0xd8448560060fa10cead14b9c1217c5cad9baea19f4bc63dbe9fd5496acef08c7 | 2023-03-23 10:26:23 | 0x79371d74980b5b86b5ec9ca3e12e5bd8741b7541 | 0x3daf1195ebb0e399473479dad8af19552642838c | ETH | 40 | 72,795.92 |
| 0x9e1f0ba167d91cd2b9193e83ee0f7ff26dc8b20557e788c660598af9a8d47cf5 | 2023-01-21 01:08:11 | 0x2f44d0b11a929ba2c7e46398d98bb643eb82be45 | 0xc5598ca91f7654ac1ce56c6aab036ec6ed695ca5 | GALA | 700,000 | 34,322.57 |



| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---|---|---|---|---|---|---|
| 0xb75be61ef064944a83d00aff6f17717dcd5c1e939bfbaa40191cc844235d59e9 | 2022-10-20 16:52:23 | 0x5b2937612f0380e186c84f5c5c4cf8468ca0a8dd | 0xeaad58e77d20b23a3df57661278a6679fbd279b2 | USDC | 10,000 | 10,016.11 |
| 0x80eb0c3280ae9ff87e8b0a874fbcb5343651c7e92564ec748c8f19ecfe9bef96 | 2022-12-09 22:40:59 | 0xeaad58e77d20b23a3df57661278a6679fbd279b2 | 0x499ef451b240d010c20ed76a07e1bea18f87ab82 | USDC | 6,750 | 6,750.69 |
| 0x19a44862c17fcfd94c5ca49da650719730d6250b388a42efb4aac788a1638447 | 2023-04-05 21:21:11 | 0x415e1f67d64838921c7c3eb3996a574566bc5af3 | 0xbc761ee2bb6ea585d2c400751b1670d46b4a3417 | USDC | 5,662.80 | 5,676.73 |
| 0xe8db6db042f2334029f6d9394ff081d15ad7a20f31dc0f66ebfa57da6616d513 | 2022-10-27 20:19:47 | 0x8f9fc70a572017dbab1cd8516ac6655ce1a348cd | 0xc42e590c134416fc601731f8e682a68b13c8cf75 | ETH | 3.95 | 6,003.80 |
| 0xb743ca539dc18fd6530ecc3f4bd6baf26544e37996489d330fc00a9da0f97ab1 | 2023-01-24 17:54:35 | 0xc5f1b999d7ed6de7fc85895ce3f9b3c3eae9ce36 | 0x6e33ef7049bfbbd5f3183d2adad03e6aa8c553ec | USDC | 25,477.55 | 25,517.23 |
| 0x625a6bf534980d6c786e977a751b7e302f1b752e7c7fd60a4e99f9a17d12d2e3 | 2023-01-13 01:02:11 | 0x6038830a90615c80c03a033f92c58f50942c7bab | 0x33a64dcdfa041befebc9161a3e0c6180cd94fa89 | USDC | 5,670.95 | 5,682.61 |
| 0x4e17eacf348f22fb084c848bfa41230d40df435c40a023f36b16fd4ae40c6218 | 2023-01-09 22:41:23 | 0xc5f1b999d7ed6de7fc85895ce3f9b3c3eae9ce36 | 0xbc68535d764a6edd5857fbf1459cb2b483a03bf6 | USDC | 1,029.19 | 1,030.16 |



| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---|---|---|---|---|---|---|
| 0x3c309c5b4ed28b4cd240ae6a06c892914aa24ba4f1b3536f248e56499b1821f7 | 2023-01-09 23:10:59 | 0xc5f1b999d7ed6de7fc85895ce3f9b3c3eae9ce36 | 0x82e7eb1bfaf13ec1d18b8b88e4e6e1f24c69e0b3 | USDC | 4,947.39 | 4,952.04 |
| 0xaba0bd9f4aa2ede24e3b96451431fd837b5147379f3de20b02e1eba85e223918 | 2023-01-12 21:49:47 | 0xf927dd758787e470b0a8f04fa99d797ad6fad424 | 0x72298bd3ed75e0aa289ad61c6390596d60ffdcef | USDC | 5654.95 | 5,659.77 |
| 0xce805939b397a83ca779e17f0e288e59b29ea5fc778294fc481011f3189eadc6 | 2023-03-27 18:28:47 | 0x002e5caf8a3a6d2707ad756f21c3b821a55dcf07 | 0x35044e789406e5456d89884b153a18ae96304b0e | ETH | 1.39 | 2,378.25 |
| 0x9894553ac264aa01a41bbf4e7f190404ab1abe8cdb223345f93ca8eb1c1b5d7c | 2023-03-09 08:36:59 | 0xf00086c0573c8ba183df4f187dcbcddd5ddc1b39 | 0x5e85a36599e122204123200fca30d7f6942769a9 | USDC | 173.37 | 173.55 |
| 0x3b9a98f8ab7393c0e3d1922a6ebcf0253c68741cc2183ced50ca6541476e04a1 | 2023-01-31 05:06:11 | 0xf00086c0573c8ba183df4f187dcbcddd5ddc1b39 | 0x3eedcbb0c3c2489e6f947d0dd5661755db2f6785 | USDC | 2690.67 | 2,693.36 |
| 0xd8dd2f3caacfccf9f07b9fbde375e2352e747d27f7790e21dabb7dfba4cd08c8 | 2023-03-04 01:46:11 | 0xe0ef9ef26a54c9b777626f558b3245f4cfdc38ce | 0xd6f157d03525598aeb0ecca25f2e54fa97c83741 | USDC | 15,384 | 15,394.64 |
| 0x2a6531c4042171ed7a8c6f44972ccc4e3bc88912cb031c11d5025d21ed438b08 | 2022-10-14 19:10:23 | 0x1bc1511d6f5831b933e66eae519e363ae24d7133 | 0x35c4299e0bbd903b9033bc4d8fc06cc0dc2e2f22 | GALA | 360,000 | 13,291.69 |



| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---|---|---|---|---|---|---|
| 0x64273aec93d53a56d8 8473605304eabea2ca3f7 0c5cad74f3ef21c7c453ae beb | 2022-10-14 23:21:11 | 0x332b669a266905294baddca6 eea0c297544d7266 | 0xf56e42b42eeee7cf99743f49 8ea7c6d2dec45857 | USDC | 48,850 | 48,907 |
| 0x32dd456b774dcce250f fd646f8aed00be71a3dcd bd4feebc2e5f934f6ba58 94c | 2023-02-04 02:12:47 | 0xc0c30aee1b52a520fb136eb4 aa145c5044168aec | 0xa991faa9b92ff785000ef653 21afa941addb7981 | GALA | 675,000 | 37,546 |
| 0x506c2f7c86d1b5ab83a 17886d6ffa89071367a3a 89165261ddaae25997e1 e7c1 | 2023-02-17 23:44:59 | 0xa991faa9b92ff785000ef6532 1afa941addb7981 | 0xbd1b7fcd5b26fa466a3ebe9 94f0285c662f0578d | USDC | 5,000 | 4999.77 |
| 0x1e801a6b60aa1323afe 0acd04e001129ab3233d efcaef0e027cc6103e91f9 1de | 2023-03-17 22:47:11 | 0xa45ce1a658817168980876c9 0299d3a6cad2d77d | 0xa991faa9b92ff785000ef653 21afa941addb7981 | GALA | 820,000 | 33,795.64 |
| 0x0e291b463aa804e15d 19a25f141e185b1d5e25 67f159ca1be2233b2f5e1 a4750 | 2023-03-03 23:13:11 | 0x2657bb96f252691e22ddb68b fb5b4e46bd4046e2 | 0xa991faa9b92ff785000ef653 21afa941addb7981 | GALA | 309,000 | 11,479.76 |
| 0xa29d47e2c5d14ef91bd fa778fd7f6fe165a8be6da 252674980546a084830c 517 | 2022-10-28 17:37:23 | 0xfe2cf04a948fef1986e35de59c e76170507f7507 | 0xa991faa9b92ff785000ef653 21afa941addb7981 | ETH | 1.79 | 2,784.85 |
| 0xcecf02140171c010d43 f0628baf0a7bdc31d7e17 485ab1773167a99334b0 d035 | 2022-09-30 23:27:47 | 0x84b10424fdee99cbd67ada53 266f5807f4bc6ceb | 0xa991faa9b92ff785000ef653 21afa941addb7981 | GALA | 850,000 | 34,192.45 |



| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---|---|---|---|---|---|---|
| 0x65eccfcba5f24548c194 7e188a6fd270f78a1ab08 9d89998eefa03a7566b6e 54 | 2022-09-27 23:57:11 | 0x84b10424fdee99cbd67ada53 266f5807f4bc6ceb | 0x5b2937612f0380e186c84f5 c5c4cf8468ca0a8dd | GALA | 2,675,000 | 109,152.62 |
| 0x475beb0257d43ec710 d6766c8293d9da5f720d8 beccba8027bc3f70552da f35c | 2022-10-01 00:37:47 | 0xfe2cf04a948fef1986e35de59c e76170507f7507 | 0x5e191632c7b84043ded8f8e e97f86a603a26d5f2 | USDC | 46,100 | 46,127.99 |
| 0x44136bc4274bafc08c2 1ab251e3bad1e091524d b7e0d1ca5641b745f29f0 5c1d | 2022-10-01 01:06:59 | 0xf5a224c4635b39dbda220cd9 872ab142eb6a85ff | 0x7da5373060a628ecea66d8b 6f6c50e2598fde3fb | GALA | 3,740,000 | 151,531.36 |
| 0xe82267dd8c358e0d0b 707272bc8e5e48d15a49 1381722cb3e5097ae610 ae33a3 | 2022-10-07 18:44:35 | 0xf5a224c4635b39dbda220cd9 872ab142eb6a85ff | 0xfe2cf04a948fef1986e35de5 9ce76170507f7507 | GALA | 250,000 | 10,109.03 |
| 0xd1c6fe7feae90291238 977fc1b963d5a050afcf11 af0cc5a7a9cf18c58adb3d 5 | 2022-11-11 23:43:23 | 0xf6224beb05cff7311895f3313 6425be1d190ae6e | 0x9e12afbefa9ae23d93ebfae2 c7dfb35c5a1a633b | GALA | 500,000 | 16,043.33 |
| 0x405b0c4933d996db6b 62422a162b1fdec0610bb 974bd1402fb25531b61c 7c8ef | 2022-11-29 23:51:35 | 0xfe2cf04a948fef1986e35de59c e76170507f7507 | 0xfe2cf04a948fef1986e35de5 9ce76170507f7507 | USDC | 5,000 | 5,001.05 |
| 0xea8bec62a22e9596f07 5ffc3844444180938574b cf6e74e800e43248cec91 ba0 | 2022-06-29 20:49:53 | 0x332b669a266905294baddca6 eea0c297544d7266 | 0xeb0b12f9437a243d51a8a4f e436ce9d1656f5f25 | ETH | 10.21 | 10.21 |



| Tx hash | Date/Time (UTC) | From | To | Asset | Value | Value (USD) |
|---|---|---|---|---|---|---|
| 0x97f08cc3cebdc862c63d476e2ec464048f9673ba18de574c658071ee8e619271 | 2022-10-31 17:22:23 | 0x297f4afadd46739722351dae93198a29e3e1b0fc | 0xfe2cf04a948fef1986e35de59ce76170507f7507 | GALA | 550,000 | 22,976.32 |
| 0x1b4a4845171683b1db1ba3de2b67eb9d373019aaf2a4c715700e4a3e77b3c480 | 2023-03-02 04:25:47 | 0x35c4299e0bbd903b9033bc4d8fc06cc0dc2e2f22 | 0x3a50c3064b3addad5d38d54660a045c5277201af | USDC | 60,000 | 60,001 |



**About Kroll**

Kroll is the world's premier provider of services and digital products related to governance, risk and transparency. We work with clients across diverse sectors in the areas of valuation, expert services, investigations, cyber security, corporate finance, restructuring, legal and business solutions, data analytics and regulatory compliance. Our firm has nearly 5,000 professionals in 30 countries and territories around the world. For more information, visit www.kroll.com.

10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA 90067
USA

+1 212 593 1000
**kroll.com**

**Privileged and Confidential**

# Annex 1

