UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ERIC SCHIERMEYER, derivatively on behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendant,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Nominal Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF ABRAM I. MOORE AND CHRISTIAN A. ZAZZALI**<br><br>Case No. 2:23-cv-00589<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

Before the court are local counsel Paul W. Shakespear's Motions for Pro Hac Vice Admission, (Doc. Nos. 7 & 8), seeking admission of Abram I. Moore and Christian A. Zazzali as counsel for Plaintiff Eric Schiermeyer. Based on the motions and applications, Mr. Moore and Mr. Zazzali meet the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice. Therefore, the motions are GRANTED.

DATED this 5th day of September, 2023.

BY THE COURT:

_Daphne A. Oberg_
Daphne A. Oberg
United States Magistrate Judge