Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
Email: pshakespear@swlaw.com
　　　　ccutler@swlaw.com
　　　　nbeal@swlaw.com

Abram I. Moore (pro hac vice)
Christian A. Zazzali (pro hac vice)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8175
Email: abe.moore@klgates.com
　　　　christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRIC OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>　　　　Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>　　　　Nominal Defendant. | **CERTIFICATE OF SERVICE**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Eric Schiermeyer ("Plaintiff"), by and through counsel, hereby certifies that on September 1, 2023, true and complete copies of the following were served upon counsel for Defendants Wright Thurston and True North United Investments, LLC:

- Plaintiff's Motion for an Order to Freeze Assets, for an Accounting, for Expedited Discovery, and for an Immediate Hearing (Temporary Restraining Order [Dkt. No. 9]);

- Exhibits A-C thereto;

- Declarations in support of Dkt. 9;

- and Proposed Order.

The documents identified above were served on, via email, counsel for Wright Thurston and True North United Investments, LLC, as set forth below:

> John W. Huber
> Marc T. Rasich
> Daniel J. Wadley
> Alexander Baker
> GREENBERG TRAURIG LLP
> Email: john.huber@gtlaw.com;
>     marc.rasich@gtlaw.com;
>     wadleyd@gtlaw.com; and
>     bakera@gtlaw.com

DATED: September 6, 2023

/s/ Paul W. Shakerspear
Paul W. Shakerspear
Cameron Cutler
Natalie Beal

K&L GATES LLP
Abram I. Moore
Christian A. Zazzali

*Attorneys for Plaintiff Eric Schiermeyer*