Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
           ccutler@swlaw.com
           nbeal@swlaw.com

Abram I. Moore (pro hac vice)
Christian A. Zazzali (pro hac vice)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8175
Email: abe.moore@klgates.com
          christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRIC OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **CERTIFICATE OF SERVICE**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Eric Schiermeyer ("Plaintiff"), by and through counsel, hereby certifies that on September 6, 2023, true and complete copies of the following were served upon counsel for Defendants Wright Thurston and True North United Investments, LLC:

- First Amended Verified Shareholder Derivative Complaint and Exhibit A thereto [Dkt. No. 14]; and

- Docket Text Order dated Sept. 5, 2023 [Dkt. No. 15].

The documents identified above were served on, via email, on counsel for Wright Thurston and True North United Investments, LLC, as set forth below:

John W. Huber
Marc T. Rasich
Daniel J. Wadley
Alexander Baker
GREENBERG TRAURIG LLP
Email: john.huber@gtlaw.com;
 marc.rasich@gtlaw.com;
 wadleyd@gtlaw.com; and
 bakera@gtlaw.com

DATED: September 6, 2023

*/s/ Paul W. Shakerspear*
Paul W. Shakerspear
Cameron Cutler
Natalie Beal

K&L GATES LLP
Abram I. Moore
Christian A. Zazzali

*Attorneys for Plaintiff Eric Schiermeyer*