John W. Huber (7226)
Marc T. Rasich (9279)
Daniel J. Wadley (10358)
Alexander Baker (17163)
GREENBERG TRAURIG LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: 801.478.6900
john.huber@gtlaw.com
marc.rasich@gtlaw.com
wadleyd@gtlaw.com
bakera@gtlaw.com

*Attorneys for Defendants Wright Thurston and True North United Investments, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES, <br><br> Plaintiff, <br> v. <br><br> WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC, <br><br> Defendants, <br><br> BLOCKCHAIN GAME PARTNERS, INC., D/B/A BGP GAMES, <br><br> Nominal Defendant. | **NOTICE OF APPEARANCE OF COUNSEL MARC T. RASICH** <br><br> Case No. 2:23-cv-00589-HCN |

Notice is hereby given of the entry of the undersigned as counsel for Wright Thurston and True North United Investments, LLC in the above-entitled action. Pursuant to Fed. R. Civ. P.

5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to:

>Marc T. Rasich
>marc.rasich@gtlaw.com
>GREENBERG TRAURIG LLP
>222 South Main Street, Suite 1730
>Salt Lake City, UT 84101

DATED: September 7, 2023

>GREENBERG TRAURIG, LLP
>
>/s/ *Marc T. Rasich*
>Marc T. Rasich
>John W. Huber
>Daniel J. Wadley
>Alexander Baker
>
>*Attorneys for Defendants Wright Thurston and True North United Investments, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 7 September 2023 I served a true and correct copy of this **NOTICE OF APPEARANCE OF COUNSEL** on the following parties via CM/ECF:

Paul W. Shakespear
Cameron Cutler
Natalie Beal
SNELL & WILMER LLP
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram L. Moore
Christian A. Zazzali
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
abe.moore@klgates.com
christian.zazzali@klgates.com

*/s/ Lindsey A. Wharton*