John W. Huber (7226)
Marc T. Rasich (9279)
Daniel J. Wadley (10358)
Alexander Baker (17163)
GREENBERG TRAURIG LLP
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101
Telephone: 801.478.6900
john.huber@gtlaw.com
marc.rasich@gtlaw.com
wadleyd@gtlaw.com
bakera@gtlaw.com

*Attorneys for Defendants Wright Thurston and True North United Investments, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Plaintiff,<br>v.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC., D/B/A BGP GAMES,<br><br>Nominal Defendant. | **NOTICE OF APPEARANCE OF COUNSEL DANIEL J. WADLEY**<br><br>Case No. 2:23-cv-00589-HCN |

Notice is hereby given of the entry of the undersigned as counsel for Wright Thurston and True North United Investments, LLC in the above-entitled action. Pursuant to Fed. R. Civ. P.

5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to:

> Daniel J. Wadley
> wadleyd@gtlaw.com
> GREENBERG TRAURIG LLP
> 222 South Main Street, Suite 1730
> Salt Lake City, UT 84101

DATED: September 7, 2023

                GREENBERG TRAURIG, LLP

                /s/ *Daniel J. Wadley*
                Daniel J. Wadley
                John W. Huber
                Marc T. Rasich
                Alexander Baker

                *Attorneys for Defendants Wright Thurston and True North United Investments, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 7 September 2023 I served a true and correct copy of this **NOTICE OF APPEARANCE OF COUNSEL** on the following parties via CM/ECF:

Paul W. Shakespear
Cameron Cutler
Natalie Beal
SNELL & WILMER LLP
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram L. Moore
Christian A. Zazzali
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
abe.moore@klgates.com
christian.zazzali@klgates.com

/s/ Lindsey A. Wharton