Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
        ccutler@swlaw.com
        nbeal@swlaw.com

Abram I. Moore (*pro hac vice*)
Christian A. Zazzali (*pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email: abe.moore@klgates.com
        christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **NOTICE OF SUPPLEMENTAL EXHIBIT RE: MOTION TO FREEZE ASSETS, FOR AN ACCOUNTING, AND FOR EXPEDITED DISCOVERY AND MEMORANDUM IN SUPPORT AND REQUEST FOR IMMEDIATE HEARING [ECF No. 9]**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Eric Schiermeyer ("Plaintiff"), derivatively and on behalf of Nominal Defendant Blockchain Game Partners, Inc. ("Company"), submits the attached <u>Exhibit A</u> to clarify and supplement the relevant record on Plaintiff's Motion to Freeze Assets, for an Accounting, and for Expedited Discovery and Memorandum in Support and Request for Immediate Hearing [ECF No. 9] ("Motion").  Plaintiff submits the attached Exhibit A to provide the Court with an updated trace report from Kroll, dated September 7, 2023, explaining Defendants' efforts to obscure the transfer and location of the Stolen Gala. The Court may review Exhibit A hereto in place of reviewing Exhibit A to the Motion, which is an earlier report by Kroll, dated August 28, 2023 [ECF No. 9-3].

Dated: September 11, 2023.

        SNELL & WILMER L.L.P.

        */s/ Paul W. Shakespear*
        Paul W. Shakespear
        Cameron Cutler
        Natalie Beal

        K&L GATES LLP
        Abram I. Morre
        Christian A. Zazzali

        *Attorneys for Plaintiff Eric Schiermeyer*