# Exhibit 1

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Coinbase** | | | | | | **53,815,047.31** |
| 0x984b67d883545ff70f61e5f9b4061cc7d35f3cd4 | 88,000,000.00 | | | | | 2,724,556.30 |
| 0x7b71539ccd9bc14bb361a211fcc5ba886444fadf | 35,250,000.00 | | | | | 2,451,906.06 |
| 0x0a30c5f9b954c79719901cc70a9c5767613a643b | 80,000,000.00 | | | | | 2,281,037.31 |
| 0x5d5af6da42e316daf52d5855adcb175816390ed92 | 55,000,000.00 | | | | | 2,112,452.39 |
| 0xbecef1f51cb5b3bc3e8a3eb82079d9bbb9f85103 | 50,000,000.00 | | | | | 2,016,571.31 |
| 0x4f76722fa216b6fa659ebb7a1dfc770180e879d5 | 57,391,923.00 | | | | | 2,010,945.85 |
| 0x602b9b5cf80ce2f62a6a6bb0c7c531a700685a89 | 49,000,000.00 | | | | | 1,995,688.64 |
| 0x9fe1c3700c6455de1ecdaa033c05debce82c1383 | 51,000,000.00 | | | | | 1,922,769.88 |
| 0xe5fe561548db51934d419e1f1f1d85a307e2be5d | 62,000,000.00 | | | | | 1,782,770.82 |
| 0x69dbfca810d08cc7909fea28ca879c44c423ca98 | 33,000,000.00 | | | | | 1,739,255.82 |
| 0x143e6425f87b91190ab44212968b7e5c043f26e9 | 37,798,142.00 | | | | | 1,729,643.95 |
| 0x382a6c3394eb2e41ac51bb60729eb9fbaa32cd18 | 50,000,000.00 | | | | | 1,637,630.12 |
| 0x4364a98fa1330f23293b5d98fa70115b878a3a95 | 38,000,000.00 | | | | | 1,482,029.81 |
| 0xab36ee28daa8084eed408edbb6fba64c6bcf2240 | 50,210,398.00 | | | | | 1,465,234.66 |
| 0x47e97f23e220c438e4b824bd0e3cf85f3b13b360 | 70,000,000.00 | | | | | 1,440,959.93 |
| 0xff00cbf010370a5237c87f22f5450ff28b4319b4 | 25,000,000.00 | | | | | 1,422,659.69 |
| 0x7a59f800e05eb632aaeecc75b579d5ae2fa55ad4 | 26,800,000.00 | | | | | 1,312,652.00 |
| 0xddb563eba8cb29c0e4592ed4928ca876c0374c0f | 32,000,000.00 | | | | | 1,246,006.82 |
| 0xcab31f879042bdefbf99d0e85ca252324676dec3 | 34,000,000.00 | | | | | 1,213,639.74 |
| 0x0edf0f180fc70291de898c67fa05f90bd3de9e59a | 68,000,000.00 | | | | | 1,178,350.13 |
| 0x519370c2245e52117f6e2f18f9b3e61ddd920d9a5 | 24,829,635.00 | | | | | 1,149,273.73 |
| 0x23c389ce90aaff4b64761aa3a41e1ce3e260e9bc | 27,500,000.00 | | | | | 1,094,870.86 |
| 0x4f1e8c0adbddc365cc0b8f754dc24c22051ee79b | 27,000,000.00 | | | | | 1,035,020.98 |
| 0x2e6350be43a592ec6c26446d57fa21f9d7cf3e15 | 25,000,000.00 | | | | | 1,010,258.20 |
| 0x47441fe721fbc54b0aa0847ff8ebcd023cb7c4ed | 50,000,000.00 | | | | | 1,001,596.12 |
| 0x60cb4e4dd8ce88523f1ba5d2d433358669d401fb | 24,000,000.00 | | | | | 995,733.98 |
| 0xa2c499f20f2bbe19ce2f376e1b6fc76a8ac3be5c | 25,000,000.00 | | | | | 988,065.93 |
| 0x720a917898f0b6d92d528ea96210cbaeee0b7365 | 20,000,000.00 | | | | | 768,797.05 |
| 0x958b657ebf0d952305afca948c31c0f7903eb3ac | 19,098,773.00 | | | | | 758,387.82 |
| 0x2ff7c1c79a00d0f64b86fcfa9f5c7a17809a64db | 12,000,000.00 | | | | | 530,899.09 |
| 0x66805f91000cd4653def75e20f6210e08076b2f8 | 8,250,000.00 | | | | | 512,867.63 |
| 0x4f503703a1d022681e03c9a0bb1758dd2fba6c39 | 9,000,000.00 | | | | | 490,292.89 |
| 0x2043063af71f57847fedc0cb997a89c43468f305 | 7,750,000.00 | | | | | 419,724.78 |
| 0x76fd57f21089f974ba4a2b4023996a28c4adfb85 | 7,000,000.00 | | | | | 399,192.28 |
| 0x1e17771543ef7f63cf66ae88c83caf94a37d7249b | | | | 319,523.79 | | 319,823.67 |
