# EXHIBIT C

# BLOCKCHAIN GAMING PARTNERS
**Financial Model Summary**
*Version: 02/02/19*

## Basic Assumptions

1. We raise $250MM with $250MM coming from node sales (node price of $5,000 = 50,000 total nodes)
2. We release 11 blockchain enabled games over 7 years at a cadence of about 2 games/year, with genres evenly split between mid-core Role Playing Games (RPG) and broadly accessible Simulation/Strategy games (Sim)
3. Games would be cross-platform and include traditional Free-to-Play monetization features as well as blockchain game assets (the revenue split between blockchain and F2P would shift from 60/40 for the first games to 90/10 over time)
4. Our company game development budget would include a buffer for prototypes and game projects that get killed before release (so we can have 2-3 project starts for every game that makes it to market, thus boosting our hit rate)
5. We would build world class publishing, marketing, and analytics teams in San Francisco
6. We would spend about 25% of game revenue on paid user acquisition to bring players into our games
7. Revenue to Blockchain Gaming Partners would come from three sources: (1) Traditional F2P monetization, (2) initial sale of blockchain assets to players, and (3) transaction fees on the resale of blockchain assets between players
8. Node licensees would get a percentage of every blockchain transaction including initial sales and resales (starting at 25% in year one and stepping down to 7.5% by year seven)
9. Node licensees would also be paid 7% of F2P revenue and initial blockchain asset sales (from BGP->players) to cover server hosting for game state and player state data
10. Blockchain assets would turn over about 3.3 times over the life of a game (7 years) with transaction velocity being highest in year one and then decaying over time
11. The market performance for our 11 games is projected to be a mix of HIGH, MEDIUM, and LOW cases with most delivering at a MEDIUM level (where HIGH = Top 25 chart position, MEDIUM = Top 25-50 chart position, and LOW = Top 50-200 chart position)
12. Most players are acquired on mobile and move over to PC for transacting blockchain assets
13. Node licensees get paid in tokens which appreciate at 10% per year