John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
john.huber@gtlaw.com
wadleyd@gtlaw.com
marc.rasich@gtlaw.com
bakera@gtlaw.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES, <br><br> Plaintiff, <br><br> vs. <br><br> WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC, <br><br> Defendants, <br><br> and <br><br> BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES, <br><br> Nominal Defendant. | **DECLARATION OF JENNIFER MILLER IN SUPPORT OF OPPOSITION TO MOTION TO FREEZE ASSETS** <br><br> Case No. 2:23-cv-00589-HCN-DAO <br><br> Judge Howard C. Nielsen <br><br> Magistrate Judge Daphne A. Oberg |

1

1.       I, Jennifer Miller, am over the age of 18 and have personal knowledge of the facts set forth in this declaration. If asked to testify, I could and would competently testify thereto.

2.       From 2019 to 2020, I personally performed the bookkeeping for Blockchain Game Partners, LLC ("BGP"), d/b/a Gala Games. I recorded revenue and expenses and maintained the balance sheet.

3.       The information contained in this declaration is based on my work for BGP, my review of accounts and records, and from my services performed for True North United Investments, LLC ("True North").

4.       BGP sold or allocated 20,000 nodes during the first year of the distribution of Gala digital rewards ("Gala"). At this time, True North and Eric Schiermeyer each owned 50% of the company. The company decided to allocate 7,000 nodes to True North and 7,000 to Schiermeyer. Another 1,000 nodes were allocated to Connect United, LLC, a company that had partnered with BGP on the intellectual property and to sell the nodes to customers which was integral to the success of BGP The remaining 5,000 nodes were sold to users

5.       Initially, a single wallet was set up to receive Gala for True North and Schiermeyer's nodes. True North and Schiermeyer both held the keys to this wallet. They planned to divide the Gala in this wallet to separate wallets controlled by True North and Schiermeyer in the future. The address of this wallet is 0x381e840f4ebe33d0153e9a312105554594a98c42.

6.       I was sent a spreadsheet called "Gala Metrics," which was authored by Schiermeyer in June 2020. Schiermeyer directed that revenue for BGP would be earned in four ways. Schiermeyer did not include any expected revenue from mining of the GALA tokens,

described by Schiermeyer as emissions. Gala with company nodes on this spreadsheet. A true

excerpt of this spreadsheet appears in the following image:



7.        On September 11th and 12th, 2020, Gala was initially minted to the Ethereum

blockchain. This was a bulk mint that distributed Gala to wallets based on the mining performed

during the prior 14 months. On September 11,2020, 1,000,000 Gala were minted to the ERC-20

blockchain pursuant to the contract 0x15d4c048f83bd7e37d49ea4c83a07267ec4203da to the

joint wallet. On September 12, 2020, an additional 19,972,137,815 Gala was minted to the same

joint wallet. A true excerpt of a spreadsheet depicting this appears in the following image:



8.        To mitigate the single point of failure having a significant amount of Gala in one

wallet, True North and Schiermeyer caused 19,688,861,737 Gala to be spread out from the joint

wallet to 99 wallets that were likewise controlled by both True North and Schiermeyer. This

occurred on September 14, 2020.

9.        On December 31, 2020, Schiermeyer, or someone at his direction, transferred

107,000,000 Gala to his personal wallet (0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9).

Because half of the Gala in the joint wallets belonged to Schiermeyer, I did not believe there was any issue with this transfer.

10.    Assuming a modest price of .00148525, the minting in September 2020 generated $29,665,098.48 in value. None of this was recognized as revenue by BGP for the earning of or receiving these 19.6 billion Gala.

11.    As far as I understand, BGP's 2020 tax returns, which I assisted in preparing, do not recognize any of these 19.6 billion Gala as held by the Company.

12.    Based on conversations I had with Thurston, I understand that in February 2021, in connection with a corporate acquisition of Sandbox Games, True North and Schiermeyer discussed dividing the contents of the 99 joint wallets.

13.    On February 3, 2021, True North elected to transfer part of its share of the Gala from the joint wallets into 43 wallets solely controlled by True North (the "True North Wallets"). Schiermeyer then transferred part of his share of the Gala from the joint wallets into wallets solely controlled by him on April 15, 2021 (the "Schiermeyer Wallets").

