Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
          ccutler@swlaw.com
          nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email: abe.moore@klgates.com
          christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **ORDER GRANTING MOTION TO SEAL: EXHIBIT E [ECF NO. 28-5]; EXHIBIT F [ECF NO. 28-6]; EXHIBIT G [ECF NO. 28-7]; AND EXHIBIT H [ECF NO. 28-8] TO THE DECLARATION OF WRIGHT THURSTON IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO FREEZE ASSETS**<br><br>**AND**<br><br>**MOTION TO EXPEDITE DECISION**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Before the Court is the Motion to Seal: Exhibit E [ECF No. 28-5]; Exhibit F [ECF No. 28-6]; Exhibit G [ECF No. 28-7]; And Exhibit H [ECF No. 28-8] to the Declaration of Wright Thurston in Support of Defendants' Opposition to Motion to Freeze Assets and Motion to Expedite Decision ("**Motion for Seal**") filed by Plaintiff Eric Schiermeyer ("**Plaintiff**").  Having considered Plaintiff's Motion for Seal, and for good cause appearing, the Court hereby GRANTS the Motion for Seal.

DATED this _____ day of September, 2023.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg

4854-1850-2783