1  Paul W. Shakespear (14113)
2  Cameron Cutler (15116)
   Natalie Beal (18311)
3  SNELL & WILMER L.L.P
   15 West South Temple
4  Suite 1200
   Gateway Tower West
5  Salt Lake City, Utah  84101

6  Abram Moore (*pro hac vice*)
   Abe.moore@klgates.com
7  Christian Zazzali (*pro hac vice*)
   Christian.zazzali@klgates.com
8  **K&L Gates LLP**
9  *Attorneys for Eric Schiermeyer*

10

11

12               IN THE UNITED STATES DISTRICT COURT

13                    FOR THE DISTRICT OF UTAH

14

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **DECLARATION OF TRAVIS ALLEN IN SUPPORT OF PLAINTIFF ERIC SCHIERMEYER'S MOTION FOR ORDER FREEZING ASSETS, AN ACCOUNTING, PERMITTING EXPEDITED DISCOVERY AND OTHER ANCILLARY RELIEF**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

**DECLARATION OF TRAVIS ALLEN IN SUPPORT OF PLAINTIFF'S MOTIONS**

## SECOND DECLARATION OF TRAVIS ALLEN

1. I, Travis Allen, am a Blockchain Engineer for Blockchain Game Partners, Inc., d/b/a Gala Games ("Gala Games"). In my role as Blockchain Engineer, I am familiar with both the day-to-day operations and the overall operations of Gala Games. As such, I have knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so. I also am familiar with the records of Gala Games, which I consulted in order to determine the numbers set forth herein, all of which are business records maintained in Gala Games' files and systems in the ordinary course of business.

2. This is the second declaration I have submitted in this action, and it supplements, and adopts the definitions in, my first declaration.

3. I have access to and reviewed an early version of the Gala Games code which controls the distribution of the daily emission of GALA. The code is time-stamped Monday, August 3, 2020 at 21:20:25 Mountain Time. Below is a screenshot of the portion of that code which allocates the daily distribution of GALA between "company" and "users."

```
private getDailyDistributionAmount() {
  const dailyDistributionAmount =
    tokenConfig[config.tokenName].annualDistributionAmount /
    getDaysInYear(new Date());

  return {
    total: dailyDistributionAmount,
    company: dailyDistributionAmount * 0.75,
    users: dailyDistributionAmount * 0.25,
  };
}
```

4. This code operated to distribute 75% of the daily emission of GALA to the "company" wallet and 25% of the daily emission of GALA to the "users" who were operating their Gala Nodes.

5. This portion of code was added on January 31, 2020 at 9:39 a.m. by user "jaydenj133."

I declare, under penalty of perjury of the laws of Utah and of the United States of America, that the foregoing is true and accurate.

Dated: September 13, 2023

*Travis Allen*
DocuSigned by: 5E2A14BE0DC344D...

Travis Allen
Blockchain Engineer
Blockchain Game Partners, Inc.