# Exhibit A

| firstName | lastName | email | phone | created | currency | lastLogin | emailVerified | ethAddress | Discord Name |
|---|---|---|---|---|---|---|---|---|---|
| Wright | Thurston | wrightwthurston@gmail.com | 18013301225 | 1/17/2019 5:47 | USD | 9/8/2023 2:40 | 10/27/2020 22:37 | 0xB84B9c91357B0029658064989007A6654868c47F | FALSE |