# Exhibit B

| User Id | Wallet Address | Distribution Points | Gala Amount | First Name | Last Name | Email |
|---|---|---|---|---|---|---|
| company | 0x381E840F4eBe33d0153e9A312105554594A98C42 | 0 | 25684931.51 | company | company | company |
| 5c40170b125e721147333a5c | 0xB84B9c91357B0029658064989007A6654868c47F | 200.3 | 263481.7411 | Wright | Thurston | wrightwthurston@gmail.com |
| 5c806869e7fd0e2384461ce9 | 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 | 79.7 | 104840.2135 | Eric | Schiermeyer | erictenchijin@gmail.com |

| User Id | Wallet Address | Distribution Points | Gala Amount | First Name | Last Name | Email |
|---|---|---|---|---|---|---|
| company | 0x381E840F4eBe33d0153e9A312105554594A98C42 | 0 | 8561643.836 | company | company | company |
| 5c40170b125e721147333a5c | 0xB84B9c91357B0029658064989007A6654868c47F | 443 | 140276.9517 | Wright | Thurston | wrightwthurston@gmail.com |
| 5c806869e7fd0e2384461ce9 | 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 | 394 | 124760.9909 | Eric | Schiermeyer | erictenchijin@gmail.com |

| User Id | Wallet Address | Distribution Points | Gala Amount | First Name | Last Name | Email |
|---|---|---|---|---|---|---|
| company | 0x381E840F4eBe33d0153e9A312105554594A98C42 | 0 | 4280821.918 | company | company | company |
| 5c806869e7fd0e2384461ce9 | 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 | 1149 | 194444.3542 | Eric | Schiermeyer | erictenchijin@gmail.com |
| 5c40170b125e721147333a5c | 0xB84B9c91357B0029658064989007A6654868c47F | 458 | 77506.97495 | Wright | Thurston | wrightwthurston@gmail.com |