# Exhibit D

| _id | address | value |
|---|---|---|
| 0x381E840F4eBe33d0153e9A312105554594A98C42 | 0x381E840F4eBe33d0153e9A312105554594A98C42 | 1.99737E+18 |
| 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 | 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 | 2.36467E+17 |
| 0xB84B9c91357B0029658064989007A6654868c47F | 0xB84B9c91357B0029658064989007A6654868c47F | 1.97399E+17 |
| 0xb669970Dba354b312b0b1a1e77503F1FcBf77aB0 | 0xb669970Dba354b312b0b1a1e77503F1FcBf77aB0 | 7.04764E+16 |
| 0xd9A751e6454f9694d8f133B88D00cb444DF40923 | 0xd9A751e6454f9694d8f133B88D00cb444DF40923 | 1.63864E+16 |
| 0x9Ec5Ea3574cD176aa0Bdb3C8F663394a16A645e4 | 0x9Ec5Ea3574cD176aa0Bdb3C8F663394a16A645e4 | 1.47609E+16 |
| 0xa31Ee4833cfD6ab279C9480cc9A9A397AfdCC2BE | 0xa31Ee4833cfD6ab279C9480cc9A9A397AfdCC2BE | 1.10463E+16 |
| 0xDD972395Fc10B8444249623E3fE5c9486423EaF6 | 0xDD972395Fc10B8444249623E3fE5c9486423EaF6 | 1.0485E+16 |
| 0x237aC1B67c94bDd7a5903e8A455937F7b22E30bD | 0x237aC1B67c94bDd7a5903e8A455937F7b22E30bD | 1.03047E+16 |
| 0x880A0b37Dd55608983B54448d9f42a1D47Ad33a4 | 0x880A0b37Dd55608983B54448d9f42a1D47Ad33a4 | 7.54895E+15 |
| 0x174FED3a4D59Ff3F021080206748691c4E4c3223 | 0x174FED3a4D59Ff3F021080206748691c4E4c3223 | 6.07401E+15 |
| 0x0f4A23879f26f706f223ea3FbE572A5e1F9FA92A | 0x0f4A23879f26f706f223ea3FbE572A5e1F9FA92A | 5.7946E+15 |
| 0xfc0923A7C9733bf9196E616fecd61E3c6B73b3Ea | 0xfc0923A7C9733bf9196E616fecd61E3c6B73b3Ea | 5.78004E+15 |
| 0x995644e01eC157038aBf140b33448D089CF93818 | 0x995644e01eC157038aBf140b33448D089CF93818 | 5.70002E+15 |
| 0xcC476223F1FC781057Ce87077CA49194c38cE9AD | 0xcC476223F1FC781057Ce87077CA49194c38cE9AD | 4.30848E+15 |
| 0x73Ef6E953F7dF14d16817beA876FB6443A0c6223 | 0x73Ef6E953F7dF14d16817beA876FB6443A0c6223 | 3.90787E+15 |
| 0xB4891A24503693A5F62ae21e3f5494B964049a88 | 0xB4891A24503693A5F62ae21e3f5494B964049a88 | 3.19401E+15 |
| 0x60aBa2bE66522378d7C377f3B0f530Fe53dA709f | 0x60aBa2bE66522378d7C377f3B0f530Fe53dA709f | 2.84891E+15 |
| 0x76609648Fd94Fca1e096f9cC2Bdd45A8d24cDFf7 | 0x76609648Fd94Fca1e096f9cC2Bdd45A8d24cDFf7 | 2.68911E+15 |
| 0x327c128b42f9ca8c5Ee09b44c46d100DAC46BFAA | 0x327c128b42f9ca8c5Ee09b44c46d100DAC46BFAA | 2.20832E+15 |
| 0xb557fDb1ED1D7c1B63d4261D6CEcfC12478B759f | 0xb557fDb1ED1D7c1B63d4261D6CEcfC12478B759f | 1.57953E+15 |
| 0x8E7ecb9C99f538c94Ac829fCbac70C3Bd082dAA5 | 0x8E7ecb9C99f538c94Ac829fCbac70C3Bd082dAA5 | 1.44229E+15 |
| 0x4C001F80cfBc83E634e7dD97A85994df7cCf1dcD | 0x4C001F80cfBc83E634e7dD97A85994df7cCf1dcD | 1.39413E+15 |
| 0x1Fd25a85F4d8483251C490aF07d76cF32D9f236b | 0x1Fd25a85F4d8483251C490aF07d76cF32D9f236b | 1.31609E+15 |
| 0xd677B7FEb6ae4D3aE5b90a0Fa7966D7580CeEcec | 0xd677B7FEb6ae4D3aE5b90a0Fa7966D7580CeEcec | 1.20262E+15 |
| 0x04D9db3AF03EeC759cF4899f9A540c34D4080DA0 | 0x04D9db3AF03EeC759cF4899f9A540c34D4080DA0 | 1.16772E+15 |
| 0xe28dEfD273027543E7a93f6696138D5b37cEC6BD | 0xe28dEfD273027543E7a93f6696138D5b37cEC6BD | 1.14154E+15 |
| 0x10f97B63a7644D8f1c2C63E4f5F682Cca28AbC92 | 0x10f97B63a7644D8f1c2C63E4f5F682Cca28AbC92 | 1.04585E+15 |
