# Exhibit E

| Wallet ID | Wallet Name | Accessible By | Type | Product | Purpose |
|---|---|---|---|---|---|
| 0x11DF5E215a3FC4D28c9ffE6d24f6ed995f41f8eB | Finance Wallet | Pia | Expense | | Receive funds from Executive Wallet and pay expenses |
| 0x5C5F2D6b503fF195cB989cbcfe73D92858c491a9 | Executive Wallet | Eric | Intermediary/Expense | | Receive funds from Invoice wallets and transfer to other wallets, pay expense, swap currency |
| 0xF872507274a7455F369BB3a010C712557CC036fF | Bitrue Wallet | Eric | Intermediary/Expense | | |
| 0xbeaccf79d14f738f551a277db49aba2c7af61188 | Marketing Wallet | Jason | Marketing Expense | | |
| 0x39e68191259d322aFD02408b4588E32C9dCD6dB9 | Hard Wallet 1 | Eric | Income/Transfer/Expense | | No longer in used, all funds transfer to Finance Wallet wallets, pay expense, swap currency |
| 0x880A0b37Dd55608983B54448d9f42a1D47Ad33a4 | Invoice-0 | Travis | Income | Gala Node License | Receive ETH, BAT, GALA payment for the product |
| 0x09c7d5f86a182320B6F7F4ad34cF32b7bC77e84C | Invoice-1 | Travis | Income | Assembly Manual CR | Receive ETH, BAT, GALA payment for the product |
| 0xcF8f7fd854D798Ee0C934bf913D9BFEb4D802f9E | Invoice-2 | Travis | Income | Brain Chip CR | Receive ETH, BAT, GALA payment for the product |
| 0x9fE8f549e0D253F88abde11865109E041753c718 | Invoice-3 | Travis | Income | Casing CR | Receive ETH, BAT, GALA payment for the product |
| 0x948C5E44C3AA5Bb5386A2D7511073A373dea596A | Invoice-4 | Travis | Income | Hook | Receive ETH, BAT, GALA payment for the product |
| 0x0837925AD1Ea93988c886054Abd5E3496A83e8F8 | Invoice-5 | Travis | Income | Head Casing CR | Receive ETH, BAT, GALA payment for the product |
| 0x4d1d5F2DE717C137058C6A018E9E4D0336946926 | Invoice-6 | Travis | Income | Hook Block | Receive ETH, BAT, GALA payment for the product |
| 0xDf9F5e5eD85943Fd07cB826abC430405f6D3ADB2 | Invoice-7 | Travis | Income | Hydraulic Pump | Receive ETH, BAT, GALA payment for the product |
| 0xf1ee5dF60ef45B4Dc3a2a9dDe0953052F7A27364 | Invoice-8 | Travis | Income | Safety Light | Receive ETH, BAT, GALA payment for the product |
| 0x223D5F51F87d8fFA4f14e83D721e3db0D8B6eb8c | Invoice-9 | Travis | Income | Turntable | Receive ETH, BAT, GALA payment for the product |
| 0x9E69e073AF3598d62277AB4dE838Be2f4eDd938B | Invoice-10 | Travis | Income | Reservoir | Receive ETH, BAT, GALA payment for the product |
| 0x2c1Ab1DB561BE0ce396df309fD9B32d831f3aFA6 | Invoice-11 | Travis | Income | Lift Cylinder | Receive ETH, BAT, GALA payment for the product |
| 0x8e58CFaD1fcA34649b12465962c40badf4817Df4 | Invoice-12 | Travis | Income | Headlights | Receive ETH, BAT, GALA payment for the product |
| 0x0cfd654F432fF4E9d8cA789d7287cff9DCD7E753 | Invoice-13 | Travis | Income | Camera CR | Receive ETH, BAT, GALA payment for the product |
| 0x4a4355Cea3Bb2a98Fa735e077A9E905739Cc26F4 | Invoice-14 | Travis | Income | Recoil Spring | Receive ETH, BAT, GALA payment for the product |
| 0xde244Ff051f09C7100Ea9b2F878a93c8F8D53e16 | Invoice-15 | Travis | Income | Battery CR | Receive ETH, BAT, GALA payment for the product |
| 0xDff2A5967518ba61DB62010Fd59611375cE0B54e | Invoice-16 | Travis | Income | Control Valve | Receive ETH, BAT, GALA payment for the product |
| 0x8195d8C20ee920a749e81c826460bC8AFA5717Bf | Invoice-17 | Travis | Income | Travel Motor | Receive ETH, BAT, GALA payment for the product |
| 0x143aB59d7C075dB6F37CA5c2f55ea63119E5A893 | Invoice-18 | Travis | Income | Servo CR | Receive ETH, BAT, GALA payment for the product |
| 0x793509caCd4fF7E5dEEb32a1b7ce46774F40d815 | Invoice-19 | Travis | Income | Wire Rope | Receive ETH, BAT, GALA payment for the product |
| 0x1762684AF3279131c10F1B9f35aB529ceb969156 | Invoice-20 | Travis | Income | Counterweight | Receive ETH, BAT, GALA payment for the product |
| 0x32bA0633e164f3Fd7f3125D7313237766dd7Ed71 | Invoice-21 | Travis | Income | Sheaves | Receive ETH, BAT, GALA payment for the product |
| 0xe69fC3b02113F7548492DD726F3988a38434035B | Invoice-22 | Travis | Income | Sensor CR | Receive ETH, BAT, GALA payment for the product |
| 0x82Ea49911C7e0a61C4e66bCb30134859194C8013 | Invoice-23 | Travis | Income | Hydraulic Hose | Receive ETH, BAT, GALA payment for the product |
| 0x73E77B6d826e3dEF4cB6876c4597505Aa2d506E0 | Invoice-24 | Travis | Income | Circuit Board CR | Receive ETH, BAT, GALA payment for the product |
| 0x0B9D3611c1BB0dfD492C95E3CE9301234765457E | Invoice-25 | Travis | Income | Memory Chip CR | Receive ETH, BAT, GALA payment for the product |
| 0x2F8a76A0022C140786639C944Fa564fbFb20bef4 | Invoice-26 | Travis | Income | Power Cables | Receive ETH, BAT, GALA payment for the product |
| 0xA0Df7a767703FDee69AC2934F40F342F63a49677 | Invoice-27 | Travis | Income | Track Rollers | Receive ETH, BAT, GALA payment for the product |
