# Exhibit F



**From:** Jason Brink <j.brink@gala.games>
**Date:** September 13, 2023 at 9:08:48 AM HST
**To:** Eric Schiermeyer <erictenchijin@gmail.com>
**Subject: Fwd: Howey analysis letter draft**


Jason Brink

President of Blockchain

Note: This email was sent from a mobile device, so please forgive any typos or formatting errors.

---------- Forwarded message ---------
From: **Jesse Hynes** <jhynes@gala.games>
Date: Fri, Apr 9, 2021, 5:24 AM
Subject: Howey analysis letter draft
To: <eric@gala.games>, Jason Brink <j.brink@gala.games>


Eric and Jason:

Here is a draft (not final) Howey analysis letter from Murphy and McGonigle. This is for our internal use and to discuss and provide info for them to draft a final letter.

So, as you'll note, a good number of these facts that they were provided with aren't accurate (including some big facts). I'm not sure it's too worth our money for me to spend the time and go through this letter and correct.

Best,
Jesse
--

**Jesse Hynes**

Join the BEST Discord on the Internet: **http://galagames.chat**

*This email is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender immediately and delete this email from your system. Any unauthorized use, disclosure, copying, or distribution of this email or its contents is strictly prohibited.*