# Exhibit H



From: **Jesse Hynes** <jhynes@gala.games>
Date: Wed, Apr 14, 2021 at 8:04 AM
Subject: Fwd: [External Sender] Re: Gala Games
To: Eric Schiermeyer <eric@gala.games>
Cc: Jason Brink <j.brink@gala.games>

Eric and Jason:

I just received this email from Dan at M&M. It seems that Wright has put the whole thing on hold and has some other lawyers looking into this and/or working it out.

I know I'm new here, and the last thing I want to do is cause controversy, but I cannot protect us if there is this kind of chain of command where I have no clue what is going on with 90% of our lawyers (or Wright's lawyers) and the work that I deem important can just be stopped without speaking with me. If you really want me to protect us, I need to be the point of contact with our attorneys.

I think this issue needs to be addressed. We are basically just tossing money down the drain for no actual results. We have some actual legal concerns that we need to legitimately address or it will catch up to us.

Best,
Jesse

---------- Forwarded message ---------
From: **Payne, Daniel** <Daniel.Payne@mmlawus.com>
Date: Wed, Apr 14, 2021 at 10:29 AM
Subject: RE: [External Sender] Re: Gala Games
To: Davis, Elizabeth <Elizabeth.Davis@mmlawus.com>, Jesse Hynes <jhynes@gala.games>


Thanks Jesse. This is helpful. Wright asked me to hold off on updating the memo (or trying to update the facts) until he's able to set up another call with for M&M to talk to some of his other counsel. Hopefully that happens soon.


I suggested another option to Wright as a way to move things ahead: an in-person summit in New York in May. We'd plan in advance an agenda of the outstanding issues that the company wants to tackle and we'd be prepared to offer real-time feedback so decisions can actually get made. The current Howey memo could be the starting point. Obviously things are moving fast on the Gala side and there are plans to continue decentralizing and change processes in the near future. This is something we've done when advising other companies on major risk exposure and it can really move the ball along. It may also be beneficial for your side since you guys don't meet in person very often. Wright hasn't gotten back to me on the idea yet, but let me know what you think.


**From:** Davis, Elizabeth <Elizabeth.Davis@mmlawus.com>
**Sent:** Wednesday, April 14, 2021 9:31 AM
**To:** Jesse Hynes <jhynes@gala.games>
**Cc:** Payne, Daniel <Daniel.Payne@mmlawus.com>
**Subject:** RE: [External Sender] Re: Gala Games


Thanks!

**Elizabeth L. Davis**

**Attorney at Law**



1001 G Street, N.W.

Seventh Floor

Washington, DC 20001

(202) 220-1933 Direct

(202) 440-2352 Mobile

(202) 661-7059 Facsimile

edavis@mmlawus.com

Website | 2021 Looking Forward Brochure



---

**From:** Jesse Hynes <jhynes@gala.games>
**Sent:** Wednesday, April 14, 2021 8:29 AM
**To:** Davis, Elizabeth <Elizabeth.Davis@mmlawus.com>
**Cc:** Payne, Daniel <Daniel.Payne@mmlawus.com>
**Subject:** Re: [External Sender] Re: Gala Games


Here is a breakdown from Jason with comments regarding the facts.


While I'm generally the bearer of bad news, I think its important that its reflected right that while right now all gala created each night and any NFTs created go 25% to the node network and 75% to gala games, they are not being "minted" by the nodes themselves (everything is on Ethereum blockchain and the nodes do not connect themselves to the Eth blockchain).  While we love to

3

compare it to bitcoin mining, at the end of the day this can be separated from Bitcoin mining because there still is a centralized company that needs to "flip the switch."  Gala Games has never once not followed the promise of how the distribution goes, but it is hypothetically possible that we could go against it.

With that said, we are building towards total decentralization and we do have hopes that with the finalization of our blockchain (a few months away), this year everything will be formalized in blockchain.

Best,

Jesse

On Tue, Apr 13, 2021 at 11:41 AM Davis, Elizabeth <Elizabeth.Davis@mmlawus.com> wrote:

No apologies needed!  I'll circle up with Daniel and we'll get a list of KYC/AML and OFAC follow-up questions together.

**Elizabeth L. Davis**

**Attorney at Law**

<image001.jpg>

1001 G Street, N.W.

Seventh Floor

Washington, DC 20001

(202) 220-1933 Direct

(202) 440-2352 Mobile

(202) 661-7059 Facsimile

edavis@mmlawus.com

Website | 2021 Looking Forward Brochure

<image002.jpg>

4

**From:** Jesse Hynes <jhynes@gala.games>
**Sent:** Tuesday, April 13, 2021 10:30 AM
**To:** Davis, Elizabeth <Elizabeth.Davis@mmlawus.com>; Payne, Daniel <Daniel.Payne@mmlawus.com>
**Subject:** [External Sender] Re: Gala Games

On Tue, Apr 13, 2021 at 10:29 AM Jesse Hynes <jhynes@gala.games> wrote:

> Adding Dan into this as the email I typed in was incorrect.
>
> On Tue, Apr 13, 2021 at 10:21 AM Jesse Hynes <jhynes@gala.games> wrote:
>
>> Dan and Liz:
>>
>> I apologize again for that conversation. Please let me know any questions you have. I want to get this right.
>>
>> Regarding KYC/AML, OFAC, Money transmitter, let me know if you have any questions.
>>
>> Best,
>>
>> --
>>
>> **Jesse Hynes**
>>
>> 
>>
>> Join the BEST Discord on the Internet: http://galagames.chat

5

--

**Jesse Hynes**



Join the BEST Discord on the Internet: http://galagames.chat

--

**Jesse Hynes**



Join the BEST Discord on the Internet: http://galagames.chat

--

**Jesse Hynes**



Join the BEST Discord on the Internet: http://galagames.chat

--

**Jesse Hynes**



Join the BEST Discord on the Internet: http://galagames.chat

*This email is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender immediately and delete this email from your system. Any unauthorized use, disclosure, copying, or distribution of this email or its contents is strictly prohibited.*

*This email is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender immediately and delete this email from your system. Any unauthorized use, disclosure, copying, or distribution of this email or its contents is strictly prohibited.*