Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
Email: pshakespear@swlaw.com
       ccutler@swlaw.com
       nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email: abe.moore@klgates.com
       christian.Zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **ERRATA TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO FREEZE ASSETS, FOR AN ACCOUNTING, AND FOR EXPEDITED DISCOVERY AND MEMORANDUM IN SUPPORT AND REQUEST FOR IMMEDIATE HEARING**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Eric Schiermeyer ("Plaintiff") by and through its above counsel, hereby submits this Errata to his Reply in Support of Motion to Freeze Assets, for an Accounting, and for

Expedited Discovery and Memorandum In Support and Request for Immediate Hearing ("Reply") (Dkt. 36).

Plaintiff mistakenly left out the table of contents and table of authorities. Attached hereto is updated Reply. The Reply is otherwise unchanged.

DATED this 14th day of September, 2023.

SNELL & WILMER L.L.P.

*/s/ Paul W. Shakespear*
Paul W. Shakespear
Cameron Cutler
Natalie Beal

K&L GATES LLP
Abram I. Morre
Christian A. Zazzali

*Attorneys for Plaintiff Eric Schiermeyer*

4880-7318-9759