John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
Email: john.huber@gtlaw.com
Email: wadleyd@gtlaw.com
Email: marc.rasich@gtlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>  Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>  Defendants,<br><br>  and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>  Nominal Defendant. | **ORDER [PROPOSED] GRANTING MOTION FOR LEAVE TO FILE SURREPLY**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielsen<br><br>Magistrate Judge Daphne A. Oberg |

THIS COURT, having reviewed the *Motion for Leave to File Surreply* (the "Motion") filed

by Defendants Wright W. Thurston, True North United Investments, LLC, and Nominal Defendant

Blockchain Game Partners, Inc. (the "Defendants"), being fully advised, and finding good cause

ACTIVE 690286279v2

2

therefor, hereby GRANTS the Motion and ORDERS that Defendants be given leave to file a surreply of up to ten (10) pages in length by end of the day on Tuesday, September 19, 2023.

Signed this ___ day of _____, 2023.

                                                                      BY THE COURT

                                                                       _____
                                                                       Daphne A. Oberg
                                                                       United States Magistrate Judge