# EXHIBIT A

Case 2:23-cv-00589-HCN-DAO Document 46-1 Filed 09/19/23 PageID.991 Page 2 of 8

**New Message** — Cancel

To: **Eric Blockchain Game Jedi**

Wed, Dec 28 at 12:06 PM

You're selling gala on coinbase is being watched by our community and it's hurting the business. you need to stop. we never agreed that you would do this

please send the funds to the company bank account

Wed, Dec 28 at 2:24 PM

Hey Eric, thanks for the text.

A few things . . . First, a little confused by your text, I have never sold Gala on coinbase (i don't have a coinbase account, have not used coinbase in years) and I also don't have any company Gala. The biggest seller of Gala is Gala on genesis and other big exchanges.
I am not sure who is asking finance to sell gala, but agree that gala selling gala is hurting the business. In any event, it is not me that you are referring to selling on coinbase. Gala executed a trade at genesis (under

**New Message**  Cancel

To: Eric Blockchain Game Jedi

> years) and I also don't have any company Gala. The biggest seller of Gala is Gala on genesis and other big exchanges.
>
> I am not sure who is asking finance to sell gala, but agree that gala selling gala is hurting the business. In any event, it is not me that you are referring to selling on coinbase. Gala executed a trade at genesis (under your direction I believe) to sell 100m gala at its all time lowest price yesterday the 27th of dec - today. That would be the biggest seller and is probably why the price dropped again today.
>
> I also know that with FTX crisis that related parties close to them are liquidating their holdings over the last few days. Maybe this is also contributing.
>
> See story here:
>
> https://twitter.com/ergobtc/status/1607912106921172993?s=46&t=RDMtwAMUA91Po7nCNhCHSg

Subject

Text Message

To: **Eric Blockchain Game Jedi**

few days. Maybe this is also contributing.

See story here:

https://twitter.com/ergobtc/status/1607912106921172993?s=46&t=RDMtwAMUA91Po7nCNhCHSg

Gala should liquidate its non crypto holdings before selling any crypto to cover our ongoing expenses to support operations and growth.

Flow (one of our biggest competitor in the crypto markets) is down 57x from its all time high.

Gala is down 50x from its all time high.

The entire market is down. You already know this. Gala has an amazing team and generates real product revenue and will make it through this crypto winter.

Subject

Text Message

**New Message**  Cancel

To: Eric Blockchain Game Jedi

> in the crypto markets) is down 57x from its all time high.
>
> Gala is down 50x from its all time high.
>
> The entire market is down. You already know this. Gala has an amazing team and generates real product revenue and will make it through this crypto winter.
>
> Second, when are you available in January to get together to have a Gala board meeting. We can discuss in more detail and go over some business items and discuss non crytpo holdings, etc.
>
> Third, hope you are doing well and had a nice Christmas, look forward to getting together early this next year. I will be back in Utah early January and would love to set that board meeting time asap if possible.

Pin to show in Twitter
Sent as Text Message

Lets meet Jan 4th at noon pst or Jan

**New Message**  Cancel

To: **Eric Blockchain Game Jedi**

Thu, Dec 29 at 4:35 AM

> Let's meet Jan 11th. I will be back from PR in Utah then. Are you back in Utah for the ski season or where is the best place we can meet in person?
>
> I hear that the snow is better this year in Utah. My son told me there is supposed to be almost 40+ inches of snow in the next week there.
>
> I was going to suggest that we both personally buy the planes out of the company. Give gala more operating cash and lower expenses. It was a great safety savings account over the last year to buy those planes with the crypto market crashing and the tax benefits we got.
>
> We could have gala pay for cool benefits like that when revenue increases and the markets recover.
>
> We should also sell all of the property and real estate we own as well. I believe the real estate market will

Subject

Text Message

New Message     Cancel

To: Eric Blockchain Game Jedi

> We could have gala pay for cool benefits like that when revenue increases and the markets recover.
>
> We should also sell all of the property and real estate we own as well. I believe the real estate market will soon crash as well.
>
> This would give gala music, film, games and all other companies and projects we have been funding over the past 4 years the rocket fuel they need to get to the next level and make the technology and products better.
>
> We can talk about the needed safety savings we should keep on hand to have enough runway to accomplish our goals.
>
> Looking forward to meeting on the 11th. Hope your wife and kids doing good and you have been loving Kona.

Sent as Text Message

Subject

Text Message

8:06

◀ Contacts

**New Message**  Cancel

To: **Eric Blockchain Game Jedi**

Mon, Jan 30 at 6:48 PM

Hey do you want the g700? its a 78mil expense that gala is going to offload. if you want it let me know

Tue, Jan 31 at 10:44 AM

Happy birthday!! Hope you have an awesome day today and you are on top of a mountain skiing somewhere!!

Sent as Text Message

Can we get a refund for funds already put down on g700 or sell our position?

You know that info or you want me to find out? I don't want to lose our $$ we put down. Want me to find out or do you already know those details from Kal?

I would maybe take it.

Sent as Text Message

Subject

Text Message