John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
Email: *john.huber@gtlaw.com*
Email: *wadleyd@gtlaw.com*
Email: *marc.rasich@gtlaw.com*
Email: *bakera@gtlaw.com*

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>      Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>      Defendants,<br><br>   and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>      Nominal Defendant. | **ORDER [PROPOSED] GRANTING MOTION TO CONSOLIDATE**<br><br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielsen<br><br>Magistrate Judge Daphne A. Oberg |

THIS COURT, having reviewed the *Motion to Consolidate* (the "Motion") filed by

Defendants Wright W. Thurston, True North United Investments, LLC, and Nominal Defendant

Blockchain Game Partners, Inc. (the "Defendants"), being fully advised, and finding good cause therefor, hereby GRANTS the Motion and ORDERS that cases *Schiermeyer et al. v. Thurston et al.*, Case No. 23-00589, and *True North et al. v. Schiermeyer et al.*, Case No. 23-00590, be consolidated into one proceeding.

Signed this ___ day of _____, 2023.

BY THE COURT

_____
Daphne A. Oberg
United States Magistrate Judge