Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
            ccutler@swlaw.com
            nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email:   abe.moore@klgates.com
             christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' COMPLAINT AND PLAINTIFF'S AMENDED COMPLAINT**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg<br><br>(Consolidated with 2:23-cv-00590-HCN) |

Plaintiff Eric Schiermeyer, derivatively and on behalf of Nominal Defendant Blockchain Game Partners, Inc. ("Plaintiff") and Defendants Wright Thurston ("Thurston") and True North United Investments, LLC ("True North")(collectively "Defendants") through their respective counsel

and pursuant to Federal Rule of Civil Procedure 6(b), hereby stipulate and move this Court to extend the deadlines for Plaintiff to respond to Defendants' Complaint (Dkt. 2, in consolidated case 2:23-cv-00590-HCN) and for Defendants to respond to Plaintiff's First Amended Verified Shareholder Derivative Compliant (Dkt. 14) to and including **November 14, 2023**.

Plaintiff has filed a proposed order concurrently with this stipulated motion.

DATED this 31st day of October, 2023.

                                                    SNELL & WILMER L.L.P.

                                                    */s/ Paul W. Shakespear*
                                                    Paul W. Shakespear
                                                    Cameron Cutler
                                                    Natalie Beal

                                                    K&L GATES LLP
                                                    Abram I. Morre
                                                    Christian A. Zazzali

                                                    *Attorneys for Plaintiff Eric Schiermeyer*

DATED this 31st day of October, 2023.

                                                    GREENBERG TRAURIG, LLP

                                                    */s/*Marc T. Rasich*
                                                    John W. Huber
                                                    Marc T. Rasich
                                                    Daniel J. Wadley
                                                    Alexander Baker

                                                    *Attorneys for Defendants Wright W. Thurston and True North United Investments, LLC*

                                                    **signed with permission via email*