AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| Eric Schiermeyer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23-cv-00589-HCN-DAO |
| Wright Thurston and True North United Investments | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Blockchain Game Partners, Inc | ) | |
| *Crossclaim defendant* | ) | |

**SUMMONS ON A CROSSCLAIM COMPLAINT**

To: *(Crossclaim defendant's name and address)*   BLOCKCHAIN GAME PARTNERS, INC.
c/o
Mudd Law, Registered Agent
311 Main Street
PO Box 1553
Park City, UT 84060

   A lawsuit has been filed against defendant  True North United Invest.,  , who as crossclaim plaintiff is making this claim against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached crossclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Greenberg Traurig LLP
John W. Huber
222 S. Main Street, Suite 1730
Salt Lake City, UT 84101

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Abram L. Moore
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the crossclaim.  You also must file the answer or motion with the court and serve it on any other parties.

Date:  11/06/2023

Gary P Serdar
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

SUMMONS

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 2:23-cv-00589-HCN-DAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: