Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
Email: pshakespear@swlaw.com
       ccutler@swlaw.com
       nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email: abe.moore@klgates.com
       christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIM**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg<br><br>(Consolidated with 2:23-cv-00590-HCN) |

Plaintiff Eric Schiermeyer, derivatively and on behalf of Nominal Defendant Blockchain Game Partners, Inc. ("Plaintiff") and Defendants Wright Thurston ("Thurston") and True North United Investments, LLC ("True North")(collectively "Defendants") through their respective counsel

and pursuant to Federal Rule of Civil Procedure 6(b), hereby stipulate and move this Court to extend the deadline for Plaintiff to respond to Defendants' Counterclaim (Dkt. 60) to and including **December 8, 2023**.[1]

Plaintiff has filed a proposed order concurrently with this stipulated motion.

DATED this 13th day of November, 2023.

SNELL & WILMER L.L.P.

/s/ Paul W. Shakespear
Paul W. Shakespear
Cameron Cutler
Natalie Beal

K&L GATES LLP
Abram I. Morre
Christian A. Zazzali

*Attorneys for Plaintiff Eric Schiermeyer*

---

[1] Defendants November 3, 2023 Counterclaim supersedes their Complaint (Dkt. 2, in consolidated case 2:23-cv-00590-HCN) and is Defendants operative pleading. As such, Plaintiff will not file an independent response to Defendants' Complaint.

4861-1906-7023

DATED this 13th day of November, 2023.

GREENBERG TRAURIG, LLP

/s/*Marc T. Rasich
John W. Huber
Marc T. Rasich
Daniel J. Wadley
Alexander Baker

*Attorneys for Defendants Wright W. Thurston and True North United Investments, LLC*

*\*signed with permission via email*