Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
       ccutler@swlaw.com
       nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email:   abe.moore@klgates.com
         christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>            Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>            Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>            Nominal Defendant. | **ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIM**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg<br><br>(Consolidated with 2:23-cv-00590-HCN) |

Based on the Stipulated Motion to Extend Time to Respond to Defendants' Counterclaim

("Stipulated Motion"), and for good cause appearing, it is hereby ORDERED that the deadline for

Plaintiff to respond to Defendants' Counterclaim (Dkt. 60) is extended to and including **December 8, 2023**.

DATED this ___ day of _____ 2023.

BY THE COURT

_____

Magistrate Judge Daphne A. Oberg

**STIPULATED BY**:

GREENBERG TRAURIG LLP

/s/*Marc T. Rasich
_____
John W. Huber
Marc T. Rasich
Daniel J. Wadley
Alexander Baker

*Attorneys for Defendants Wright W. Thurston
and True North United Investments, LLC*

*signed with permission via email*

4893-6067-4447

2