Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101

Abram Moore (*pro hac vice*)
Abe.moore@klgates.com
Christian Zazzali (*pro hac vice*)
Christian.zazzali@klgates.com
**K&L Gates LLP**
*Attorneys for Eric Schiermeyer*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **DECLARATION OF ERIC SCHIERMEYER IN OPPOSITION DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR MANDATORY RESTRAINING ORDER**<br><br>Case No: 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

**DECLARATION OF ERIC SCHIERMEYER**

1. I, Eric Schiermeyer, am the President and CEO for Blockchain Game Partners, Inc., d/b/a Gala Games ("Gala Games" or the "Company"). In my roles as President and CEO, I am familiar with both the day-to-day operations and the overall operations of Gala Games, which includes the decision to suspend Defendant Wright Thurston's Gala Nodes. As such, I have knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so.

2. I am the Plaintiff in this action, which I brought solely for the benefit of Gala Games. I have personal knowledge of the facts stated herein and if called to testify I could and would competently testify thereto.

3. On February 23, 2021, Wright Thurston sent me a text that said, in part: "I turned on 100 nodes that day personally and let the connect team turn on 100 after the rise. I told them I would fix the node license account issue this week and they could turn on 200 more. The account is still turned off so I said to activate some of mine."

4. On March 4, 2021 at 6:06 p.m., Wright Thurston texted me a photograph of his Gala Node account dashboard which showed the account owner to be "Wright Thurston." A minute later, he texted "This is what my node says."

5. For approximately three years prior to this lawsuit, neither I nor Wright Thurston regularly operated any substantial number of our respective Gala Nodes. Thurston and I agreed early on that operating a large concentration of nodes was contrary to the Company's goal of decentralization.

6. In May 2023, my attorneys and Thurston's attorneys began engaging in settlement discussions in an effort to resolve our disputes, which had reached a boiling point.

7. In June 2023, in the midst of settlement discussions between the parties and just before this lawsuit was filed, Thurston activated all 7,000 of his Gala Nodes for the first time in years.

8. Since Thurston activated his nodes, he has sold all of the GALA earned from those nodes on an almost daily basis.

9. Initially, in an effort to mitigate the amount of GALA distributed to Thurston, (and resulting dump on the market), I activated my own Gala Nodes. More nodes operating on a given day results in less GALA distributed per node. However, unlike Thurston, I have not sold any of the GALA earned through my nodes.

10. In my role as President of the Company, I directed the suspension of Thurston's Gala Nodes on October 10, 2023 because Thurston had engaged in serious violations of the Gala Terms and Conditions, as set forth in the Verified Complaint. I did not direct the Company to suspend Thurston's nodes before June 2023 because Thurston had not yet re-activated his 7,000 nodes.

11. When the Company suspended Thurston's Gala Nodes, I also deactivated my own Gala Nodes. I have not operated my Gala Nodes since that time.

12. Gala Games has disabled Gala Nodes on numerous occasions. For example, the Company issued nodes to a company called Liberty United for providing security services. When it stopped providing those services, its nodes were disabled. As another example, when we discovered that Blox Lending and Dereck Hope had been operating nodes those nodes were disabled, as explained in the Complaint. Further, when employees have left the Company their node licenses have been disabled and when purchasers have returned nodes they have been disabled.

13. The decision to disable nodes has always been an operational decision made at or below the officer level. Thurston has never argued that board approval is required to disable a node.

I declare, under penalty of perjury of the laws of Utah and of the United States of America, that the foregoing is true and accurate.

**2**
**DECLARATION OF ERIC SCHIERMEYER**

Dated: November 14, 2023

DocuSigned by:

*Eric Schiermeyer*
46F30DCD9C0D450...

Eric Schiermeyer
President & CEO
Blockchain Game Partners, Inc.

3
**DECLARATION OF ERIC SCHIERMEYER**