Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
**SNELL & WILMER L.L.P**
15 West South Temple
Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101

Abram Moore (*pro hac vice*)
Abe.moore@klgates.com
Christian Zazzali (*pro hac vice*)
Christian.zazzali@klgates.com
**K&L Gates LLP**
*Attorneys for Eric Schiermeyer*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **DECLARATION OF JASON BRINK IN OPPOSITION DEFENDANTS/COUNTERCLAIMANTS' MOTION FOR MANDATORY RESTRAINING ORDER**<br><br>Case No: 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

**DECLARATION OF JASON BRINK**

## DECLARATION OF JASON BRINK

1. I, Jason Brink, am the President of Blockchain for Blockchain Game Partners, Inc., d/b/a Gala Games ("Gala Games"). I have worked for Gala Games since mid-2020. In my role as President of Blockchain, I am familiar with both the day-to-day operations and the overall operations of Gala Games. As such, I have knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so. I also am familiar with the records of Gala Games, which I consulted in order to determine the information set forth herein, all of which are business records maintained in Gala Games' files and systems in the ordinary course of business.

2. I write this declaration, not because I want to write it, but because I feel it needs to be written in order to give an accurate understanding of my motivations and to clarify the facts. When I joined Gala Games, it was because of the vision presented by Eric Schiermeyer and Wright Thurston of a decentralized future for entertainment and beyond. I personally find this matter to be an unfortunate but necessary distraction due to the departure of one of the founders from this ideal. In my eyes, we at Gala Games serve the community and are entrusted to build the best ecosystem we can with the help of a broader community of builders from the blockchain space. Gala is bigger than either founder. Gala is bigger than me. What Gala represents is more expansive than all of us — an amazing opportunity that can only be grasped if this situation can be rectified.

3. Gala Nodes are available for purchase by the public, and the number of available nodes is capped at 50,000.

4. The Company has distributed or sold 42,978 of the 50,000 available nodes. Currently, there are 12,936 unique owners of Gala Nodes.

1
**DECLARATION OF JASON BRINK**

5.     When a node is created, it cannot be destroyed.  Therefore, over the course of business, any time a node was removed from an account for any reason, it was transferred to a Company holding account.

6.     For example, in the past, node purchasers were able to return their nodes for a refund, and those nodes were put in the holding account.

7.     Also, Gala Node licenses have been issued to employees of the Company. When those employees left the Company, in many cases their licenses were disabled and the nodes were placed into the holding account.

8.     Gala Node licenses were also provided to a company called Liberty United in exchange for providing security services to the Company. When Liberty stopped providing those services, its nodes were disabled and placed into the holding account.

9.     This holding account also includes the nodes that Blox Lending and Dereck Hope were operating without paying the Company for the nodes, which the Company subsequently deactivated.

10.    As of May 2023, the holding account included 1,414 nodes.

11.    The Founder's Nodes Award Program contemplated by the Company involved a distribution of the 7,022 as-yet-undistributed Gala Nodes plus 1,414 nodes in the Company's holding account to Company employees. In other words, the nodes that would be distributed under this program are not Thurston's nodes.

12.    All Gala Nodes are governed by the Gala Terms and Conditions, which are available online.  A copy of those Terms and Conditions is attached hereto as **EXHIBIT A.**

13.    In June 2023, Thurston activated all 7,000 of his Gala Nodes.  This is evidenced by the daily distribution emails which I receive and which show the amount of GALA distributed to each node wallet every day (as I have described in a previous declaration).

14. Since Thurston activated his nodes in June 2023, the Ethereum blockchain evidences that he has minted and sold all or nearly all of the GALA earned from those nodes on an almost daily basis.

15. Shortly after Thurston activated his nodes, the daily distribution emails evidence that Eric Schiermeyer also activated all 7,000 of his Gala Nodes. The Ethereum blockchain does not show minting or sale of the GALA earned from those nodes.

16. In order to "suspend" Wright Thurston's operation of his nodes, his access to the nodes had to be restricted. Thus, either the nodes had to be moved from his account or his access to his Gala Games account had to be disabled. Here, the Company moved the nodes from his account into a separate account. Those nodes have not been transferred or sold to any other person.

17. A fixed amount of GALA is distributed to Gala Node owners who are operating their nodes on any given day. In other words, the number of nodes operating on any given day does not affect the total amount of GALA distributed to node owners on that day.

18. The daily distribution of GALA to node owners is divided equally among the Gala Nodes that were in operation that day.

19. Gala Games publishes its daily distribution information online, including the number of GALA tokens distributed each day and the number of nodes in operation on that day. The nodes in operation are referred to as "Points."

20. To determine the amount of GALA Thurston would have received on any given day if he had operated his Gala Nodes, one must simply add his 7,000 nodes to the total number of nodes that were operated on that day, then determine the GALA that would have been distributed per node.

21. For example, if Thurston had operated his Gala Nodes on October 17, 2023, he would have earned 3,844,845 GALA. This is calculated by determining how

much GALA would have been distributed per node on that day if Thurston had operated his nodes:

| Nodes in Operation | Total Node Distribution | Distribution per Node |
|---|---|---|
| Without Thurston | 23,854 | 17,123,288 | 718 |
| With Thurston | 30,854 | 17,123,288 | 555 |

22.   One can calculate the total node distribution and the number of nodes in operation using the figures available online here:

https://app.gala.games/distribution?date=1697587199999&tokenType=gala

23.   Because each node would have received 555 GALA if Thurston's nodes were in operation, and because Thurston has 7,000 nodes, he would have received 3,844,845 GALA from operating his nodes on October 17th.

24.   All of the information necessary to perform this calculation, for any given day, is available online.

I declare, under penalty of perjury of the laws of Utah and of the United States of America, that the foregoing is true and accurate.

Dated: November 14, 2023

*Jason Brink*
———————————————
Jason Brink
President of Blockchain
Blockchain Game Partners, Inc.