David L. Mortensen (#8242)
dmortensen@foley.com
Monica S. Call (11361)
mcall@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Blockchain Game Partners, Inc.
d/b/a Gala Games and d/b/a BGP Games*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC<br><br>Defendants.<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Nominal Defendant.<br><br>vs. | **ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' CROSSCLAIM**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>The Honorable Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

2

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>   Counterclaimant,<br><br> vs.<br><br>ERIC SCHIERMEYER,<br><br>   Counterdefendant,<br><br> and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>   Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>   Crossclaim Plaintiff,<br><br> vs.<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>   Crossclaim Defendant | |

Based on the Stipulated Motion to Extend Time to Respond to Defendants' Crossclaim, and for good cause appearing, it is hereby ORDERED that the deadline for Gala Games to respond to Defendants' Crossclaim (Dkt. 60) is extended to and including **December 12, 2023**.

DATED this ___ day of _____ 2023.

BY THE COURT

_____
Magistrate Judge Daphne A. Oberg

**STIPULATED BY:**

GREENBERG TRAURIG LLP

*/s/\* Marc T. Rasich*_____
John W. Huber
Marc T. Rasich
Daniel J. Wadley
Alexander Baker

*Attorneys for Defendants Wright W. Thurston and True North United Investments, LLC*

*\*signed with permission via email*

3