David L. Mortensen (#8242)
dmortensen@foley.com
Monica S. Call (11361)
mcall@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Blockchain Game Partners, Inc.
d/b/a Gala Games and d/b/a BGP Games*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC<br><br>Defendants.<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Nominal Defendant.<br><br>vs. | **NOTICE OF APPEARANCE**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>The Honorable Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>   Counterclaimant,<br><br> vs.<br><br>ERIC SCHIERMEYER,<br><br>   Counterdefendant,<br><br> and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>   Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>   Crossclaim Plaintiff,<br><br> vs.<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>   Crossclaim Defendant | |

NOTICE IS HEREBY GIVEN that David L. Mortensen of Foley & Lardner LLP hereby appears as counsel for crossclaim defendant Blockchain Game Partners, Inc. d/b/a Gala Games ("Gala Games") in the above-captioned action and requests that all further notices, inquiries, and copies of pleadings, papers and other material relevant to this action be directed and served upon the following:

> David L. Mortensen
> dmortensen@foley.com
> FOLEY & LARDNER LLP
> 95 S. State Street, #2500
> Salt Lake City, Utah 84111

DATED this 16th day of November, 2023

FOLEY & LARDNER LLP

/s/ *David L. Mortensen*
David L. Mortensen
Monica S. Call

*Attorneys for Blockchain Game Partners, Inc. d/b/a Gala Games and d/b/a BGP Games*