Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
Email: pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email: abe.moore@klgates.com
christian.Zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>      Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br>      Defendants,<br><br>  and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>      Nominal Defendant. | **ORDER GRANTING ERIC SCHIERMEYER'S MOTION FOR LEAVE TO FILE SURREPLY BRIEF**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>      Counterclaimant,<br><br>vs.<br><br>ERIC SCHIERMEYER,<br>      Counterdefendant, | |

1

and

BLOCKCHAIN GAME PARTNERS, INC.
D/B/A BGP GAMES,
    Nominal Counterdefendant.

TRUE NORTH UNITED INVESTMENTS, LLC,
    Crossclaim Plaintiff
vs.
BLOCKCHAIN GAME PARTNERS, INC.
D/B/A BGP GAMES,
    Crossclaim Defendant.

Based on Plaintiff's Motion for Leave to File a Surreply, it is hereby ORDERED that Plaintiff may, no later than December 4, 2023, file a surreply brief of no more than 10 pages in opposition to Defendants' Motion for Mandatory Restraining Order (Dkt. No. 63).

DATED this _____ day of November, 2023.

BY THE COURT:

_____
Magistrate Judge Daphne A. Oberg