John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
john.huber@gtlaw.com
wadleyd@gtlaw.com
marc.rasich@gtlaw.com
bakera@gtlaw.com

*Attorneys for Defendants, Counterclaimant, and Crossclaim Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>      Plaintiff,<br>vs.<br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br>      Defendants,<br><br>   and<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>      Nominal Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>      Counterclaimant,<br>vs.<br>ERIC SCHIERMEYER,<br>      Counterdefendant, | |

| | |
|---|---|
| and<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>    Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br>    Crossclaim Plaintiff,<br>vs.<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>    Crossclaim Defendant. | |

I move for the pro hac vice admission of Michael G. Rhodes as co-counsel for Defendants, Counterclaimant, and Crossclaim Plaintiff, True North United Investments, LLC, and I consent to serve as co-counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing.

I certify that the applicant is not a member of the Utah State Bar, does not maintain a law office in Utah, and has not been admitted pro hac vice in any case in this district in the previous five (5) years.

    DATED November 27, 2023

                                        GREENBERG TRAURIG LLP

                                        /s/*Marc Rasich*
                                        Marc Rasich
                                        John Huber
                                        Daniel Wadley
                                        Alexander Baker

                                        *Counsel for Defendants, Counterclaimant, and Crossclaim Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 27, 2023, a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby served on counsel of record.

Paul W. Shakespear
Cameron Cutler
Natalie Beal
SNELL & WILMER LLP
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram L. Moore
Christian A. Zazzali
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
abe.moore@klgates.com
christian.zazzali@klgates.com

David L. Mortensen
Monica S. Call
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
dmortensen@foley.com
mcall@foley.com

                                          GREENBERG TRAURIG, LLP

                                          */s/*