John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
john.huber@gtlaw.com
wadleyd@gtlaw.com
marc.rasich@gtlaw.com
bakera@gtlaw.com

*Attorneys for Defendants, Counterclaimant, and Crossclaim Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>    Plaintiff,<br>vs.<br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br>    Defendants,<br><br>and<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>    Nominal Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>    Counterclaimant,<br>vs.<br>ERIC SCHIERMEYER,<br>    Counterdefendant, | |

| | |
|---|---|
| and<br>BLOCKCHAIN GAME PARTNERS, INC.<br>D/B/A BGP GAMES,<br>    Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS,<br>LLC,<br>    Crossclaim Plaintiff,<br>vs.<br>BLOCKCHAIN GAME PARTNERS, INC.<br>D/B/A BGP GAMES,<br>       Crossclaim Defendant. | |

Before the Court is local counsel's Motion for Pro Hac Vice admission of Michael G. Rhodes. Based on the Motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

DATED

BY THE COURT

_____
Magistrate Judge Daphne A. Oberg

2