UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| ERIC SCHIERMEYER, derivatively on behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>       Plaintiff,<br>v.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>       Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>       Nominal Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF MICHAEL G. RHODES**<br><br>Case No. 2:23-cv-00589<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |
| TRUE NORTH UNITED INVESTMENTS, LLC, derivatively on behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>       Counterclaimant,<br>v.<br><br>ERIC SCHIERMEYER,<br><br>       Counterclaim Defendant,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>       Nominal Counterclaim Defendant. | |

| |  |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>        Crossclaim Plaintiff,<br>v.<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>        Crossclaim Defendant. | |

    Before the court is local counsel Marc Rasich's Motion for Pro Hac Vice Admission, (Doc. No. 79), seeking admission of Michael G. Rhodes as counsel for Defendant, Counterclaimant, and Crossclaim Plaintiff True North Investments, LLC.  Based on the motion and application, Mr. Rhodes meets the requirements for pro hac vice admission under Rule 83-1.1(c) of the Local Rules of Civil Practice.  Therefore, the motion is GRANTED.

    DATED this 28th day of November, 2023.

                                      BY THE COURT:

                                    Daphne A. Oberg<br>
                                    United States Magistrate Judge