David L. Mortensen (#8242)
dmortensen@foley.com
Monica S. Call (11361)
mcall@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801.401.8900

*Attorneys for Blockchain Game Partners, Inc.*
*d/b/a Gala Games and d/b/a BGP Games*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC<br><br>Defendants.<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Nominal Defendant. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' FIRST AMENDED CROSSCLAIM**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>The Honorable Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

4868-9240-0789.1

2

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>    Counterclaimant,<br><br> vs.<br><br>ERIC SCHIERMEYER,<br><br>    Counterdefendant,<br><br> and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>    Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>    Crossclaim Plaintiff,<br><br> vs.<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>    Crossclaim Defendant | |

2

Crossclaim Defendant Blockchain Game Partners, Inc. D/B/A Gala Games ("Gala Games") and Defendants Wright Thurston and True North United Investments, LLC (collectively "Defendants") through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby stipulate and move this Court to extend the deadline for Gala Games to respond to Defendants' Amended Crossclaim (Dkt. 75) to and including December 20, 2023.

Gala Games has filed a proposed order concurrently with this stipulated motion.

DATED this 5th day of December, 2023

FOLEY & LARDNER LLP


/s/ *Monica S. Call*
David L. Mortensen
Monica S. Call

*Attorneys for Blockchain Game Partners, Inc. d/b/a Gala Games and d/b/a BGP Games*

**STIPULATED BY:**

GREENBERG TRAURIG LLP

 /s/*John W. Huber
John W. Huber
Marc T. Rasich
Daniel J. Wadley
Alexander Baker

*Attorneys for Defendants Wright W. Thurston and True North United Investments, LLC*

*\*signed with permission via email*