Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
  ccutler@swlaw.com
  nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email:   abe.moore@klgates.com
  christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC<br><br>Defendants.<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Nominal Defendant. | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S AMENDED COUNTERCLAIMS**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>The Honorable Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>   Counterclaimant,<br><br> vs.<br><br>ERIC SCHIERMEYER,<br><br>   Counterdefendant,<br><br> and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>   Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>   Crossclaim Plaintiff,<br><br> vs.<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>   Crossclaim Defendant | |

  Plaintiff Eric Schiermeyer, derivatively and on behalf of Nominal Defendant Blockchain Game Partners, Inc. ("Plaintiff") and Defendant True North United Investments, LLC ("Defendant") through their respective counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby stipulate and move this Court to extend the deadline for Plaintiff to respond to Defendant's First Amended Counterclaims and Crossclaims (Dkt. 75) to and including **December 20, 2023**.

  Plaintiff has filed a proposed order concurrently with this stipulated motion.

DATED this 7th day of December, 2023.

                SNELL & WILMER L.L.P.

                */s/ Paul W. Shakespear*
                Paul W. Shakespear
                Cameron Cutler
                Natalie Beal

                K&L GATES LLP
                Abram I. Moore
                Christian A. Zazzali

                *Attorneys for Plaintiff Eric Schiermeyer*

DATED this 7th day of December, 2023.

                GREENBERG TAURIG, LLP

                */s/\*John W. Huber*
                John W. Huber
                Marc T. Rasich
                Daniel J. Wadley
                Alexander Baker

                *Attorneys for Defendants Wright W. Thurston and True North United Investments, LLC*

                *\*signed with permission via email*

4883-5814-9013