# Exhibit B

**Via Email**

October 4, 2023

Mr. Thurston,

   I am writing to you in my capacity as President of Blockchain Game Partners, Inc. (the "Company" or "Gala Games") and in your personal capacity as an owner of approximately 7,000 Gala Nodes to notify you that the Company is suspending the operation of your Gala Nodes. I am also suspending the operation of my own 7,000 Gala Nodes.

   Under the Gala Node terms of service, the Company has full discretion to terminate node licenses if the node user has harmed Gala Games in any way. As you are aware, in the past the Company has made the operational decision to terminate node licenses of other node owners for various discretionary reasons. The instant suspension is short of termination, and is based upon the allegations and representations made in the lawsuit captioned *Schiermeyer v. Thurston*, Case No. 2:23-cv-00589 (D. Utah) (the "lawsuit").

   Among other things, you have allegedly caused Gala Node licenses to be sold to Blox Lending and Derrick Hope while keeping the proceeds for yourself or your other entities, and have allegedly stolen 8.6 billion GALA tokens from the Company, then sold billions of those tokens and kept approximately $130 million for yourself and/or your other entities. You have also represented that the GALA tokens taken from Company wallets were earned by your Gala Nodes. This alleged conduct breaches the Gala Nodes terms of service, including prohibitions against: selling or reselling the GALA Services in a manner that violates any law or contract, or in a way that attempts to circumvent any GALA fee systems or rules; using the GALA Services to engage in price manipulation, fraud, or other deceptive, misleading, or manipulative activity; using the GALA Services to buy, sell, or transfer stolen items, fraudulently obtained items, items taken without authorization, and/or any other illegally obtained items; and tricking, defrauding, or misleading GALA or other Users. Should it be judicially determined that you have not engaged in any of the alleged conduct, the Company will reactivate your Gala Nodes.

   I understand that you contest these allegations, and have made certain counter-allegations that I have engaged in mismanagement of the Company. Your allegations against me, even if proven true, do not appear to constitute breaches of the Gala Node terms of service, and therefore would not justify the suspension of my nodes.

   Nevertheless, I am voluntarily suspending operation of my own nodes. As you know, I began operating my nodes after you began operating all of your Gala Nodes. As you also know, the more nodes that are in operation each day, the less GALA earned by each node. Since you began operating your nodes, you have sold all of the GALA earned by those nodes every day and pocketed the proceeds. This daily dumping of millions of GALA damages the Gala Games ecosystem. For that reason, I turned on my own nodes to reduce the amount of GALA you were able to dump into the market. Unlike you, I have not sold the GALA earned by my own Gala Nodes. The purpose of turning on my nodes was not to enrich myself, but to mitigate the damage you were causing the Gala Games ecosystem.

   With your licenses suspended, I no longer need to operate my own nodes in order to mitigate damage to the Gala Games ecosystem caused by your dumping. Therefore, I am suspending their operation. This dual suspension avoids any appearance of impartiality, affects both of us in equal

measure, is in line with our prior agreement that neither you nor I would operate our Gala Nodes, is beneficial to the Gala Games ecosystem and responds to community concerns.

  Should you disagree with the Company's suspension, the Gala Node terms of service set forth a process for resolving any such dispute.

Sincerely,

Eric Schiermeyer

President, Chairman, Director

Blockchain Game Partners