Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
Email: pshakespear@swlaw.com
   ccutler@swlaw.com
   nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email: abe.moore@klgates.com
   christian.zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC<br><br>Defendants.<br><br>and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>Nominal Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO: (1) DEFENDANT'S MOTION FOR A PRELIMINARY INJUNCTION; (2) PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIMS; AND (3) CROSSCLAIM DEFENDANT'S MOTION TO COMPEL ARBITRATION OR DISMISS CROSSCLAIMS**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>The Honorable Howard C. Nielson, Jr.<br><br>Magistrate Judge Daphne A. Oberg |

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>        Counterclaimant,<br><br>vs.<br><br>ERIC SCHIERMEYER,<br><br>        Counterdefendant,<br><br>  and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>        Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>        Crossclaim Plaintiff,<br><br>vs.<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br><br>        Crossclaim Defendant | |

Based on the Stipulated Motion to Extend Time to Respond to: (1) Defendant's Motion for a Preliminary Injunction; (2) Plaintiff's Motion to Dismiss Counterclaims; and (3) Crossclaim Defendant's Motion to Compel Arbitration or Dismiss Crossclaims ("Stipulated Motion"), and for good cause appearing, it is hereby ORDERED that the parties deadlines for the responses to each of these motions be extended to **February 2, 2024**.  The January 9, 2024 Scheduling Conference

(See Dkt. 91) shall remain on calendar.

DATED this ___ day of _____ 2023.

BY THE COURT

_____
Magistrate Judge Daphne A. Oberg

**STIPULATED BY**:

SNELL & WILMER L.L.P.

*/s/ Paul W. Shakespear*
Paul W. Shakespear
Cameron Cutler
Natalie Beal

K&L GATES LLP
Abram I. Moore
Christian A. Zazzali

*Attorneys for Plaintiff Eric Schiermeyer*

GREENBERG TRAURIG LLP

*/s/\* Daniel J. Wadley*
John W. Huber
Marc T. Rasich
Daniel J. Wadley
Alexander Baker

*Attorneys for Defendants Wright W. Thurston and True North United Investments, LLC*

*\*signed with permission via email*

FOLEY & LARDNER LLP

*/s/\* Monica S. Call*
David L. Mortensen
Monica S. Call

*Attorneys for Nominal Defendants Blockchain Game Partners, Inc. d/b/a Gala Games and d/b/a BGP Games*

*\*signed with permission via email*

4895-2965-9544