IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Schiermeyer,<br><br>**Plaintiff(s),**<br><br>vs.<br><br><br>Thurston, et al.,<br><br>**Defendant(s).** | Case No.  2:23-cv-00589-HCN-DAO |

# TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☐ Attorney:   Plf CAMERON J. CUTLER

☐ Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 01.09.24 | Motion hearing before Judge Nielson |
| | |
| | |
| | |

|  |  |
|--|--|

**DOCKET CLERK:**

Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

| 01/24/24 | Teena Green |
|---|---|
|  | Court Reporter |