# EXHIBIT A

| | |
|---|---|
| From: | Moore, Desiree F. |
| To: | Huber, John W. (Shld-SLC-LT) |
| Cc: | bwalker@gala.games; Moore, Abram; Baker, Alexander C. (Assoc-SLC-LT); Wadley, Daniel (Shld-SLC-LT) |
| Subject: | RE: [Time Sensitive Reply Requested] Blockchain Game Partners, Your Client Eric Schiermeyer |
| Date: | Sunday, June 4, 2023 2:18:34 PM |
| Attachments: | image003.png |

## *EXTERNAL TO GT*

John,

We sent an email to Brent on Friday asking for a call on Monday or Tuesday of this coming week. Please advise who should be our primary contact with respect to this matter. As to your correspondence below, it is unreasonable to send an email after close of business on Friday regarding a matter of significance and demand a response before start of business on Monday. In any event, we are not interested in arbitrating our claims against Wright at this time. If you would like us to seriously consider whether to do so, or whether it may be appropriate to arbitrate any counterclaims you may bring, you will have to articulate those counterclaims so we can consider. We ask that you also explain the reason for the emergency demand.

Best regards,

Desirée



**Desirée Moore**
Partner
K&L Gates LLP
desiree.moore@klgates.com

70 W. Madison St.
Suite 3100
Chicago, IL 60602
Phone: +1 312 781 6028

www.klgates.com



**From:** John.Huber@gtlaw.com <John.Huber@gtlaw.com>

**Sent:** Friday, June 02, 2023 6:59 PM
**To:** Moore, Desiree F. <Desiree.Moore@klgates.com>
**Cc:** bwalker@gala.games; Moore, Abram <abe.moore@klgates.com>; bakera@gtlaw.com; wadleyd@gtlaw.com
**Subject:** [Time Sensitive Reply Requested] Blockchain Game Partners, Your Client Eric Schiermeyer

Dear Ms. Moore:

While we appreciate that you have been getting up to speed over the past week, we would like to establish more timely communication so that we may discuss the number of pressing issues related to the corporate governance of Blockchain Game Partners, Inc. ("BGP").

Accordingly, we request your prompt reply to this email. By no later than 7:00 am MT on Monday, June 5, 2023, please advise us if your client is agreeable to a binding arbitration proceeding to resolve any and all matters of dispute and disagreement between Mr. Wright Thurston and Mr. Eric Schiermeyer as the only two directors of BGP. We propose that the arbitration be held in Salt Lake City, or another reasonable venue. In proposing binding arbitration, it is Mr. Thurston's desire to keep the dispute proceedings private and confidential as opposed to open proceedings in state or federal court.

Please appreciate the urgency of the situation from our perspective, and our strong desire to resolve the various issues privately. I look forward to receiving your response by 7:00 am MT on Monday.

Sincerely,

**John W. Huber**

Greenberg Traurig, LLP
222 South Main Street | 17th Floor | Salt Lake City, Utah 84101
T +1 801.478.6915 | C +1 801.750.5429
huberj@gtlaw.com | www.gtlaw.com | View GT Biography



Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Los Angeles. Mexico City*. Miami. Milan*. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. West Palm Beach. Westchester County.

*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Milan: Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Seoul: Operated by Greenberg Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Tokyo: Greenberg Traurig's Tokyo Office is operated by GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho, affiliates of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Warsaw: Operates as Greenberg Traurig Grzesiak SP.K.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Desiree.Moore@klgates.com.