# EXHIBIT A

| | |
|---|---|
| **From:** | Moore, Abram |
| **To:** | Brent Hawkins; Eric Schiermeyer; Wright Thurston |
| **Cc:** | Blake Walker; Huber, John W. (Shld-SLC-LT); Moore, Desiree F. |
| **Subject:** | RE: DEMAND TO BLOCKCHAIN GAME PARTNERS, INC. BOARD OF DIRECTORS |
| **Date:** | Tuesday, June 6, 2023 5:28:25 PM |

**\*EXTERNAL TO GT\***

Brent,

Please copy Desiree Moore on all communications to counsel.

Thanks,
Abe

**From:** Brent Hawkins <bhawkins@blockadeunited.com>
**Sent:** Tuesday, June 6, 2023 5:57 PM
**To:** Eric Schiermeyer <eric@gala.games>; Wright Thurston <wright@gala.games>
**Cc:** Blake Walker <bwalker@gala.games>; Moore, Abram <abe.moore@klgates.com>; John.Huber@gtlaw.com
**Subject:** DEMAND TO BLOCKCHAIN GAME PARTNERS, INC. BOARD OF DIRECTORS


Via email
Sent on behalf of True North United Investments LLC

Blockchain Game Partners, Inc. Board of Directors Eric Schiermeyer
wright@gala.games
Eric Schiermeyer
eric@gala.games
RE: DEMAND TO BLOCKCHAIN GAME PARTNERS, INC. BOARD OF DIRECTORS

Directors:
June 6, 2023
Pursuant to Wyoming Statute 17-16-742, in True North's capacity as a shareholder in Blockchain Game Partners, Inc. (the "Company"), we demand that the Company remove Eric Schiermeyer from office as a director of the Company, and from any and all other positions, for grossly abusing the positions of director and chief executive officer, breaching fiduciary duties, intentionally inflicting harm on the Company and shareholders, and engaging in fraudulent conduct with respect to the Company, including but not limited to the theft of Company assets. We also demand that the Company file suit against Mr. Schiermeyer for, among other things, stealing and/or intentionally destroying Company assets, and breaching his duties to the Company.

In addition, we demand that the Board authorize the Company to retain counsel to conduct an internal audit of actions taken by Schiermeyer and recommend corporate action in light of the results of the audit.

Further, as a shareholder, we call for a vote of the board of directors during the June 8, 2023, special meeting of the board of directors of the Company as to whether to remove Mr. Schiermeyer as a director and CEO, and whether to file suit against Mr. Schiermeyer.

Sincerely,

True North United Investments LLC

Cc: Blake Walker at bwalker@gala.games

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Abe.Moore@klgates.com.