# EXHIBIT B

| | |
|---|---|
| **From:** | Huber, John W. (Shld-SLC-LT) |
| **To:** | Rasich, Marc (Shld-SLC-LT); Baker, Alexander C. (Assoc-SLC-LT) |
| **Subject:** | Fwd: DEMAND TO BLOCKCHAIN GAME PARTNERS, INC. BOARD OF DIRECTORS |
| **Date:** | Tuesday, June 6, 2023 9:31:12 AM |

FYI and please save.

**John W. Huber**

Greenberg Traurig, LLP
222 South Main Street | 17th Floor | Salt Lake City, Utah 84101
T +1 801.478.6915  |  C +1 801.750.5429
huberj@gtlaw.com   |   www.gtlaw.com    |   View GT Biography

Begin forwarded message:

> **From:** Wright Thurston <wright@gala.games>
> **Date:** June 6, 2023 at 9:19:20 AM MDT
> **To:** Brent Hawkins <brent@blockchainjedi.com>, Ken C <ktc21968@gmail.com>, Daniel Payne <dpayne@blockadeunited.com>, Jacob Fordham <Jake@blockchainjedi.com>, "Huber, John W. (Shld-SLC-LT)" <John.Huber@gtlaw.com>, Mitch Edwards <edwards.mitch@gmail.com>
> **Subject: Fwd: DEMAND TO BLOCKCHAIN GAME PARTNERS, INC. BOARD OF DIRECTORS**
>
> **\*EXTERNAL TO GT\***
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Eric Schiermeyer <eric@gala.games>
>> **Date:** June 6, 2023 at 7:12:15 AM AST
>> **To:** Blake Walker <bwalker@gala.games>, Wright Thurston <wright@gala.games>
>> **Subject: DEMAND TO BLOCKCHAIN GAME PARTNERS, INC. BOARD OF DIRECTORS**
>>
>> Via email
>> Blockchain Game Partners, Inc. Board of Directors Wright Thurston

wright@gala.games
Eric Schiermeyer
eric@gala.games
RE: DEMAND TO BLOCKCHAIN GAME PARTNERS, INC.
BOARD OF DIRECTORS
Directors:
June 6, 2023

 Pursuant to Wyoming Statute 17-16-742, in my capacity as a shareholder in Blockchain Game Partners, Inc. (the "Company"), I demand that the Company remove Wright Thurston from office as a director of the Company for grossly abusing the position of director, intentionally inflicting harm on the Company, and engaging in fraudulent conduct with respect to the Company, including but not limited to the theft of Company assets. I also demand that the Company file suit against Mr. Thurston for stealing Company assets and breaching his duties to the Company.

Further, in my capacity as a director and president of the Company, I call for a vote of the board of directors during the June 8, 2023 special meeting of the board of directors of the Company as to whether to remove Mr. Thurston as a director and whether to file suit against Mr. Thurston.

Sincerely,
Eric Schiermeyer
Cc: Blake Walker at bwalker@gala.games


--
*This email is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged, and
exempt from disclosure under applicable law. If you are not the intended
recipient, please notify the sender immediately and delete this email from
your system. Any unauthorized use, disclosure, copying, or distribution of
this email or its contents is strictly prohibited.*

*This email is intended only for the individual or entity to which it is addressed and may contain information that is confidential, privileged, and exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender immediately and delete this email from your system. Any unauthorized use, disclosure, copying, or distribution of this email or its contents is strictly prohibited.*