# EXHIBIT C

**From:** Huber, John W. (Shld-SLC-LT) <John.Huber@gtlaw.com>
**Sent:** Thursday, August 3, 2023 3:49 PM
**To:** Moore, Abram <abe.moore@klgates.com>; Moore, Desiree F. <Desiree.Moore@klgates.com>
**Cc:** Wadley, Daniel (Shld-SLC-LT) <wadleyd@gtlaw.com>
**Subject:** Action by Board of Directors in Lieu of Special Meeting GT Draft (JH).docx

Hello Abe and Desiree,

Attached, please find a proposed draft regarding the board of directors voting. Essentially, this proposal takes out the factual recitations from your draft and simplifies the descriptions on numbers 3 and 4. Thank you for your consideration.

Sincerely,

**John W. Huber**

Greenberg Traurig, LLP
222 South Main Street | 17th Floor | Salt Lake City, Utah 84101
T +1 801.478.6915 | C +1 801.750.5429
huberj@gtlaw.com | www.gtlaw.com | View GT Biography



Albany. Amsterdam. Atlanta. Austin. Boston. Berlin*. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London*. Los Angeles. Mexico City*. Miami. Milan*. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul*. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv*. Tokyo*. Warsaw*. Washington, D.C. West Palm Beach. Westchester County.

*Berlin: Greenberg Traurig's Berlin Office is operated by Greenberg Traurig Germany, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP.; London: Operates as a separate UK registered legal entity; Mexico City: Operates as Greenberg Traurig, S.C.; Milan: Greenberg Traurig's Milan office is operated by Greenberg Traurig Santa Maria, an affiliate of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Seoul: Operated by Greenberg Traurig LLP Foreign Legal Consultant Office; Tel Aviv: A branch of Greenberg Traurig, P.A., Florida, USA; Tokyo: Greenberg Traurig's Tokyo Office is operated by GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubengoshi Jimusho, affiliates of Greenberg Traurig, P.A. and Greenberg Traurig, LLP; Warsaw: Operates as Greenberg Traurig Grzesiak SP.K.