# EXHIBIT D

## ACTION BY WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS
## OF
## BLOCKCHAIN GAME PARTNERS, INC.

Pursuant to Wyoming Statute § 17-16-821 and the Bylaws of Blockchain Game Partners, Inc. (the "**Company**"), the undersigned, being all the members of the board of directors of the Company (the "**Board**"), do hereby consent to taking action without a meeting by written consent, do hereby waive any notice of and any requirement of holding a meeting of the Board to take the following actions, and do hereby direct that this written consent be filed with the corporate records of the proceedings of the Board.

WHEREAS, Eric Schiermeyer ("**Mr. Shiermeyer**"), as the Chairman of the Board, has submitted the following proposals (the "**Proposals**") to the Board for consideration, pursuant to this written consent:

1. the Board to call for a shareholder vote to remove Wright Thurston ("Mr. Thurston") as a director, as demanded by Mr. Schiermeyer ("**Proposal 1**");

2. the Board to call for a shareholder vote to remove Mr. Schiermeyer as a director, as demanded by Mr. Thurston ("**Proposal 2**");

3. the Company to file a lawsuit against Mr. Thurston as demanded by Mr. Schiermeyer ("**Proposal 3**"); and

4. the Company to file a lawsuit against Mr. Schiermeyer as demanded by Mr. Thurston and True North United Investments LLC ("**Proposal 4**").

WHEREAS, after due deliberation and discussion and the evaluation of such matters as the Board in the exercise of its fiduciary obligations has determined appropriate, the Board did not achieve the requisite number of the votes of the directors pursuant to this written consent as set forth below in order to approve each of these Proposals in accordance with the Bylaws of the Company and the applicable law of the State of Wyoming.

Proposals and Board Member Approval/Disapproval:

| Proposals | Schiermeyer's Vote | Thurston's Vote |
| --- | --- | --- |
| Proposal 1 | Approval | Disapproval |
| Proposal 2 | Disapproval | Approval |
| Proposal 3 | Approval | Disapproval |
| Proposal 4 | Disapproval | Approval |

NOW, THEREFORE, BE IT RECORDED, that none of the Proposals have been passed, resolved or approved by the Board and therefore, no action has been taken with respect to the Proposals.

WHEREAS, each of the directors of the Company hereby attest to the information as set forth in this written consent with respect to their approval or disapproval of each Proposal as set forth above by signing below.

| Eric Schiermeyer,<br>as Director of the Company | Wright Thurston,<br>as Director of the Company |
|---|---|
|  |  |