Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
        ccutler@swlaw.com
        nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email:   abe.moore@klgates.com
          christian.Zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES, <br><br> Plaintiff, <br><br> vs. <br><br> WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC, <br><br> Defendants, <br><br> BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES, <br><br> Nominal Defendant. | **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS** <br><br> Case No. 2:23-cv-00589-HCN-DAO <br><br> Judge Howard C. Nielson <br><br> Magistrate Judge Daphne A. Oberg <br><br> (Consolidated with 2:23-cv-00590-HCN) |

TRUE NORTH UNITED INVESTMENTS,
LLC, Derivatively on Behalf of Nominal
Defendant, BLOCKCHAIN GAME
PARTNERS, INC. D/B/A GALA GAMES,

               Counterclaimant,

vs.

ERIC SCHIERMEYER,

               Counterdefendant,

BLOCKCHAIN GAME PARTNERS, INC.
D/B/A GALA GAMES,

               Nominal Counterdefendant.

TRUE NORTH UNITED INVESTMENTS,
LLC,

               Crossclaim Plaintiff,

vs.

BLOCKCHAIN GAME PARTNERS, INC.
D/B/A GALA GAMES,

               Crossclaim Defendant.

      Plaintiff Eric Schiermeyer ("Plaintiff"), through counsel and pursuant to Local Rule

DUCivR 7-1(a)(7), respectfully moves for leave to file an overlength Reply in Support of his

Motion to Dismiss Counterclaims ("Reply"). Plaintiff seeks leave to file a Reply in support of his

Motion to Dismiss Counterclaims ("Motion") that is up to but no more than 15 pages overlength,

or approximately 25 pages total, excluding those items listed in Local Rule 7-1(a)(6)(B).

      Good cause exists justifying Plaintiff's request for additional pages. Plaintiff's Motion

seeks to dismiss all counterclaims asserted against him by Defendant True North United

Investments, LLC ("True North"). In response, True North filed an overlength Opposition consisting of approximately 33 substantive pages (ECF No. 104). True North's overlength Opposition refers to multiple exhibits outside of the pleadings in support of its arguments against dismissal. Due to the complexity and volume of the issues at hand, Plaintiff requires more than 10 pages to adequately reply to True North's arguments and authorities to further support the relief sought in the Motion.

Accordingly, Plaintiff respectfully requests leave to file a Reply that is up to 25 pages total, or 15 pages overlength, in order to adequately set forth the facts and law necessary to the resolution of a motion of this importance.

Plaintiff submits a proposed Order concurrently with this Motion.

DATED this 16th day of February, 2024.

SNELL & WILMER L.L.P.

/s/ Paul W. Shakespear
Paul W. Shakespear
Cameron Cutler
Natalie Beal

 K&L GATES LLP
Abram I. Morre
Christian A. Zazzali

*Attorneys for Plaintiff Eric Schiermeyer*