| | |
|---|---|
| Paul W. Shakespear (14113)<br>Cameron Cutler (15116)<br>Natalie Beal (18311)<br>SNELL & WILMER L.L.P.<br>15 West South Temple, Suite 1200<br>Gateway Tower West<br>Salt Lake City, Utah  84101<br>Telephone:  801.257.1900<br>Facsimile:  801.257.1800<br>Email: pshakespear@swlaw.com<br>         ccutler@swlaw.com<br>         nbeal@swlaw.com | Abram I. Moore (admitted *pro hac vice*)<br>Christian A. Zazzali (admitted *pro hac vice*)<br>K&L GATES LLP<br>70 West Madison St., Suite 3100<br>Chicago, IL 60602<br>Telephone: 312.781.6010<br>Facsimile: 312.827.8000<br>Email:   abe.moore@klgates.com<br>            christian.Zazzali@klgates.com |

*Attorneys for Plaintiff Eric Schiermeyer*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>          Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>          Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>          Nominal Defendant. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg<br><br>(Consolidated with 2:23-cv-00590-HCN) |

4867-8910-4550

TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,

       Counterclaimant,

vs.

ERIC SCHIERMEYER,

       Counterdefendant,

BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,

       Nominal Counterdefendant.

TRUE NORTH UNITED INVESTMENTS, LLC,

       Crossclaim Plaintiff,

vs.

BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,

       Crossclaim Defendant.

      Based on Plaintiff's Motion for Leave to File Overlength Reply in Support of Motion to Dismiss Counterclaims, it is hereby ORDERED that Plaintiff is granted an additional fifteen (15) pages and may file a Reply that is no more than 25 pages in length, excluding the face sheet, table of contents, table of authorities, signature block, certificate of service, and exhibits.

      DATED this _____ day of February, 2024.

                                    BY THE COURT:

                                    _____
                                    Magistrate Judge Daphne A. Oberg