| 0x2943fb2c4f49a6281858b98e9ce6eaef4edc506 | | | | 283,124.16 | | 283,297.30 |
| 0xfbdb886cc0a2c7bab3184e0b1e7bcd29bfbd3d1d | 4,750,000.00 | | | | | 276,757.62 |
| 0x2b813ddab2039cb7177c5ef57a5fb40051053bd9 | 4,750,000.00 | | | | | 258,988.24 |
| 0x4864e4cbd5988fd9e4ee3ae5c213216f0860d7d7 | | | | 220,691.68 | | 220,821.20 |
| 0x1ad5d445eba55c75561a9f9c176fe657b3f1dbb0 | | | | 212,500.00 | | 212,731.59 |
| 0x7f0913dd7db32e0f8ab438e34655040a155fad36 | | | | 202,745.79 | | 202,996.59 |
| 0xda945a89eea5b79f76a0137a0fa8772d8eb19cdd | | | | | | 192,538.66 |
| 0x7da407d05d499a58c8b94ab4cfe1ffbace20d07 | | | | 191,346.98 | | 191,369.16 |
| 0x36d5a1de5ece6a57cf984f49a2a6df483b9ed41 | | | | 184,649.05 | | 184,789.86 |
| 0x137418af6c85ded340f340cb1ffd4a136b6c6c32 | | | | 167,018.66 | | 167,141.43 |
| 0x7cd600901210a674d8853e508fad8431f06623 | | | | 164,014.53 | | 164,029.36 |
| 0x96c3f87361896afde85594d1ece3d637e34ed364 | | | | 160,815.61 | | 160,932.46 |
| 0x94ab0d3eed3b9e70af5e05da9364b45b941e11a | | | | | | 133,870.33 |
| 0x81259de9a1508a359c6b40799350862f6fead606 | | | | 119,000.00 | | 119,131.21 |
| 0xf38e7677902f0ca9b83878daec9e781b9df0f4dd | | | 93.50 | | | 111,637.95 |
| 0x58b5773de6b6da128f513633873f1162b225ae1e | | | | 108,461.54 | | 108,514.82 |
| 0x97359b7e953acad7bbbae3b1f6f1d66ca6848b65 | | | | 101,538.46 | | 101,592.75 |
| 0x4747d9cfddc31d89d035e4159815d530047a4fc7 | | | | 95,538.46 | | 95,609.35 |
| 0x96961b8fb9be4c8dbc5738b6735ebf83acdb5294 | | | | 95,135.19 | | 95,217.14 |
| 0x0cfd71169ad1ac7d9c777187a14b4da8ec967ea2 | | | | 92,307.69 | | 92,370.99 |
| 0x045729e7e5afbfff8f9a1ca96f27e427700547b6 | | | | 89,841.46 | | 89,850.64 |
| 0xbfd8cffaf2def9911d10236ee60bfc45affcc0a5 | 3,500,000.00 | | | | | 87,913.67 |
| 0x9ad17efd63396235b4fa3d1724d60cae6773bc2e | | | | 85,449.49 | | 85,418.09 |
| 0x5aeb370324883dc82efb05f223e1bea7a6c2ed28 | | | | 87,878.08 | | 87,937.70 |
| 0x6ef1243ce47b6c1c7df8e3acaa5c973b73d248e2 | | | | 81,162.40 | | 81,249.39 |
| 0x32346b3aa3a8a513215aa3150da3847c1757e1f5 | | | | 77,786.08 | | 77,854.33 |
| 0x1912a9a49eae8047753f935a2653ff5140537650 | | | | 73,846.15 | | 73,840.53 |
| 0x6548417cf1bef28cc5752f5f72d076ee7072acaa | | | | 72,255.31 | | 72,281.21 |
| 0xb67ec4156afbf545a7a0b412b361a3fe10ad3185 | | | | 70,717.00 | | 70,738.34 |
| 0x0d599d550907f8e02fcc643095d6d596617a416e | | | | 70,018.49 | | 70,034.26 |
| 0xdb7e36c9d8286802 5a73698a9db5c354cacd6566 | | | | 65,500.00 | | 65,894.25 |
| 0x7580dc494effcebdfeab656da96ae6ff7df75741 | | | | 58,153.85 | | 58,160.24 |
| 0x30e36d5fdc0519976d089718fe8258a3dc14ec85 | 2,000,000.00 | | | | | 57,025.93 |
| 0xe1b6972d6c61260c2e172486c2c9db9e0cbd5830 | | | | 55,384.62 | | 55,432.74 |
| 0x8c7676d0c6d064afdf71c2c7c69612dc295375f5 | | | | 55,000.00 | | 55,052.44 |
| 0x6be942cd899aebc1be2e88e8cc50a6b57183ef5f | 2,188,544.00 | | | | | 54,690.64 |
| 0x14b01656a50fa57928f5637ee85b70bcf338ec8 | | | | 53,846.15 | | 53,895.38 |
| 0xd92955eb5e75452397fc6d24f13fadc7dde7ed9c | | | | 53,846.15 | | 53,895.38 |
| 0x9c12a101af57abfcd378300d8da2449de07e21d7 | | | | 53,668.67 | | 53,677.53 |
| 0xcfcfe8c991e2d5911974f75adbd7d0bc45ee5125 | | | | 53,461.54 | | 53,480.91 |