14.    BGP did not have sufficient revenue-generated Gala to close the acquisition of Sandbox Games. Thus, in connection with the acquisition, True North and Schiermeyer caused 67,000,000 Gala to be sent from 4 jointly controlled wallets to Sandbox principals. This transaction was recorded as coming from the BGP shareholder's personal Gala holdings, True North and Eric Schiermeyer respectively. A true excerpt of a spreadsheet depicting these four transfers to the Sandbox principals appears in the following image:

4

| | | | | | |
|---|---|---|---|---|---|
| 0x9d49db39f2fb36362522d7dd6f99a91ccb2b9b9e | (185,839,569.00) | | | | |
| | | (800,000.00) | | 9/18/2020 | 0x7d1473CF0A132751ED9BD3B2F501abf18FD27d42 |
| | | (4,000,000.00) | Bitrue | 9/14/2020 | 0xF872507274a7455F369BB3a010C712557CC036fF |
| | | (162,039,569.00) | ERIC 1 | 4/15/2021 | 0x6Bd43B3c5B88197C8d3bCFFb1E48d212c847e9497 |
| | | (19,000,000.00) | SANDBOX | 4/12/2021 | 0x845c7EC68e7e0379E822e5fe4eA067f2440263D1 |
| 0x5900f88434bf5bfc5ba763f86d69690ec0087ba7 | (188,863,143.00) | | | | |
| | | (800,000.00) | | 9/18/2020 | 0x3203B3FD208F9CE9010ecE89b0Ba574AB8eC8d61 |
| | | (4,000,000.00) | Bitrue | 9/14/2020 | 0xF872507274a7455F369BB3a010C712557CC036fF |
| | | (168,063,143.00) | ERIC 3 | 4/15/2021 | 0x62491845069E8b0c305181B440640C852f8F3F05 |
| | | (16,000,000.00) | SANDBOX | 4/14/2021 | 0x174FED3a4D59Ff3F021080206748691c4E4c3223 |
| 0x7fda06575b5e4a40e97c346047b84230d7629a0c | (191,122,803.00) | | | | |
| | | (4,000,000.00) | Bitrue | 9/14/2020 | 0xF872507274a7455F369BB3a010C712557CC036fF |
| | | (171,122,803.00) | ERIC 4 | 4/15/2021 | 0x5953D78b99ac7B17b1740883BC7ae5Dfd0BBA0fC |
| | | (16,000,000.00) | SANDBOX | 4/14/2021 | 0x3671985b846a411eC08EA25243BaeCE7fA3Ea073 |
| 0x7d794732d90d54621981f8c862c5b726bb1d7b72 | (208,980,672.00) | | | | |
| | | (1,100,000.00) | | 9/18/2020 | 0xE173596307D9572dc088442BB2526553a87dC5B7 |
| | | (4,000,000.00) | Bitrue | 9/14/2020 | 0xF872507274a7455F369BB3a010C712557CC036fF |
| | | (80,880,672.00) | ERIC 2 | 4/15/2021 | 0x2E3a0488Fbe94B7b5AD98419dEBF8b2CcD8d0a33 |
| | | (107,000,000.00) | Eric Gala App | 12/31/2020 | 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 |
| | | (16,000,000.00) | SANDBOX | 4/12/2021 | 0x0f4A23879f26f706f223ea3FbE572A5e1F9FA92A |

15.     Additional transfers from the 99 joint wallets were made to some individuals as well as to accounts at centralized exchanges. These were not recorded as expenses for BGP.

16.     On March 1, 2021, a segregated wallet was funded by True North and Schiermeyer with 2,000,000,000 Gala from the joint wallets (the "Segregated Wallet"). This represented a $55,378,000 investment for BGP projects so that, to my understanding, in the event of economic downturn, the project would have funding beyond revenue. This wallet was recorded as shareholder capital contributions and constituted the only company wallet funded by True North and Schiermeyer. A true screenshot depicting this transfer appears in the following image:



17.     Based on my review of blockchain records, by April 15, 2021, there was more than 30,000,000,000 Gala in circulation.

18.     BGP continued to derive revenue from product sales. Its revenue was primarily earned in crypto, including Gala. It was routinely liquidating this earned Gala through Jason Brink's account at crypto exchange Binance.