| 0x1269077185b6E3DA1a836dA9BeC8a15970515Bdb | 0x1269077185b6E3DA1a836dA9BeC8a15970515Bdb | 1.00961E+15 |
| 0xa8d4C7f0416CdAD7d1D5079A4358FD04d128B603 | 0xa8d4C7f0416CdAD7d1D5079A4358FD04d128B603 | 9.36844E+14 |
| 0x1974a33074668d4eF399f9548b7CE7E8b06c3d13 | 0x1974a33074668d4eF399f9548b7CE7E8b06c3d13 | 8.85964E+14 |
| 0x9aa442f08D0f018eD52bA2fAc6eACfd9EbB7cecB | 0x9aa442f08D0f018eD52bA2fAc6eACfd9EbB7cecB | 8.44767E+14 |
| 0xFfB336489206E446F9131957565Ebb4A8f2D912e | 0xFfB336489206E446F9131957565Ebb4A8f2D912e | 7.58375E+14 |
| 0xc27aC7924Ca8760A17bAb7a81B8d6aFdaCE71a13 | 0xc27aC7924Ca8760A17bAb7a81B8d6aFdaCE71a13 | 7.33522E+14 |
| 0x764b6990b7C8EacF9aF121fF6730847CAEB33F22 | 0x764b6990b7C8EacF9aF121fF6730847CAEB33F22 | 7.19434E+14 |
| 0xFb12ce9c90d99441332E7B93cfd6822ee2C88EB1 | 0xFb12ce9c90d99441332E7B93cfd6822ee2C88EB1 | 6.85698E+14 |
| 0x1297ae1fc1758e3820cd55D3379Eb812FF6430c2 | 0x1297ae1fc1758e3820cd55D3379Eb812FF6430c2 | 6.76721E+14 |
| 0x5171dCfD09ac42F591F9bB90bc9A330Cd0Cc0D94 | 0x5171dCfD09ac42F591F9bB90bc9A330Cd0Cc0D94 | 6.76608E+14 |
| 0xe266E308949C4708Fe4f9963a5B1C5395828c1b2 | 0xe266E308949C4708Fe4f9963a5B1C5395828c1b2 | 6.67784E+14 |
| 0x158eA7106d748dDe20a943bFEc6C0d9eA9B17390 | 0x158eA7106d748dDe20a943bFEc6C0d9eA9B17390 | 6.65569E+14 |
| 0x4FD59FA9697dFFA6fFedE06Ea8BC092E64543C98 | 0x4FD59FA9697dFFA6fFedE06Ea8BC092E64543C98 | 6.59827E+14 |
| 0xEbc9619bba64dEB63149Fbbb04468E95812B003F | 0xEbc9619bba64dEB63149Fbbb04468E95812B003F | 6.59827E+14 |
| 0x845c7EC68e7e0379E822e5fe4eA067f2440263D1 | 0x845c7EC68e7e0379E822e5fe4eA067f2440263D1 | 6.46563E+14 |
| 0x3869dbAe46454EFB20e20C136E751a272922530d | 0x3869dbAe46454EFB20e20C136E751a272922530d | 6.10619E+14 |
| 0x1648dDd56AF7B729cDCbFE222ABbdB7602cEbC1f | 0x1648dDd56AF7B729cDCbFE222ABbdB7602cEbC1f | 5.70668E+14 |
| 0x56f838C1Be047977328E30c55C27b041f7AeD4A2 | 0x56f838C1Be047977328E30c55C27b041f7AeD4A2 | 5.66574E+14 |
| 0x7AEA63DAbFc184B146Ef61AC56072702d3146dbd | 0x7AEA63DAbFc184B146Ef61AC56072702d3146dbd | 5.60408E+14 |
| 0x159cdE5972A7473b794e715e37584A407578512B | 0x159cdE5972A7473b794e715e37584A407578512B | 5.55413E+14 |
| 0xdD7C345D44F85E05aA0D69e4Eac2bcAb0b381A5A | 0xdD7C345D44F85E05aA0D69e4Eac2bcAb0b381A5A | 5.22292E+14 |
| 0x97D6a10A1b237CC53A22E35432ED501E77FAA395 | 0x97D6a10A1b237CC53A22E35432ED501E77FAA395 | 5.0659E+14 |
| 0xD3de5e977320a518ECB18eF4Ab844600F12bE567 | 0xD3de5e977320a518ECB18eF4Ab844600F12bE567 | 4.79427E+14 |
| 0x122D2F3d2aba98fd45b97cd89C2aa225CC17d8b5 | 0x122D2F3d2aba98fd45b97cd89C2aa225CC17d8b5 | 4.20949E+14 |
| 0x6B4923ca6696658E0c3aDF0452Caabe7c182F63a | 0x6B4923ca6696658E0c3aDF0452Caabe7c182F63a | 4.05911E+14 |
| 0xDB71E923Abdc35C40834F639339F979483c7731D | 0xDB71E923Abdc35C40834F639339F979483c7731D | 3.87808E+14 |
| 0xC8C165AED393E457f673b160053ddB181B407549 | 0xC8C165AED393E457f673b160053ddB181B407549 | 3.66342E+14 |
| 0x899db85c42B8BD9E731f8d1fc51A211D0f503F79 | 0x899db85c42B8BD9E731f8d1fc51A211D0f503F79 | 3.60016E+14 |