| 0xA25519b9d72bCa9F53C1E17896C252c741FbA5D4 | Invoice-28 | Travis | Income | Warning Tape | Receive ETH, BAT, GALA payment for the product |
| 0x50049F7661e10eA2eEd5481c76d77B825425B340 | Invoice-29 | Travis | Income | Boom Section | Receive ETH, BAT, GALA payment for the product |
| 0x795B69eB72c5768Baec6993Fe4EDA91249D52cE6 | Invoice-30 | Travis | Income | Industrial Bolts | Receive ETH, BAT, GALA payment for the product |
| 0x977847A2B99cD27D8131eA036381Cf182a0Fd514 | Invoice-31 | Travis | Income | Track Shoe | Receive ETH, BAT, GALA payment for the product |
| 0xA59682200b51e3eba71cc2cF50aBE2DBbc80a542 | Invoice-32 | Travis | Income | Track Chain Links | Receive ETH, BAT, GALA payment for the product |
| 0xe8F6D55526005EE1847aba40297286D666887202 | Invoice-33 | Travis | Income | Screw CR | Receive ETH, BAT, GALA payment for the product |
| 0x73736008Bca588D3cBE17DA06725d81A02060E86 | Invoice-34 | Travis | Income | Bolt CR | Receive ETH, BAT, GALA payment for the product |
| 0xA95d2319eC666849047F055b1ad14E6720d41Ba7 | Invoice-35 | Travis | Income | Washer CR | Receive ETH, BAT, GALA payment for the product |
| 0x0B5A686301301c9E52d5CcD7C248119B106c6522 | Invoice-36 | Travis | Income | Nut CR | Receive ETH, BAT, GALA payment for the product |
| 0xD2AAd5e3aF6A366cAc512589ba2A4eE2d9ee6729 | Invoice-37 | Travis | Income | Gala Gold Membershi | Receive ETH, BAT, GALA payment for the product |
| 0xb6b2116A6192fF5fE549751F260ca5B278D5E086 | Invoice-38 | Travis | Income | Citadel of the Earth | Receive ETH, BAT, GALA payment for the product |
| 0xEEED2ACDad526187E9FCebEB587B7dCE964eB43F | Invoice-39 | Travis | Income | Citadel of the Wind | Receive ETH, BAT, GALA payment for the product |
| 0xB751790f596e19d7E1eA5730fe3930B85e9bbD0E | Invoice-40 | Travis | Income | Citadel of the Moon | Receive ETH, BAT, GALA payment for the product |
| 0xf50693a3f2ffde315f207F587eF7548d9304202e | Invoice-41 | Travis | Income | Citadel of the Sun | Receive ETH, BAT, GALA payment for the product |
| 0xfB958365991fF8499F88043d9d16C35029240b18 | Invoice-42 | Travis | Income | Citadel of the Stars | Receive ETH, BAT, GALA payment for the product |
| 0x6d05cCc4AeCd208980aD06039e93172090728Eae | Invoice-43 | Travis | Income | Town of the Arch Duk | Receive ETH, BAT, GALA payment for the product |
| 0xD67268Fd200BA22F50EDCBeae451e1BC5cD50bd3 | Invoice-44 | Travis | Income | Town of the Prince | Receive ETH, BAT, GALA payment for the product |
| 0x762Db581eF81FeBe1b3faa05a84E36FEf441384c | Invoice-45 | Travis | Income | Town of the Duke | Receive ETH, BAT, GALA payment for the product |
| 0x115CE8808e9B42Bd46e98357a302DcaE803610d0 | Invoice-46 | Travis | Income | Town of the Marques | Receive ETH, BAT, GALA payment for the product |
| 0xA174743CabD5c04E8dE21813b745D31657c32549 | Invoice-47 | Travis | Income | Village of the Earl | Receive ETH, BAT, GALA payment for the product |

| Address | Invoice | Name | Type | Product | Description |
|---|---|---|---|---|---|
| 0x1FB06f92b42FA60F8B2e6D734662f438413192e4 | Invoice-48 | Travis | Income | Village of the Viscount | Receive ETH, BAT, GALA payment for the product |
| 0xAB6fe472E85DCAe3Cfdd31380C41AF9C82f1602A | Invoice-49 | Travis | Income | Village of the Baron | Receive ETH, BAT, GALA payment for the product |
| 0x2EE537f5012D11D40885C4288028d9857b3Ce569 | Invoice-50 | Travis | Income | Village of the Farmer | Receive ETH, BAT, GALA payment for the product |
| 0x43cc110a60eE9f37DFB8BA082A8a5FBF34427296 | Invoice-51 | Travis | Income | Ranching Hamlet | Receive ETH, BAT, GALA payment for the product |
| 0xB9f5ADaCaab6A3CAA0FcCa88c21c04AF6AFc2364 | Invoice-52 | Travis | Income | Farming Hamlet | Receive ETH, BAT, GALA payment for the product |
| 0x77D9581bB2f2dA67885bA468030E1Aa154c16f87 | Invoice-53 | Travis | Income | Outpost | Receive ETH, BAT, GALA payment for the product |
| 0xa920F66a34Ea38BCb1853A40FE4195DDD05c8b2C | Invoice-54 | Travis | Income | Homestead | Receive ETH, BAT, GALA payment for the product |
| 0xC8eC8DC86C24fFd17502Afc480d44b7C8fd38A45 | Invoice-55 | Travis | Income | Majestic Forge | Receive ETH, BAT, GALA payment for the product |
| 0xe2CB6E0B4dBe79E99DB8ec0aF05C3571f9A45487 | Invoice-56 | Travis | Income | Grand Forge | Receive ETH, BAT, GALA payment for the product |
| 0x46E9DbDA83B6Bf092eF6878A73687048B2a3fce1 | Invoice-57 | Travis | Income | Large Forge | Receive ETH, BAT, GALA payment for the product |
| 0x4590d95B83154D45FeEFF5C33332fCcD4829a5d5 | Invoice-58 | Travis | Income | Large Mill | Receive ETH, BAT, GALA payment for the product |
| 0x43c431a06f0AbA239b1664FB7debE2Df397d2383 | Invoice-59 | Travis | Income | Grand Tavern | Receive ETH, BAT, GALA payment for the product |