| Address | Col2 | Col3 | Col4 |
|---|---|---|---|
| 0xa0f877e41675f31c68df68b75047270f987da26b | | 52,500.00 | 52,507.96 |
| 0xfea69902e73b3747fe1d1d9c45632cf1badc8aac | | 52,384.17 | 52,427.33 |
| 0xbb6d13faf0c556b2c44137049458c41085719476 | | 48,064.75 | 48,166.81 |
| 0xc1aa60c7f0e8e06f3070523171964de973968d78 | | 47,930.77 | 47,945.32 |
| 0xc6c77bf17a214f086c72a32023915c34a237ee55 | | 47,890.77 | 47,931.56 |
| 0x79cc7c612bc90faba60624e65bd74edea6f1c6a7 | | 47,809.25 | 47,806.89 |
| 0x8fff4eda984c7bbfde6ae4200fe0a72ed46cb1bd | 1,008,176.00 | | 46,620.08 |
| 0x22e34137fc01ed965e7c11a76b2dd5139d251cc7 | | 45,241.31 | 45,264.43 |
| 0x6ebd605e58510bd986f22cfe1b1b84b51b0d9508 | | 44,227.54 | 44,238.00 |
| 0x04198ba7d3be27acd57a33b18cff03bf87c65776 | | 43,633.08 | 43,633.56 |
| 0x55f07727940ccb01a66c758238e13665baaeee6c | | 42,923.08 | 42,955.43 |
| 0x3b22f158593129acc0012520e15b660db6dcd75e | | 39,582.00 | 39,615.71 |
| 0x1a0a2fba36444ee09f620613a7f6d365552554d4 | | 39,212.08 | 39,229.85 |
| 0xf9231bbb0ddfbf0bd9088bd3820af37023afeabb | | 36,346.15 | 36,349.17 |
| 0xdc14593a14399cb0756ba1a1ee65cd2d15395ef8 | | 34,483.92 | 34,499.92 |
| 0x9cd501dd5e55d4483751447b0d37e246ed87bc7d | | 18.76 | 34,144.99 |
| 0x543aa0e213f4fec56334eab460029708aea5c385 | | 33,946.00 | 33,977.87 |
| 0x9edb656bef809fb5e5329a0356043f1345b86775 | | 33,750.00 | 33,770.90 |
| 0xc7f05d115a6215358e9c9352b1f854a0d1d65b2a | | 32,692.31 | 32,714.73 |
| 0xfdd14fdc753161a524cf7dd8c52b146a1da0a8e2 | | 32,351.06 | 32,364.13 |
| 0xd387d83b5b65b9acd1e9175fe7af306a4972c31d | | 31,059.02 | 31,081.39 |
| 0xfdfa6eafa5234593074c485450220632b171831e | | 30,000.00 | 30,018.57 |
| 0x2fc114dd9febfd81ca378f2aea59dc93ecfb317b | | 28,342.20 | 28,366.96 |
| 0xd2293d0406cc1932aca8ab4a771bd860988c2df4 | | 27,692.31 | 27,706.91 |
| 0xccc10f1291ca365819cb62bdfff961e495c865b1 | 1,670,000.00 | | 27,702.50 |
| 0x4ac1522bc2b3c1a6b7d31df934c91bd94ec59767 | | 27,678.65 | 27,702.30 |
| 0x680249bec9f84e153f7fdb29786d3e100a25dbb | | 27,692.31 | 27,695.35 |
| 0x447f221ccbe40a8c1ff8cb6239c056188715cbc3 | | 27,692.31 | 27,688.61 |
| 0xbb19171176596e23f6c47a6b05d8b42396d2bda7 | | 27,692.31 | 27,672.54 |
| 0x048bce91f7b75fad3c3dde83bb73cec7852d3943 | | 26,923.08 | 26,947.09 |
| 0x021d645aade5fef9c66109c5e68cfcb59b68eabc | | 26,630.70 | 26,637.07 |
| 0x3f44046d8274bfe01d30dfc78971f0366c4ebf3b | | 25,846.15 | 25,856.28 |
| 0x1a92b736466dd645b4445c8950c3d6ac54170c48 | | 25,607.69 | 25,621.37 |
| 0x4b2f9acbaa1f0a3a3aa3232db780fa4f9b1459ee | | 25,373.64 | 25,526.38 |
| 0x6d8c86d14af0d08022c1df72e88ac4f9afb908c5 | | 25,443.51 | 25,461.67 |
| 0x34fd1f551424dcb1bd9b688e4495c4ded3b30f65 | 1,500,000.00 | | 25,209.77 |
| 0x4ccb9e9dc999b9d8a4a1af571c4f6b666dbd11e2 | | 24,230.77 | 24,241.60 |
| 0x0c12b0adb4ab8e3f348c221905875f5dc35e442a | | 24,230.77 | 24,239.18 |