19.     From September 16, 2021, through June 13, 2022, BGP liquidated roughly 2,168,665,982 Gala for around $515,000,000 and 2,031 ETH worth in excess of $4,200,000.

20.     On or around June 29, 2022, BGP sales revenue had diminished to the point where the company needed additional funding. Schiermeyer told True North he was contributing

200,000,000 additional Gala to BGP and requested True North to contribute the same amount. A

true screenshot depicting this transfer appears in the following image:



21.    True North promptly contributed the requested 200,000,000 Gala from one of the

43 True North Wallets to BGP. This equated to roughly $11,300,000 at the time of transfer.

22.    BGP continued to liquidate revenue Gala it had earned through product sales to

pay for operations.

23.     Beginning in June 2022, BGP also began to liquidate the 2,000,000,000 Gala in the Segregated Wallet. A true excerpt of a spreadsheet depicting these liquidations appears in the following image:



| Txn Ha | Metho | Date | From | | To | Value | Token |
|---|---|---|---|---|---|---|---|
| 0xa3021c | Mint Bulk | 5/16/2023 | Null: 0x000...000 | IN | Binance Account Used for swap | 0.00000076 | Gala(GALA) |
| 0x7cc07b | Transfer | 5/8/2023 | 0x31513C...e3a2DB67 | IN | Binance Account Used for swap | 6,000 | ApeCoin(APE) |
| 0xbeaedd | Transfer | 11/30/2022 | Gala Chest -1 ERIC | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x6b103C | Transfer | 11/27/2022 | Games Fund 2 BN Gala - Eric | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x340c8a | Transfer | 11/22/2022 | Games Fund 2 BN Gala - Eric | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x668abt | Transfer | 11/15/2022 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 54,479,766.32 | Gala(GALA) |
| 0x168416 | Transfer | 11/14/2022 | Gala Income 1 | IN | Binance Account Used for swap | 9,902,596.70 | Gala(GALA) |
| 0x4f8763 | Transfer | 11/7/2022 | Gala Income 1 | IN | Binance Account Used for swap | 11,248,613.46 | Gala(GALA) |
| 0x078da2 | Transfer | 11/1/2022 | Gala Income 1 | IN | Binance Account Used for swap | 66,848,537.72 | Gala(GALA) |
| 0x030658 | Transfer | 9/9/2022 | Master Node - 0 Travis | IN | Binance Account Used for swap | 638,562,668.86 | Gala(GALA) |
| 0x6e80e3 | Transfer | 8/16/2022 | Gala Income 1 | IN | Binance Account Used for swap | 29,664,843.21 | Gala(GALA) |
| 0x1a69c5 | Transfer | 7/30/2022 | Gala Income 1 | IN | Binance Account Used for swap | 41,981,194.71 | Gala(GALA) |
| 0x6847a8 | Transfer | 7/22/2022 | Games Fund 2 BN Gala - Eric | IN | Binance Account Used for swap | 200,000,000 | Gala(GALA) |
| 0x2c99e2 | Transfer | 7/19/2022 | 0x346afE...Dc379078 | IN | Binance Account Used for swap | 42,794.34 | Tether USD(USDT) |
| 0x18d4b8 | Transfer | 7/19/2022 | 0x0BF12E...a730B5cD | IN | Binance Account Used for swap | 64,051.01 | Tether USD(USDT) |
| 0x4ba87a | Transfer | 7/9/2022 | Games Fund 2 BN Gala - Eric | IN | Binance Account Used for swap | 200,000,000 | Gala(GALA) |
| 0x095119 | Transfer | 6/29/2022 | TN VAULT 1 | IN | Binance Account Used for swap | 200,000,000 | Gala(GALA) |