| 0x3ACa0A66bbDB7f1F079EB0dA9A4d959f6E55DC1C | Invoice-60 | Travis | Income | Large Barn | Receive ETH, BAT, GALA payment for the product |
| 0xd2d5e04E3C16493b407A4d57D398Ba430c49d7c9 | Invoice-61 | Travis | Income | Large Tavern | Receive ETH, BAT, GALA payment for the product |
| 0x3a96A8Ea252B0ad5D933c6494aCeb93957062451 | Invoice-62 | Travis | Income | Mill | Receive ETH, BAT, GALA payment for the product |
| 0x6e60B5300d23dDA9F0557B9aF209027d80aEcfFa | Invoice-63 | Travis | Income | Forge | Receive ETH, BAT, GALA payment for the product |
| 0x38F6c32d2A934637DE9988480E38f012270d33De | Invoice-64 | Travis | Income | Grain Stand | Receive ETH, BAT, GALA payment for the product |
| 0x126da4664586cce4D74E3A7673c6b3a5265D0536 | Invoice-65 | Travis | Income | Simple Forge | Receive ETH, BAT, GALA payment for the product |
| 0x8E4ee63a469A494c1711dfe20944525F1A65468D | Invoice-66 | Travis | Income | Tavern | Receive ETH, BAT, GALA payment for the product |
| 0x6F696E47E3A867a442F3FEd463113c790a100B02 | Invoice-67 | Travis | Income | Barn | Receive ETH, BAT, GALA payment for the product |
| 0x8f3BEc7B894180Ff8f3C9d974c600bba3ff9669C | Invoice-68 | Travis | Income | Alfa Fountain Ok | Receive ETH, BAT, GALA payment for the product |
| 0x717A5B0Fb18Fb8223C6dfa764Ac3646E54Dc72De | Invoice-69 | Travis | Income | Alfa Fountain Good | Receive ETH, BAT, GALA payment for the product |
| 0x7a910098a37639224B21900ea9a1365225F797dd | Invoice-70 | Travis | Income | Alfa Fountain Great | Receive ETH, BAT, GALA payment for the product |
| 0xf52b64aE5E0cc68fccaF4b516319fFA6aDdd932f | Invoice-71 | Travis | Income | Alfa Fountain Majestic | Receive ETH, BAT, GALA payment for the product |
| 0x58290FfeB588af59c7a0aCa378418c43d89e55b5 | Invoice-72 | Travis | Income | Express Depot | Receive ETH, BAT, GALA payment for the product |
| 0xc0060fb62cfaDF8AB52850E7C74dEF8Fe4bF4422 | Invoice-73 | Travis | Income | CraneBot | Receive ETH, BAT, GALA payment for the product |
| 0xe2CC4ff224fa8B8fBAc5962EF3177b62171d2E07 | Invoice-74 | Travis | Income | Majestic Stable | Receive ETH, BAT, GALA payment for the product |
| 0x593CbE6da1847DFbb1a2210362ED352b42F8d44f | Invoice-75 | Travis | Income | Grand Stable | Receive ETH, BAT, GALA payment for the product |
| 0xD01Cc4c386fce7665320167552BBA01424ed1c86 | Invoice-76 | Travis | Income | Large Woodshop | Receive ETH, BAT, GALA payment for the product |
| 0x52d67dBA150A7545F46D3EDdAb8A326E4cFAAcf0 | Invoice-77 | Travis | Income | Archery | Receive ETH, BAT, GALA payment for the product |
| 0x1d8B4C880d1824edBb6EcC6F02dA4169B5Dfb24b | Invoice-78 | Travis | Income | Large Storehouse | Receive ETH, BAT, GALA payment for the product |
| 0xd3c475D7f50cA31d62aCbFE74cF19D008ba2Fbb5 | Invoice-79 | Travis | Income | Archery Stand | Receive ETH, BAT, GALA payment for the product |
| 0xB80CaE954bc3eD91245192da4eb5Ef80733f226b | Invoice-80 | Travis | Income | Stable | Receive ETH, BAT, GALA payment for the product |
| 0xAe0671EDfeEBF28ABdb1e1b1037EbeAaf4e047E6 | Invoice-81 | Travis | Income | Grand Storehouse | Receive ETH, BAT, GALA payment for the product |
| 0x86b6eBF8a5d3649320844Bd6Cf75A68ca04229f1 | Invoice-82 | Travis | Income | Large Archery | Receive ETH, BAT, GALA payment for the product |
| 0xEB3DE8112Ac50f237cAa2b71798e9638fFDf5Ac0 | Invoice-83 | Travis | Income | Large Stable | Receive ETH, BAT, GALA payment for the product |
| 0xb9fCBa6b61599a7ab0A229BE0c5D7f12eE1E0Bbf | Invoice-84 | Travis | Income | Woodshop | Receive ETH, BAT, GALA payment for the product |
| 0x90d97956005a3E9c018bB9DaBbb98d24A9B7F1fD | Invoice-85 | Travis | Income | Storehouse | Receive ETH, BAT, GALA payment for the product |
| 0xC53CbeE0498c6623f5BEaE39C64Bb5E50a885430 | Invoice-86 | Travis | Income | Woodworking Stand | Receive ETH, BAT, GALA payment for the product |
| 0xb36E92DDf5e408605D3778F7026818EFd621f597 | Invoice-87 | Travis | Income | Hitching Post | Receive ETH, BAT, GALA payment for the product |
| 0xf905F91DBf5C28A0B25C86fCB5D6a63B0A9cBf8F | Invoice-88 | Travis | Income | Simple Storehouse | Receive ETH, BAT, GALA payment for the product |
| 0x599E3070B0A1B5B36110213b7Eb0BBb5e2f77D0a | Invoice-89 | Travis | Income | Majestic Armor Shop | Receive ETH, BAT, GALA payment for the product |
| 0x3E5c155940d4Eb46E057A3565051cbd3A8CD2a34 | Invoice-90 | Travis | Income | Majestic Weapon Shop | Receive ETH, BAT, GALA payment for the product |
| 0x6cE2DeA9Bc10CF6f3Ca2f74d10752526987235b9 | Invoice-91 | Travis | Income | Grand Granary | Receive ETH, BAT, GALA payment for the product |
| 0x2ECB895a3f9B3080e66184a6148F574D887b0529 | Invoice-92 | Travis | Income | Grand Armor Shop | Receive ETH, BAT, GALA payment for the product |