| 0x11a0498c246efda02fbc75f75b43e1267be31c57 | 500,000.00 | | 24,209.62 |
| 0x54cdf61f486864b4350f88cd2cfe61272e88e5d8 | 500,000.00 | | 24,209.62 |
| 0x157952a9b6cb0b741e6710ac2f006613dbaed97d | | 23,858.57 | 23,865.72 |
| 0x79a5d7ad556d5e770cc8ce700a7034740c5dfeb4 | | 23,180.91 | 23,181.65 |
| 0x5c4887d2da7053b99940c48201ddeb1ddbae711e | | 23,076.92 | 23,093.04 |
| 0x677d80885547f0ebfaffa11a6ef2710ffea2af25 | | 23,076.92 | 23,074.95 |
| 0x4b0eb9c8b5db99bc91a11c91d52d509b848e4a3a | | 22,986.85 | 22,991.02 |
| 0xa63d25c76ecd3d4cbddc7ca232891e6a2f5d23a1 | | 22,852.06 | 22,859.46 |
| 0xcbde1e7c180bb8f3a87288a569752653fe42d751 | 1,200,000.00 | | 22,315.90 |
| 0x327e11f7e0420e786bf8e1fbd60e27cf3faf7bd8 | | 21,923.08 | 21,890.75 |
| 0x613169c1c1c7e103827d57cc9345cff24f37769 | | 21,596.92 | 21,589.35 |
| 0xf0845daabd1d0363b41edd15caed00a9da4017ac | | 21,516.61 | 21,524.34 |
| 0x13efbeb70141cf39aab63d28ca85f8069364af04 | | 21,258.90 | 21,265.39 |
| 0x0cc3d812fae68250e9fdb81a5a83adc8ee988d9f | | 21,184.83 | 21,192.33 |
| 0x7a37df33c1465331868a4bf3bc8c24ad44312a28 | | 21,100.00 | 21,119.90 |
| 0xf6d4ffc456fa454cd8215438d00da8959bcb0c1b | | 21,087.13 | 21,093.87 |
| 0x3b36430b45e95d228e2f0fbc2c6caff0eca52151 | | 20,797.37 | 20,804.54 |
| 0xa6780f5c76dbc26bd9095cd4389fece4b8160b6c | | 20,769.23 | 20,776.44 |
| 0xaa11702226a5848934770917fc88ad3da76a3693 | | 20,769.23 | 20,776.44 |
| 0xb7a0d595fadd55e977f0d95095ec848b3c77c948 | | 20,769.23 | 20,776.44 |
| 0xe3db2b737c19e0d662c47e3f7ed3a6e6c75d680e | | 20,769.23 | 20,776.44 |
| 0x4df15d764e8505881e7b66a71ec74b09bcc6f6ce | | 20,356.88 | 20,369.59 |
| 0x19f24e01b501355e95d616ba6bc59268c50749fe | 383,877.00 | | 20,207.26 |
| 0x425006fbaade13c30635323fb3d0894a7e59b8a8 | 383,877.00 | | 20,207.26 |
| 0xdc488a2a1d87c89ff962e0f5e7dabe9942ed0f30 | 383,877.00 | | 20,207.26 |
| 0x9e74e8d800494da065b309ba5df2e0243f168b8a | 787,615.00 | | 19,682.11 |
| 0x1f88cf6a195d0fc09c99c1cf4a0d5f55f05c33da | | 18,000.00 | 18,001.98 |
| 0x6937b9e4ee3577a4b029371a27bea7a29a1b843f | | 16,981.00 | 16,984.80 |
| 0x7e3cf642f64819861444600af3b416e2d8b881a9 | | 16,615.38 | 16,616.76 |
| 0xaaef06bda6a9ec3f7dbfeb9cea97ad7436bc501c | | 16,153.85 | 16,166.09 |
| 0x51065155734676977726b8c0312c95e4700c9c514 | | 15,310.00 | 15,341.49 |
| 0xa40be790ddbf1704e360d226b3c1202a412b9e70 | | 15,276.58 | 15,308.00 |
| 0x4630bdd1a77ec26033eb67cc68febc8f26a00383 | | 15,230.77 | 15,255.85 |
| 0xb7d1627fb5315190ea3b20d9cf85e5cc7f81320 | | 15,230.77 | 15,209.48 |
| 0x6bbb3b90462ae4bb951bfd67ec112d7e7b073a37 | | 14,744.62 | 14,758.50 |
| 0x21cda0916840c40e5dd702522c86f493e46b4285 | | 14,456.25 | 14,472.22 |
| 0xaf1ab4c8e3f5537dec0f7b0735cf463f5040946d | | 13,846.15 | 13,852.30 |
| 0x05c91a7c90aa13c8b4983f813e7008b5cb4a2345 | | 12,230.77 | 12,236.25 |
| 0x5ec97d81817cf2b78c71f7d05c67555edeb2d51 | | 11,945.94 | 11,931.11 |