| 0x5b328C | Transfer | 6/29/2022 | TN VAULT 1 | IN | Binance Account Used for swap | 1,000 | Gala(GALA) |
| 0x0bb218 | Transfer | 6/21/2022 | Games Fund 2 BN Gala - Eric | IN | Binance Account Used for swap | 200,000,000 | Gala(GALA) |
| 0xf54f284 | Transfer | 6/14/2022 | Games Fund 2 BN Gala - Eric | IN | Binance Account Used for swap | 200,000,000 | Gala(GALA) |
| 0xa61ad1 | Transfer | 6/13/2022 | Gala Income 1 | IN | Binance Account Used for swap | 93,840,471.74 | Gala(GALA) |
| 0xca69a0 | Transfer | 3/30/2022 | Gala Income 1 | IN | Binance Account Used for swap | 95,342,634.57 | Gala(GALA) |
| 0x8fd3ed | Transfer | 3/22/2022 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 100,000,000 | Gala(GALA) |
| 0x4b5a22 | Transfer | 2/26/2022 | Gala Income 1 | IN | Binance Account Used for swap | 37,003,987.32 | Gala(GALA) |
| 0x111f0a | Transfer | 2/17/2022 | Gala Income 1 | IN | Binance Account Used for swap | 179,428,936.03 | Gala(GALA) |
| 0x14567e | Transfer | 1/29/2022 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 200,000,000 | Gala(GALA) |
| 0xa8ba31 | Transfer | 1/27/2022 | Gala Income 1 | IN | Binance Account Used for swap | 58,055,726.40 | Gala(GALA) |
| 0xf0112d | Transfer | 1/24/2022 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 150,000,000 | Gala(GALA) |
| 0x09ac6a | Transfer | 1/16/2022 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 150,000,000 | Gala(GALA) |
| 0xe086b3 | Transfer | 1/10/2022 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 100,000,000 | Gala(GALA) |
| 0x3cc1a7 | Transfer | 1/6/2022 | Gala Income 1 | IN | Binance Account Used for swap | 39,496,556.94 | Gala(GALA) |
| 0xdaaf53 | Transfer | 12/16/2021 | Gala Income 1 | IN | Binance Account Used for swap | 198,272,343.39 | Gala(GALA) |
| 0xa61ea4 | Transfer | 12/4/2021 | Gala Income 1 | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x2e2ba9 | Transfer | 11/30/2021 | Gala Income 1 | IN | Binance Account Used for swap | 28,000,000 | Gala(GALA) |
| 0xf667f45 | Transfer | 11/22/2021 | Gala Income 1 | IN | Binance Account Used for swap | 34,846,370.72 | Gala(GALA) |
| 0x505224 | Transfer | 10/21/2021 | Gala Income 1 | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x105b5t | Transfer | 10/14/2021 | Gala Income 1 | IN | Binance Account Used for swap | 100,000,000 | Gala(GALA) |
| 0x0a6a06 | Transfer | 10/4/2021 | Gala Income 1 | IN | Binance Account Used for swap | 75,827,521.13 | Gala(GALA) |
| 0x6d0c86 | Transfer | 10/2/2021 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 100,000,000 | Gala(GALA) |
| 0xc1b711 | Transfer | 9/19/2021 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 100,000,000 | Gala(GALA) |
| 0x87174c | Transfer | 9/17/2021 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 100,000,000 | Gala(GALA) |
| 0xf1805d | Transfer | 9/16/2021 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x5767f0 | Transfer | 9/16/2021 | Gala Hard Wallet 1 | IN | Binance Account Used for swap | 50,000,000 | Gala(GALA) |
| 0x78efc5c | Transfer | 9/16/2021 | Bitrue | IN | Binance Account Used for swap | 28,551,433.92 | Gala(GALA) |