| 0xe2e1809c71066C6161Be7435b5dAEBEDb3c8fBD90 | Invoice-93 | Travis | Income | Grand Weapon Shop | Receive ETH, BAT, GALA payment for the product |
| 0x7EBB7a98be5832b47899d7639fA895E4d0d459cF | Invoice-94 | Travis | Income | Large Granary | Receive ETH, BAT, GALA payment for the product |
| 0x79aF0cCAd2523EFE32411ee8BB3C8A5ec23E12Ab | Invoice-95 | Travis | Income | Large Bakery | Receive ETH, BAT, GALA payment for the product |
| 0x8111B891481FA3Cd2511749C03df4D315a7674c1 | Invoice-96 | Travis | Income | Large Armor Shop | Receive ETH, BAT, GALA payment for the product |
| 0xF4047Fb27c2aC4c076E9C620FF2b71dD59ADEA5f | Invoice-97 | Travis | Income | Large Weapon Shop | Receive ETH, BAT, GALA payment for the product |
| 0x24014fd8E7C58d882D295EF24b85C74610740cFe | Invoice-98 | Travis | Income | Granary | Receive ETH, BAT, GALA payment for the product |
| 0xe59903F731Cc1b19C05552Dc76E09d181C80f0dD | Invoice-99 | Travis | Income | Bakery | Receive ETH, BAT, GALA payment for the product |
| 0x683Da9D6E98B73E2c6f38f0DfcAeB6328A3Fb212 | Invoice-100 | Travis | Income | Armor Shop | Receive ETH, BAT, GALA payment for the product |
| 0xa1ab666a4118F390bAbd2eF8769b16f57458f5b8 | Invoice-101 | Travis | Income | Weapon Shop | Receive ETH, BAT, GALA payment for the product |
| 0x090f607dD790ff29661F3bB1c5b7f7D59621b37A | Invoice-102 | Travis | Income | Simple Granary | Receive ETH, BAT, GALA payment for the product |

| Address | Label | Owner | Type | Item | Description |
|---|---|---|---|---|---|
| 0xB8db64fe0f144C0c6684b2ED66836d483DDaD70B | Invoice-103 | Travis | Income | Bread Stand | Receive ETH, BAT, GALA payment for the product |
| 0x5a78fB20A03eE6423c471C967Bd793a4f279637e | Invoice-104 | Travis | Income | Armor Stand | Receive ETH, BAT, GALA payment for the product |
| 0xB0006C7c5F2681490DA1104CF422b1cDFEC0721a | Invoice-105 | Travis | Income | Weapon Stand | Receive ETH, BAT, GALA payment for the product |
| 0x6C22e9aDd8F0DBa8D4a667783B0912828D56f0Bd | Invoice-106 | Travis | Income | Grand Temple | Receive ETH, BAT, GALA payment for the product |
| 0x27a5c43Da0a67fb29641Fb6b5Cf0d09bd04f8e81 | Invoice-107 | Travis | Income | Majestic Temple | Receive ETH, BAT, GALA payment for the product |
| 0x740aC72374C190Dd37112c9ebC6ae7643b0788a2 | Invoice-108 | Travis | Income | Temple | Receive ETH, BAT, GALA payment for the product |
| 0x4a01A87B7A46748a2caAAd6F843C8aA92af90Fe4 | Invoice-109 | Travis | Income | Large Temple | Receive ETH, BAT, GALA payment for the product |
| 0xEc8d863AC4aE391C257290bD95aF1D3B02056cf8 | Invoice-110 | Travis | Income | GALA Gala 2020 Ticket | Receive ETH, BAT, GALA payment for the product |
| 0x5794d3ADA186bb8C761809E31fb6973913FF8504 | Invoice-111 | Travis | Income | Potion Stand | Receive ETH, BAT, GALA payment for the product |
| 0x1CbceD2704FCB7f186bf3C0ddc04D88f45f63dD6 | Invoice-112 | Travis | Income | Potion Shop | Receive ETH, BAT, GALA payment for the product |
| 0x53db21Ff50139BaF9477235EAfacDA81BdB859a0 | Invoice-113 | Travis | Income | Large Potion Shop | Receive ETH, BAT, GALA payment for the product |
| 0x75d7274B716406d9434CFEc51FDDF403fBd2f794 | Invoice-114 | Travis | Income | Milking Stand | Receive ETH, BAT, GALA payment for the product |
| 0xD6d8Ad3De3D45f65d1317dfF1a65154562c02789 | Invoice-115 | Travis | Income | Dairy | Receive ETH, BAT, GALA payment for the product |
| 0xE5B960900ee286886AD60E95907c741c6c34cAaf | Invoice-116 | Travis | Income | Large Dairy | Receive ETH, BAT, GALA payment for the product |
| 0x61bCd72fBb63813eE88EAB02B1Ce8FDd0906545d | OTC/Auction0 | Eric | Income/Expense | | Receive OTC/Auction income and pay expense for related auction cost |
| 0x381E840F4eBe33d0153e9A312105554594A98C42 | MasterNode-0 | Travis | Income/Expense | | Receive Employee Node order Receive Claim fee, Pay gas fee to send out NFTs to fulfill the order & send out referral awards/game awards as GALA to players |
| 0x9D49DB39f2Fb36362522D7Dd6f99a91ccb2B9b9E | MasterNode-1 | Travis | | | Company vault - hold company NFTs reserve |
| 0x7d794732D90D54621981f8C862C5B726bb1D7B72 | MasterNode-2 | Travis | | | Hold Company Gala Reserve |
| 0x5900F88434bf5bfc5Ba763F86d69690EC0087BA7 | MasterNode-3 | Travis | | | Hold Company Gala Reserve |
| 0x7FdA06575b5e4A40E97c346047b84230d7629A0c | MasterNode-4 | Travis | | | Hold Company Gala Reserve |
| 0xDD94D699631e819FD20b411413b18784Bc3CcEd8 | MasterNode-5 | Travis | | | Hold Company Gala Reserve |
| 0x6BC16FF49Bd367a78d54ddd056f38216DD902261 | MasterNode-6 | Travis | | | Hold Company Gala Reserve |
| 0x34848072762e824FcCF142c26A119073f99f607e | MasterNode-7 | Travis | | | Hold Company Gala Reserve |
| 0x23400FAE47686758c025d0eB72Eac7499D0bB04A | MasterNode-8 | Travis | | | Hold Company Gala Reserve |
| 0x2455372B5655607275736bc9A260fDe0D41e4fC4 | MasterNode-9 | Travis | | | Hold Company Gala Reserve |