| Address | | |
|---|---|---|
| 0xcb2ba810a6cc9b87b5fb87dfd9244d6fb8439f5e | | 11,769.23 | 11,760.83 |
| 0x1b833f458c497c562c92c14cd58f2ea901b7d659 | | 11,606.39 | 11,613.19 |
| 0xb68008312a091baa70aa4fabb435be1cbaa6bf8 | | 11,502.24 | 11,513.29 |
| 0x3117b6b2e61d03e872809670c08e0fa70c10f72e | | 11,318.00 | 11,324.64 |
| 0x0a79e8664b8dcf459cffc6630f0c9104c38d5a17 | | 11,306.00 | 11,323.61 |
| 0xa6c0533f0f4991d23d2731e58a6286d33e0978f0 | | 11,076.92 | 11,069.02 |
| 0xddc23285dbf6063299af80cb1cc20a35213d581d | | 10,865.51 | 10,870.00 |
| 0x36b25ce08b8b74164b81f93a1bc9d725d5657062 | | 10,192.56 | 10,208.44 |
| 0x02c42a953da5a25c3abdd23fb3df6d60d1915f69 | | 10,115.38 | 10,106.64 |
| 0x4b977b50678b037fb1dc3faa9d12d1622c63b15f | | 10,015.38 | 10,021.02 |
| 0xff015f2d0ae843f89f313217f86343163d763366 | | 9,905.26 | 9,922.60 |
| 0x52596330e7a68069cc3e0d95ed51eeb92e0e7b75 | | 9,551.41 | 9,550.03 |
| 0xed63188e0749d470336f44cb7b9d3e865b23bd73 | | 9,230.77 | 9,248.39 |
| 0x741d4f36d41f4df53a0c78b86e26be2b9b4e6c60 | | 9,113.67 | 9,121.43 |
| 0x2a9478c0e8b10440725583ba2770c9dab43f6287 | | 8,880.00 | 8,880.66 |
| 0x72e7e1db82ffbb4f374154335190ea9eb3602138 | | 8,500.00 | 8,511.79 |
| 0x18c5281ad0bc12629e21695d8688fba86cc2c3f3 | | 7,753.85 | 7,748.31 |
| 0x23f2046530d00463b50f0bfeb0d84fdfc860c9a6 | | 6,494.00 | 6,497.81 |
| 0xff6aa5e558d5e72ee25239e785860d431c43d06 | | 5,908.00 | 5,911.46 |
| 0xf0ea57b77159ec9842df7a7b76bd8f694a2bd7ed | | 5,814.17 | 5,819.12 |
| 0x6901fb3b47d1010332c4f595af4a3ed577d48cf3 | | 5,800.00 | 5,804.94 |
| 0xc764d47db0956acf1065887da0a83c6dc24398d0 | | 5,664.91 | 5,699.01 |
| 0xcc0833cb30834c692c232e2bdca1b4bd56e6e4d4 | | 5,683.97 | 5,695.66 |
| 0x77591ab570c85fe57fb63a3d7f8de02c43f8bc26 | | 5,656.00 | 5,659.16 |
| 0x5e271779520d1b9337016d70424b68999c893cde | | 5,538.46 | 5,555.77 |
| 0x49e08e6e295cc8c3d80734dd691e0efc35fb005 | | 5,394.99 | 5,427.47 |
| 0xeb100b279b921f813033ed3d0582a953d881e917 | | 5,410.13 | 5,413.37 |
| 0xf603ca6ac439723e7d3f288040332812c4b6f534 | | 5,406.78 | 5,409.95 |
| 0x64ac6eb888eabab56c9f59e4b98218e2a3c76e25 | | 5,392.24 | 5,396.83 |
| 0xecef50c2792cb607fd0208893985efdb7d75516 | | 5,380.81 | 5,391.88 |
| 0xca3377b8df00cf807640051c7a5c03504db3ff47 | | 5,360.91 | 5,363.91 |
| 0xaed8778324c11f9daed42281a21234a0523f2bbb | | 5,368.63 | 5,362.55 |