24.     BGP continued liquidating the Segregated Wallet at Binance and Genesis until the wallet was completely depleted in January 2023. A true excerpt of a spreadsheet depicting these liquidations appears in the following image:

| Date Time (UTC) | From | | To | Value | Token | USD |
|---|---|---|---|---|---|---|
| 6/3/2023 0:00 | Unburned Gala | IN | GALA GENESIS EXCHANGE WALLET | 249,999,990 | Gala(GALA) | $ 7,576,249.70 |
| 6/3/2023 0:00 | Unburned Gala | IN | GALA GENESIS EXCHANGE WALLET | 10 | Gala(GALA) | $ 0.30 |
| 4/12/2023 0:00 | Gala Chest -1 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 170,000,000 | Gala(GALA) | $ 7,207,150.00 |
| 3/23/2023 0:00 | Gala Chest - 5 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 140,000,000 | Gala(GALA) | $ 5,828,200.00 |
| 3/15/2023 0:00 | Master Node - 0 Travis | IN | GALA GENESIS EXCHANGE WALLET | 150,000,000 | Gala(GALA) | $ 6,091,125.00 |
| 3/6/2023 0:00 | Gala Chest - 2 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 66,000,000 | Gala(GALA) | $ 2,492,325.00 |
| 2/22/2023 0:00 | Gala Chest -1 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 155,000,000 | Gala(GALA) | $ 7,023,825.00 |
| 2/12/2023 0:00 | Gala Chest -1 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 160,000,000 | Gala(GALA) | $ 7,127,600.00 |
| 2/8/2023 0:00 | Gala Chest -1 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 135,000,000 | Gala(GALA) | $ 6,574,500.00 |
| 2/2/2023 0:00 | Gala Chest -1 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 36,000,000 | Gala(GALA) | |
| 2/1/2023 0:00 | Gala Chest - 2 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 111,000,000 | Gala(GALA) | $ 8,096,760.00 |
| 1/24/2023 0:00 | Gala Chest -1 ERIC | IN | GALA GENESIS EXCHANGE WALLET | 47,572,802 | Gala(GALA) | |
| 1/23/2023 0:00 | Gala Hard Wallet | IN | GALA GENESIS EXCHANGE WALLET | 47,427,198.60 | Gala(GALA) | $ 4,579,000.03 |
| 1/19/2023 0:00 | Games Fund 2 BN Gala - Eric | IN | GALA GENESIS EXCHANGE WALLET | 110,000,000 | Gala(GALA) | $ 4,973,320.00 |
| 12/27/2022 0:00 | Games Fund 2 BN Gala - Eric | IN | GALA GENESIS EXCHANGE WALLET | 100,000,000 | Gala(GALA) | $ 1,641,100.00 |
| 12/15/2022 0:00 | Games Fund 2 BN Gala - Eric | IN | GALA GENESIS EXCHANGE WALLET | 65,375,249.32 | Gala(GALA) | $ 1,580,773.53 |
| 12/15/2022 0:00 | Gala Hard Wallet | IN | GALA GENESIS EXCHANGE WALLET | 34,624,750.68 | Gala(GALA) | $ 837,226.47 |
| 12/12/2022 0:00 | Games Fund 2 BN Gala - Eric | IN | GALA GENESIS EXCHANGE WALLET | 100,000,000 | Gala(GALA) | $ 2,503,000.00 |
| 12/9/2022 0:00 | Games Fund 2 BN Gala - Eric | IN | GALA GENESIS EXCHANGE WALLET | 100,000,000 | Gala(GALA) | $ 2,609,250.00 |
| 12/5/2022 0:00 | Gala Hard Wallet | IN | GALA GENESIS EXCHANGE WALLET | 100,000 | Tether USD(USDT) | $ 99,980.00 |
| 12/5/2022 0:00 | Gala Hard Wallet | IN | GALA GENESIS EXCHANGE WALLET | 838,409.57 | USD Coin(USDC) | $ 837,990.36 |
| 12/5/2022 0:00 | Games Fund 2 BN Gala - Eric | IN | GALA GENESIS EXCHANGE WALLET | 50,000,000 | Gala(GALA) | $ 1,287,375.00 |
| 12/18/2022 0:00 | Binance 14 | IN | GALA GENESIS EXCHANGE WALLET | 5,000 | Gala(GALA) | $ 102.59 |

25.     After the Segregated Wallet was liquidated, Schiermeyer began liquidating funds from the Schiermeyer Wallets.

26.     Schiermeyer has transferred in excess of 1,000,000,000 Gala from the joint wallets without authorization from True North.

I declare, under penalty of perjury under the laws the United States of America, that the foregoing is true and accurate.

DATED: September 11, 2023

/s/ Jennifer Miller
Jennifer Miller

**CERTIFICATE OF SERVICE**

I hereby certify that on 11 September 2023, a true and correct copy of the foregoing was

filed with the Court's electronic filing system and thereby served on counsel of record.

Paul W. Shakespear
Cameron Cutler
Natalie Beal
SNELL & WILMER LLP
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram L. Moore
Christian A. Zazzali
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
abe.moore@klgates.com
christian.zazzali@klgates.com

GREENBERG TRAURIG, LLP

*/s/ Lindsey A. Wharton*

10