| 0x6D03745C432b6212F513CC912E105ec750A90d63 | MasterNode-10 | Travis | | | Hold Company Gala Reserve |
| 0xAc79B673D9dDd0167722E3469d24e14732850424 | MasterNode-11 | Travis | | | Hold Company Gala Reserve |
| 0xF3044fE7d13F6ca273666d7423C16857E2D0f3f2 | MasterNode-12 | Travis | | | Hold Company Gala Reserve |
| 0xd8b24CaE4bA10c3Aa5F6ca01957a52199b6044eb | MasterNode-13 | Travis | | | Hold Company Gala Reserve |
| 0x722fC9788F030df2B198177075f35BCA2Ca58cdB | MasterNode-14 | Travis | | | Hold Company Gala Reserve |
| 0x87Cf4b0f4d8A283d46Fa8B3Ff66FBbdcE1b8510c | MasterNode-15 | Travis | | | Hold Company Gala Reserve |
| 0xF165674ca7AA166DA2c23472Ed32dA442FD2C412 | MasterNode-16 | Travis | | | Hold Company Gala Reserve |
| 0x5B408fE2650C3072461A80b6834310Ff27CF5d83 | MasterNode-17 | Travis | | | Hold Company Gala Reserve |
| 0xf65505966943a179445C04F186b36791a7ED0504 | MasterNode-18 | Travis | | | Hold Company Gala Reserve |
| 0xfb519491a78564f71064e01cF9abec68396c7C2F | MasterNode-19 | Travis | | | Hold Company Gala Reserve |
| 0xF0a9C0931048169c3786b934a0465787331b704d | MasterNode-20 | Travis | | | Hold Company Gala Reserve |
| 0xc8Ac082cDe1B520Fbb1f4FB4fCcc784FA297cE87 | MasterNode-21 | Travis | | | Hold Company Gala Reserve |
| 0xc9e2883BBFa00E4A8522b4381B5d5d70D82E14cF | MasterNode-22 | Travis | | | Hold Company Gala Reserve |
| 0x5986EF4BEC53a5e869902811a167c22836103925 | MasterNode-23 | Travis | | | Hold Company Gala Reserve |
| 0xD0ba26fF94965b19821361Aa402CD41a3cfd413e | MasterNode-24 | Travis | | | Hold Company Gala Reserve |
| 0x3a36A609589288A8C058A723Fa27b276f30d7160 | MasterNode-25 | Travis | | | Hold Company Gala Reserve |
| 0xC54774c73299a16e3357E8A4491788b03ba54C40 | MasterNode-26 | Travis | | | Hold Company Gala Reserve |
| 0xD54aF1F006b59B692b777ebB69D30DAEeeDcB28D | MasterNode-27 | Travis | | | Hold Company Gala Reserve |
| 0xBFE3d68D9B48a27Af0497ac8a442459F24bE7Eeb | MasterNode-28 | Travis | | | Hold Company Gala Reserve |
| 0x4E4C49652A5c4c43Cd34A65cCD517842c4b83f0f | MasterNode-29 | Travis | | | Hold Company Gala Reserve |
| 0xc591E400d48D556D2932eF99ba9Ef853cff025b9 | MasterNode-30 | Travis | | | Hold Company Gala Reserve |
| 0xD62052A7190681C4a7E82B817ce7aEe23844ce0A | MasterNode-31 | Travis | | | Hold Company Gala Reserve |
| 0x98b4Afc05Dd8088872bC4a3bd71Ba82657C5F7E3 | MasterNode-32 | Travis | | | Hold Company Gala Reserve |
| 0x1254Fb883d90924ce5E7aB2CC930dbAe71165fb1 | MasterNode-33 | Travis | | | Hold Company Gala Reserve |
| 0x4F50d02054682f0A8FE9383Ad03e350084289730 | MasterNode-34 | Travis | | | Hold Company Gala Reserve |
| 0x8B2357c8886473Dc8F03E5eB97260e4EFB3E44bd | MasterNode-35 | Travis | | | Hold Company Gala Reserve |
| 0x58a446a6eC593D2f7701CB70F805f9B58FC4c15E | MasterNode-36 | Travis | | | Hold Company Gala Reserve |
| 0x4Ee9c08662ba480558ebBd70482dD02210Ed5B5d | MasterNode-37 | Travis | | | Hold Company Gala Reserve |

| Address | Node | Owner | Entity |
|---|---|---|---|
| 0xA0108ac930ABE2437CA73A095997Ea847832e605 | MasterNode-38 | Travis | Hold Company Gala Reserve |
| 0xeE4c3D81c281E218B13a5eadB65408d9D27C4033 | MasterNode-39 | Travis | Hold Company Gala Reserve |
| 0xd65076923C33e1666F4B9A2fAa177DfcEd17182C | MasterNode-40 | Travis | Hold Company Gala Reserve |
| 0x3435056D2Ec589775AA953010ADe6F7e18A56540 | MasterNode-41 | Travis | Hold Company Gala Reserve |
| 0xcD13023579A311a947C749834d6Bf60a6d14b0A4 | MasterNode-42 | Travis | Hold Company Gala Reserve |
| 0x80B84Bb4165D09ecDD872d2410911C0D8266B83d | MasterNode-43 | Travis | Hold Company Gala Reserve |
| 0x5b751FF640b195402C01E976582d3D7CBa64fE2C | MasterNode-44 | Travis | Hold Company Gala Reserve |
| 0x3F0Bac8f28867079804E082B6A50f66AB49B5706 | MasterNode-45 | Travis | Hold Company Gala Reserve |
| 0x042fE2707A120E24E8485E26165D9309e62DcF2b | MasterNode-46 | Travis | Hold Company Gala Reserve |
| 0xA07f1057E1493a0422Ed1949185653ADCE247eC6 | MasterNode-47 | Travis | Hold Company Gala Reserve |
| 0xFadbcdA96615fA8E1f2F267BD95aCc69CCD3005B | MasterNode-48 | Travis | Hold Company Gala Reserve |
| 0x5ECA0c6d3cD29Eb9E6A872Be1B6DC141269dDAaD | MasterNode-49 | Travis | Hold Company Gala Reserve |
| 0x14C13FFE0D3cd3505E06EC485624CCf312F908Ef | MasterNode-50 | Travis | Hold Company Gala Reserve |
| 0xF48e698BC5bCD40D54751BB683D095c8Aa52D40c | MasterNode-51 | Travis | Hold Company Gala Reserve |
| 0x1A1d3B983edBD2225f2B4dfE827ef36802973A29 | MasterNode-52 | Travis | Hold Company Gala Reserve |
| 0xD93756B78c89Fea4d6a39D2D895fcF06804F4669 | MasterNode-53 | Travis | Hold Company Gala Reserve |
| 0x5FB17Fa0bb4c4f686D524B0089067449754489e9 | MasterNode-54 | Travis | Hold Company Gala Reserve |