| 0x7254ca32735089f16bbfa9bf9ec395f6144089 | | 5,343.91 | 5,347.04 |
| 0xf9a2b36c1e1e19ceed61e4fc5c854a9e96fce85d | | 5,204.36 | 5,235.69 |
| 0x89da0c374630cd64915937640a34e71d98518c69 | | 5,231.00 | 5,230.25 |
| 0xa77563402e0dda4aa5e2bd9a38f25d5e1fbc507b | | 5,100.45 | 5,108.39 |
| 0x4b872cf43532a305a989722d1e922b920ebe61d5 | | 5,094.95 | 5,102.89 |
| 0x62372ed0d832a49edf85a2e1bff30f779e149282 | | 5,087.18 | 5,095.10 |
| 0x3e895afd5626fa5231579789f20290561f2e6fe0 | | 5,063.15 | 5,066.12 |
| 0xba456252d426a9381055f6896e1221fecaba6bc0 | | 5,093.71 | 5,028.87 |
| 0x96089a9745797ac65d89c9e5b3265c9c120e47a8 | | 5,002.00 | 5,006.76 |
| 0x3bbf31639109bcfa4014897c6d46a1c1dfc60f2e | | 4,911.25 | 4,915.62 |
| 0x5491eec63121a429011e4e7d8027fee5d8f3b7de | | 4,796.20 | 4,799.50 |
| 0xa2a126dabf5286e1b065f70a01b305debe428912 | 3.00 | | 4,731.98 |
| 0xa0876ebd435eb39f8b7d22f0253843ea6f8e5816 | | 4,099.50 | 4,099.18 |
| 0x125271f7fdfddeb7f34ea1c71925420de84ea94c | | 3,919.45 | 3,922.39 |
| 0x100118b562796a8259ad8514646e17a54caf79b4 | 1.98 | | 3,860.09 |
| 0x7713b34af263c5f06f44e644e1d3a3b95d2c80c0 | | 3,732.31 | 3,732.74 |
| 0x6a856e6240233fd97f3114a6e5c8f4d81f12b92 | | 3,200.00 | 3,199.94 |
| 0xada7bdba2c9e227dc52cdf2b33987102e842f6ee | | 3,076.92 | 3,089.38 |
| 0xf6a3447248a775cb1db7f940904ddcf0426d4254 | | 2,500.00 | 2,501.59 |
| 0x3dda6bf1843c318cd96142bf508603632a76da75 | | 2,500.00 | 2,501.42 |
| 0x5393e23dab5387024f6a94aaaccad4fb94c3681a | | 2,357.32 | 2,359.46 |
| 0xf73410c3e00eebc175d2b70ec20eaa1076929e4e | | 2,340.00 | 2,342.30 |
| 0x0d0c8efed838e33d33823a2b41d785410013e07d | | 2,000.00 | 2,002.32 |
| 0x75ff6c0841bd60a831afcd447c954a39f8daa092 | | 1,846.15 | 1,851.23 |
| 0xc82bb86b3253f39e4ed3675463425e612d5c52f6 | | 1,590.00 | 1,591.58 |
| 0xfbf07f0ce7b1067a327152155263d35b02e77dfa | | 1,368.74 | 1,367.54 |
| 0x77a2eb5d33d4bc2e380031d408eed5dca78f7ccc | | 810.50 | 809.30 |
| 0xebfec370cb62cc0774c5aa393840891a7200b539 | | 650.00 | 649.99 |
| 0x1cc7d12af1d024d0b88f0b244df05ff872a52bbb | 0.49 | | 598.71 |
| 0x1e235bd04245d2361370c2f72ec11dbb4a658d57 | 0.32 | | 351.63 |
| 0x9e1f3e42a01fb154a2f8c35bb16cab7ce0d7e9ca | | 226.66 | 226.80 |
| 0x6b0732514e11ca8444b13ac9a2ef77de3ee7d22f | 0.08 | | 154.65 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