| 0x43F6F0B3a7445D293E5Ffa60Cc77627F85e8BBe0 | MasterNode-55 | Travis | Hold Company Gala Reserve |
| 0x7A8CB337241e973537c59411F2ed7a4A1b315E77 | MasterNode-56 | Travis | Hold Company Gala Reserve |
| 0xD8f11c896a47C10543968F172b9C35f04cBd99a1 | MasterNode-57 | Travis | Hold Company Gala Reserve |
| 0x40F965ef95580D42BE37203cb437Cbf08F14F98f | MasterNode-58 | Travis | Hold Company Gala Reserve |
| 0x984EA83f7Ddef9Ba5A3Bb36574D2a3a8E55c46B6 | MasterNode-59 | Travis | Hold Company Gala Reserve |
| 0x53E1ddE8BFe51283c20f0892781EF5fb136554e3 | MasterNode-60 | Travis | Hold Company Gala Reserve |
| 0xd2F69845d91158ba465F398181145Af4d82dB866 | MasterNode-61 | Travis | Hold Company Gala Reserve |
| 0xAA894122988c957F07223e991d6eC4cD06E60838 | MasterNode-62 | Travis | Hold Company Gala Reserve |
| 0x81DD873e9CF0eF0854d3C5CdEA2f1C304Da83C27 | MasterNode-63 | Travis | Hold Company Gala Reserve |
| 0x126E66f633B1F9ee4AA8CeED6c4F360eAA564185 | MasterNode-64 | Travis | Hold Company Gala Reserve |
| 0x2aDA1064cc74B1992DEc364B75F57DD5bb13001B | MasterNode-65 | Travis | Hold Company Gala Reserve |
| 0x8bfCADEa2E0e84901a9dB32dB07C19662eF2a75e | MasterNode-66 | Travis | Hold Company Gala Reserve |
| 0x58BB42aFc416f36db5612Fb19d989378AAB1F5C4 | MasterNode-67 | Travis | Hold Company Gala Reserve |
| 0xB5E2287458CD66010344AABA4B40c40D579510a9 | MasterNode-68 | Travis | Hold Company Gala Reserve |
| 0x547Bb14b599ab15a7afFAa9D4815b0b48395d40F | MasterNode-69 | Travis | Hold Company Gala Reserve |
| 0x93acAC8E770D465BE16830D56ECA1e0F829eE631 | MasterNode-70 | Travis | Hold Company Gala Reserve |
| 0xA5075511A3EE79868BD772F687233E734A06bd34 | MasterNode-71 | Travis | Hold Company Gala Reserve |
| 0xbF028286e9F0F2FdD27118eEDbA62A5Cc69Ea31e | MasterNode-72 | Travis | Hold Company Gala Reserve |
| 0x110b737F2C32991b1A60769E6F5D93C126197057 | MasterNode-73 | Travis | Hold Company Gala Reserve |
| 0x40a39F711872924a6cd895706F5d5782082c61Db | MasterNode-74 | Travis | Hold Company Gala Reserve |
| 0x250C35485E23Fb11050c0B9ee6c5a4b4347f3BA2 | MasterNode-75 | Travis | Hold Company Gala Reserve |
| 0xf2fA3a113144fEE53D111474b374140a8f4b5fd6 | MasterNode-76 | Travis | Hold Company Gala Reserve |
| 0x7feED9De67BD47cBdBCfC70Fb5fFf765C6f9F19c | MasterNode-77 | Travis | Hold Company Gala Reserve |
| 0xf9fEcc588995c9983Cf385c8Fca408072A92803A | MasterNode-78 | Travis | Hold Company Gala Reserve |
| 0x9cf2cB852DE4c29289B7E37D856A7ac932357A6C | MasterNode-79 | Travis | Hold Company Gala Reserve |
| 0xc605103E119BC8b9d585a9c54c050A1aE24D239F | MasterNode-80 | Travis | Hold Company Gala Reserve |
| 0x18ef21494ACe9230f48E3620B56607FDf09E3668 | MasterNode-81 | Travis | Hold Company Gala Reserve |
| 0xE23B0661297bc0AEf60703275AF1a6b364CAe932 | MasterNode-82 | Travis | Hold Company Gala Reserve |
| 0xed59bC342FB937FeE62c739867BbfC542F4046BF | MasterNode-83 | Travis | Hold Company Gala Reserve |
| 0xA5dC8f517643C5388731337691 27dd23AD58aC03 | MasterNode-84 | Travis | Hold Company Gala Reserve |
| 0x962133AAD1688aB4B6F43b2CbF4d45640dD81F77 | MasterNode-85 | Travis | Hold Company Gala Reserve |
| 0xd892EEc1E184FB545b55F3bcfd5E32E52d37C08b | MasterNode-86 | Travis | Hold Company Gala Reserve |
| 0xD70c4A033960255B20C49B8Acb3eaA24C44B0D5D | MasterNode-87 | Travis | Hold Company Gala Reserve |
| 0x38CBA7097ACB01Ab102F400585BAADf0a6cE2BE3 | MasterNode-88 | Travis | Hold Company Gala Reserve |
| 0x183faFF46EcAD0e731Edc1CaC5c9CE22f814E78f | MasterNode-89 | Travis | Hold Company Gala Reserve |
| 0xE478Aa50fCBD61B1f8E1eba1a235371727Eaaa76 | MasterNode-90 | Travis | Hold Company Gala Reserve |
| 0x4Bd7d1201D20B8DB56411bB8C2fcFd4afFd15Fe3 | MasterNode-91 | Travis | Hold Company Gala Reserve |
| 0xBb64264cE8aC08185265B4F1d0CF79c294D2c045 | MasterNode-92 | Travis | Hold Company Gala Reserve |

| Address | Name | Owner | Type | Notes |
|---|---|---|---|---|
| 0x70b79F6431A6905B30Fa1426c17d53C7D75959c1 | MasterNode-93 | Travis | | Hold Company Gala Reserve |
| 0x7089A5702D1445c94e1ddC4B7703DEFfbA78e02B | MasterNode-94 | Travis | | Hold Company Gala Reserve |
| 0x55947363367548520807a414d5ADC925B6532630 | MasterNode-95 | Travis | | Hold Company Gala Reserve |
| 0x9282d69aB47E0ca5f9107e251E21563712512235 | MasterNode-96 | Travis | | Hold Company Gala Reserve |
| 0x321A7e46e631850647acD12b510DCF4F6f259EaD | MasterNode-97 | Travis | | Hold Company Gala Reserve |
| 0x2f992cb4778ed6A33F4554e38296981D2CE35806 | MasterNode-98 | Travis | | Hold Company Gala Reserve |
| 0xa309aFf261515Fb41Fca7ffdDC1e84A23176C89d | MasterNode-99 | Travis | | Hold Company Gala Reserve |
| 0x9Ec5Ea3574cD176aa0Bdb3C8F663394a16A645e4 | BGP Campaigns | Eric | | Hold Company Gala Reserve |
| 0xa13b65aFa181eabA67f98456e0e6d44C985b4f4A | MinterGala-0 | Travis | Expense | Mint GALA and pay transaction fee to fulfill contract agreement |