# Exhibit 2

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **ChangeNow** | | | | | | **58,016.51** |
| 0xa0fbbbcd3213a465e95b371c8e13e298725af400 | | | 4.00 | | | 7,381.00 |
| 0x77c02da57d293afe797ff9343e0128a89dcb7574 | | | 3.00 | | | 5,536.00 |
| 0xf6c14d6801c573dba4f2750c540d7117ffa689ca | | | | 5,000.00 | | 5,018.67 |
| 0x0d5929600c6db558a050eadb0e55e8d0e005f6b1 | | | | 5,000.00 | | 5,000.42 |
| 0xd132004a53ce63be78744808a859921c35149b18 | | | | 4,615.38 | | 4,640.54 |
| 0x649ddc95e0bdf0f9715a6fef4f8188446c7594de | | | | 4,615.38 | | 4,614.72 |
| 0xd54a614be224d27d3496b73ba46df5b8e77921de | | | | 4,257.77 | | 4,256.43 |
| 0x0ecde20c0b1b92454a323907e9888b49cf027021 | | | | 4,230.77 | | 4,248.93 |
| 0xf2caaf8338d07225a2d534a7244b64de51c4e934 | | | | 4,230.77 | | 4,230.77 |
| 0x150a9cd1775e3083beccdb6e69fb0cc4205dc60a | | | | 4,000.00 | | 4,001.57 |
| 0x249addaa28387f94ad575044fe823e271feab315 | | | 1.50 | | | 2,768.00 |
| 0x20bf9b8272558c0d62beca4389264bf629aa3a96 | | | | 2,140.00 | | 2,140.84 |
| 0xc23ce40f698b8469f9a35823ee92a1878547881c | | | 1.00 | | | 1,845.00 |
| 0x5dcd72237ca6d61b4c4a632b36e5e3ad824d3181 | | | | 1,234.82 | | 1,235.84 |
| 0xcb75d255d3fe8a6076d50f46e1825293bf56e166 | | | | 1,097.37 | | 1,097.78 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 3

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Binance** | | | | | | **17,927,838.14** |
| 0x46e3432b5f1d834a0dc3d76d63cce8151472bcb7 | 200,001,000.00 | | | | | 11,449,670.56 |
| 0x1234a806bdb68cb5603ee6cac55ddfcbc66eadae | 109,670,231.00 | | | | | 4,825,739.96 |
| 0xf60231330ad7d5c3c0b4101327545b8759ae94be | 34,730,114.00 | | 0.06 | | | 1,427,398.21 |
| 0x4c8de0b4b9ff195591831978d95c18ee972a317e | | | | 208,946.15 | | 209,002.53 |
| 0xd4e3f55ea8d300fdeb8f34e1c53a2547c81bf20f | | | | 6,058.70 | | 6,055.78 |
| 0x18ca7bc8e982fb408900 4fac08bc9f885d0063f9 | | | | 5,659.00 | | 5,662.32 |
| 0xb54199f6510351cf2fec2757c193efccae06bf28 | | | | 2,019.23 | | 2,020.95 |
| 0x03589829ae46d973ffead7179411751dad0f8665 | 24,632.61 | | | | | 946.87 |
| 0xafc9c64aaec56709a60262c42cd1dfd512be5c04 | | | | 495.39 | | 494.73 |
| 0xc65dba6f5b19e5613493b7c28dbc9966e482b2f3 | | | | 425.00 | | 425.42 |
| 0xa80754a3760961da0f886bf42dd614805c05cc07 | | | | | 370.62 | 370.82 |
| 0xc9431d3b47d1a49b73668859f5816c5591f3db02 | | | | 50.00 | | 50.01 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 4