| 0x21552aeb494579c772A601F655e9B3c514FdA960 | MinterItem-0 | Travis | Expense | Mint item and pay transaction fee to fulfill contract agreement |
| 0xFD4492E70DF97A6155C6D244f5ec5B5a39b6F096 | Claim fee | Jaden | Income/Transfer | Treasure chest claim fees will go to this wallet and then this wallet will be used to fund the fulfillment wallets with ETH. |
| 0xf34f0420b588b6Cf956f66beaBaB3f75DeB10A63 | Income1 | Travis | Income/Transfer | |
| 0x8d9D664377e40F9a6A59400C1e5d3Bb58081B7b3 | OpenSea Income | Travis | Income/Transfer | One of the walelt in circulation to receive customer payment |
| 0x17bfd793710e9c151942b60db155c2f336b3f6da | Games Fund | | Transfer/Transfer | Hold Company Gala Reserve |
| 0x37b94141BcA7000241b87b4B361f155197181002 | Order Fulfillments | Jaden/Travis/ A | Transfer/Transfer | authorized to send items for the master node wallet for order fulfillments. |
| 0x6Bd43B3c5B8197C8d3bCFFb1E48d212c847e9497 | Gala Chest-1 | Eric | Transfer/Transfer | Hold Company Gala Reserve |
| 0x2E3a0488Fbe94B7b5AD98419dEBF8b2CcD8d0a33 | Gala Chest-2 | Eric | Transfer/Transfer | Hold Company Gala Reserve |
| 0x62491845069E8b0c305181B440640C852f8F3F05 | Gala Chest-3 | Eric | Transfer/Transfer | Hold Company Gala Reserve |
| 0x5953D78b99ac7B17b1740883BC7ae5Dfd0BBA0fC | Gala Chest-4 | Eric | Transfer/Transfer | Hold Company Gala Reserve |
| 0xc295253E9175BC792cDf7C39820713c8F86f2DC1 | Gala Chest-5 | Eric | Transfer/Transfer | Hold Company Gala Reserve |
| 0x30d9B6Ca89F6c84517ef769f074263655A7Cbf9d | Gala Chest-6 | Eric | Transfer/Transfer | Hold Company Gala Reserve |
| 0xf18b80e8c3137c9b9002bb53e3c5e6f3af61cb2e | Gala Chest-7 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xebe593b4954d08b07bb0adeb1992766fe514a7ec | Gala Chest-8 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xda64a3d570fa32bcee58794ce92cc79efffe6a28 | Gala Chest-9 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x4ea6e723bc707279a6ece4d883cea9f6f01baba9 | Gala Chest-10 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x0c28e303a42dd44bf75703daa72827a4a88c17c2 | Gala Chest-11 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xecbbfe29fcdc13b47eda2e24f9be73c39be3db73 | Gala Chest-12 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x5aa6e807018e541e8872e71afe0cd7332011b319 | Gala Chest-13 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x2f38bf84ac9c01be63c1e8b71864ba730751c960 | Gala Chest-14 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x4b995183cf5ccb2111775a74abc1ed348938b06f | Gala Chest-15 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xd2faaa23bf29e1ca36f54728355be5617fb39f56 | Gala Chest-16 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x63599156394cd76108df1e116f7db22f78eb9c02 | Gala Chest-17 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x3833bbe542eba41f5cd33381dfc4ee349bd7195f | Gala Chest-18 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x9584f7512cb58bd06d10424654d7c83421bff3aa | Gala Chest-19 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x30097a1bfd9c96449321d7c8b0452b570a8b143d | Gala Chest-20 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xf48edfa2e476707042f71ee9b061f413223f8376 | Gala Chest-21 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x4aa5419166bdf1e6b1196243a8295819b43ee1ed | Gala Chest-22 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xe30a7474de5b88d1a7ed8fe220f1b6775218a556 | Gala Chest-23 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x3bf983989f00020944782e39866eafdb707c5597 | Gala Chest-24 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xc859c9ec5facea9a442cd0616abeb9cd699ed5ca | Gala Chest-25 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xeea1b3d091099484904180df2d1a2d2a73bbef18 | Gala Chest-26 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xf6d78e722b27defc98bc906c9b8434c56091919c | Gala Chest-27 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x25b62d75ff94f46aea7a9097f9b662d267320b25 | Gala Chest-28 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x34b2d6ce94e21b213d5c794bfa6122bce402453c | Gala Chest-29 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xebf60bb8d7808eeb2a60ad786fe9c4794919e25b | Gala Chest-30 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x5b5bcc06280ea6c83ab7f82f38df2fe4ba0c0d30 | Gala Chest-31 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x1422cea78ac84102dd8e316e472a98296a5a8a8e | Gala Chest-32 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x74c52ca2e118a3edc7be629bcaa3b70966b80e1f | Gala Chest-33 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0xb4821a2186e669cfe2a83f0d5c0a986c692d7e31 | Gala Chest-34 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x85fc7d7848a01215e0d721837850cce84d428fc2 | Gala Chest-35 | Wright | Transfer/Transfer | Hold Company Gala Reserve |