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Kucoin** | | | | | | **33,522.29** |
| 0xf25add263e81278dbeaacd416803fdcf8b7445d2 | | | | 23,076.92 | | 23,093.18 |
| 0xe31088effbf6ad9b16a4e5642db59d8d45711572 | | | | 5,110.18 | | 5,118.94 |
| 0x283afc64e1a53c22730babe0306c7f0e8e97b58a | | | | 4,000.00 | | 4,009.27 |
| 0xc2f4056ad877a2abe7e2248d70ddda1af2061a71 | | | | 750.00 | | 750.43 |
| 0xbcc9d00afeab5609751fddaf2e506a8a8017b7fb | | | | 550.00 | | 550.47 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

# Exhibit 5

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Gemini** | | | | | | **51,378.55** |
| 0xb82b78867d019480dd8642f5a64b89f07c53bbcb | | | | 36,923.08 | | 36,934.46 |
| 0x388b7f674457cca7a6acf42b2e9f0ded9ad15564 | | | | 5,000.00 | | 5,002.80 |
| 0x5c07c6430f178f5cf52faa6ad5d40f9c3e461b10 | | | | 3,500.00 | | 3,501.08 |
| 0x93d0346532caf7fd0ed198a03c47de94ab40f904 | | | 2.78 | | | 3,436.86 |
| 0xb0fdb2c9f1c87c79320e446ababc11961cea6353 | | | | 2,500.00 | | 2,503.34 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 6

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Kraken** | | | | | | **164,759.61** |
| 0x398bb1b328d426112b046e79dc1313ec5eb8f9b7 | | 7,000,150.00 | | | | 112,002.40 |
| 0x7977609b9943ea11334d00f2d2ad8fa916672ae4 | | | | 50,583.56 | | 50,587.84 |
| 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | | | 0.81 | | | 1,084.69 |
| 0x801f7e81076427f1f5549cb5a4073df1b5b99634 | | | 0.81 | | | 1,084.69 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 7

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **BiTrue** | | | | | | **16,963.33** |
| 0x33bdbecf09fe8b6859ba0f83e20a3b8522d982f1 | | | | 5,900.00 | | 5,903.86 |
| 0x6713901159ae33c9b7c666d5d8257c52d4ca6cba | | | | 5,657.26 | | 5,662.08 |
| 0x3c59abfd614418b611f85f144364945744eb43ed | | | | 5,397.05 | | 5,397.39 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 8

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Crypto.com** | | | | | | **6,208.50** |
| 0x748bc438bac4e33174a4e3691695d0139c84aa04 | | | | 5,397.00 | | 5,402.00 |
| 0xecd6c6f973070d58a7ee5add4ba2e7ec05b3e80a | | | | 806.00 | | 806.50 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 9

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Genesis Trading** | | | | | | **56,712,718.79** |
| 0xd628f7c481c7dd87f674870bec5d7a311fb1d9a2 | 1,460,567,970.00 | | 30.00 | | | 56,712,703.31 |
| 0xa9fe333ecbcd36e02f8bc47a1a001ce08283d3e4 | 500.00 | | | | | 15.48 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 10

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Circle** | | | | | | **892,082.58** |
| 0xc7256d0ae360520dc0d58f8c6d637782800175d0 | | | | 890,991.20 | | 892,082.58 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 11

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **SwissBorg** | | | | | | **435,131.50** |
| 0xae23a526fce7fc9b9af4214230aca5301101c1d1 | | | | 434,990.00 | | 435,131.50 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 12

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Binance US** | | | | | | **100,073.85** |
| 0x22c29ccc6570794ae4e7b764b594b4c4bf5c7dd5 | | | | 99,999.97 | | 100,073.85 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

# Exhibit 13

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **Bitrefill** | | | | | | **1,406.01** |
| 0xe592531965b5a5d7b69abeaddfe60cc0b9c3cee8 | | | | 1,400.00 | | 1,406.01 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction

Exhibit 14

| To | GALA v1 | GALA v2 | ETH | USDC | USDT | Total value (USD)* |
|---|---|---|---|---|---|---|
| **OKX** | | | | | | **210,723.91** |
| 0xe66bbaa474ff15b1602cc55f7334df3b4928eb64 | | 13,170,244.50 | | | | 210,723.91 |

*Total value (USD) refers to the USD value of the currency at the time of the transaction