| 0x79bef339a8c3f738d24836c851132ea005399bff | Gala Chest-36 | Wright | Transfer/Transfer | Hold Company Gala Reserve |

| Address | Name | Owner | Type | | Notes |
|---|---|---|---|---|---|
| 0x3e45c7c8d12c75fef41764fed7aa283bcb18e050 | Gala Chest-37 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x105103b86969cdd7d9f7da2d1f715e14fd85909e | Gala Chest-38 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x2877d85027ce04f0c95647622774a17eb5eadaaf | Gala Chest-39 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x9894832c85a120b3efdca9e8848f159a1ea49327 | Gala Chest-40 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x912c322895db6ac99ecba4240c097e1d6f33590a | Gala Chest-41 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x75b9035b4617bc729bf0e19146ec1a508705564d | Gala Chest-42 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x5dee31992f8cea452a2af7b5778eb3f2939d3b16 | Gala Chest-43 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0xb7f682cdddc99d936d93adad1f5df15ec7e10c57 | Gala Chest-44 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x219d95d9a4fdd4358cfd5299f6e9cf5d58615085 | Gala Chest-45 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0xe17eb1b39e477da2295220503266cb448e13f79e | Gala Chest-46 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0xcad9256b909271ac14b868c9c7c63bde5c2df162 | Gala Chest-47 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x60950c7afa924137dfee67cbf0ff26edf3e66a7a | Gala Chest-48 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0x2fe33a8550d8d78646d843fbb72c1daef29ed020 | Gala Chest-49 | Wright | Transfer/Transfer | | Hold Company Gala Reserve |
| 0xb46e97059bb733510a32fcb9e2d1b3655cd84e03 | Initial Gala Minter Wallet | | | | |
| 0xAfd935F2d6A1949d477024EdA95bf1dbB85757e | Angela Finance Wallet | Angela | | | pay bills |
| 0x163fd23fd0e2efc8321e6563a134740e0f603e8e | Jason's Trezor for Uniswap liquidatio | Jason | Does this wallet accept BTC/BSC transactions? | | Hold gala converted to USD |
| 0xf117ae23707720cef43d291faf6e3c0820541819 | Jason's Finance Wallet | Jason | | | |
| 0x6ecd39324c4B67CF82aC7c3A247D2E88881a74f7 | Old Uniswap Wallet | Jason | | | Should no longer be in use, balance transferred to Uniswap Trezor |
| 0x6582137F52155eadF683E95E58B86dEaCC698209 | Pancake swap | Jason | | | |
| 0x0e4708e33A335A62D51075941285a952D6b8F395 | Mirandus - OpenSea | Angela | Income | Royalties | Hold Mirandus secondary market NFT royalties |
| 0xA92abb0D0dd1e8E73006fc3B6229b7bd9E0d5C61 | Town Star - OpenSea | Angela | Income | Royalties | Hold Town Star secondary market NFT royalties |
| 0x1c272515a79f8ea1bBdEEdA8e7e5120Cf6141E47 | VOX - OpenSea | Angela | Income | Royalties | Hold VOX secondary market NFT royalties |
| 0x5493518B4518D465aa61965a4f9510f39E6afa46 | Spider Tanks - OpenSea | Angela | Income | Royalties | Hold Spider Tanks secondary market NFT royalties |
| 0x76871036dD8abf1a29eBaBed2c2f57DA9fCD72c1 | Frank Miller - OpenSea | Angela | INcome | Royalties | Hold Frank Miller secondary market NFT royalties |
| 0x9714D236493797EeA2941988700CF710812a7B3F | Binance Trezor Wallet | Jason | Liquidations | | Hold Binance Liquidationsssss |
| 0x4Da57A838A90a60b4467c5529A06768627af3691 | Jason's TownCoin wallet | Jason | | | Currently holds gala and town coin 10/07/21 - AQM |
| Binance Exchange Account | | Jason | | | Will need to request transactions from Jason |
| 0x62F75b19272B5ce27094EC4A08de61809037c91a | Circle Wallet | Adam Price | | | ETH for Frank Miller NFT minting |
| 0x6f71E19E8b28963dFdfED04c4E6a217F0838aef2 | VOX Deployer Wallet | | | | |
| 0xad9Fd7cB4fC7A0fBCE08d64068f60CbDE22Ed34C | VOXMinter-0 | | | | |
| 0xdd61fec137ea26023817c5dab58202fbf17431aa | Unknown? | | | | Per Jason Brink this is not our wallet |
| 0x72f6abc328f3b82883a58821f478e490e35ca5ed | Unknown? | | | | Per Jason Brink this is not our wallet |
| 0x9714D236493797EeA2941988700CF710812a7B3F | ?? - it's received tokens on the Binance SmartChain | | | | |
| 0x0bf12e39a5ef8e609ef29fe29d78e48ea730b5cd | ?? - received many .04 ETH withdrawals from coinpayments | | | | |
| 0x6518EbA7272C49bE546B11f6057af0609bE537Df | ?? minted ERC1155s to the Invoice1 0x22dfa9b0f5b43aea4f5a2a0af3a25b15d0b01149c4ee6324c909145c2c4a6023 | | | | |
| 0xa7b7Fe82ff96a87Fb0e87cb8e2B7652876b92ac6 | | Travis | single use | created 11/13/21 | to facilitate Mirandus Vox Box distribution |
| 0xE99cA35565cD25C29bc75e0Ca63A590b34DB108 | Striketeam Alpha | Jason | investment funds | 01/14/22 | investement fund for investment team |
| 0xCf685D91da95dc5da84978159a9c3803a3815602 | Last Expedition - OpenSea | | | | Hold last Expedition secondary market NFT royalties |