John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
john.huber@gtlaw.com
wadleyd@gtlaw.com
marc.rasich@gtlaw.com
bakera@gtlaw.com

Michael G. Rhodes (California Bar No. 116127)
*Admitted Pro Hac Vice*
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
rhodesmg@cooley.com

*Attorneys for Defendants, Counterclaimant, and Crossclaim Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>  Plaintiff,<br>vs.<br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br>  Defendants,<br><br> and<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>  Nominal Defendant. | **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION ORDERING THE TEMPORARY APPOINTMENT OF A CUSTODIAN TO ACT AS PRESIDENT, CEO, AND SOLE DIRECTOR OF BLOCKCHAIN GAME PARTNERS, INC.**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg |

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES, <br>     Counterclaimant, <br> vs. <br> ERIC SCHIERMEYER, <br>     Counterdefendant, <br><br>   and <br> BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES, <br>     Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC, <br>     Crossclaim Plaintiff, <br> vs. <br> BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES, <br>     Crossclaim Defendant. | |

Defendant, Counterclaimant, and Crossclaim Plaintiff, True North United Investments, LLC ("True North"), by and through undersigned counsel, hereby respectfully moves the Court for leave to file an overlength Reply in Support of its Motion for Preliminary Injunction Ordering the Temporary Appointment of a Custodian to Act as President, CEO, and Sole Director of Blockchain Game Partners, Inc. (the "Reply Motion") consisting of approximately 12 substantive pages.

**<u>ARGUMENT</u>**

DUCivR 7-1(4)(A)(ii) authorizes reply briefs not to "exceed 10 pages", however, allows the Court to approve an "Overlength Motion, Response, or Reply" upon a showing of "good cause why additional pages are needed". Good cause exists here.

True North seeks leave to file its Reply Motion consisting of approximately 12 pages. The excess pages are necessary to adequately reply to the arguments asserted in Plaintiff's Opposition to True North's Motion for Preliminary Injunction Ordering the Temporary Appointment of a Custodian to Act as President, CEO, and Sole Director of Blockchain Game Partners, Inc., which contests each of the claims brought by True North on multiple grounds. True North has worked diligently to be as concise as possible but believes in good faith that to maximize the efficiency of these proceedings and conserve the resources of the Court, the overlength opposition is required to properly address the numerous arguments raised.

DATED February 16, 2024

GREENBERG TRAURIG LLP

/s/*Marc Rasich*
Marc Rasich
John Huber
Daniel Wadley
Alexander Baker

COOLEY LLP
Michael G. Rhodes

*Counsel for Defendants, Counterclaimant, and Crossclaim Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby served on counsel of record.

Paul W. Shakespear
Cameron Cutler
Natalie Beal
SNELL & WILMER LLP
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, UT 84101
pshakespear@swlaw.com
ccutler@swlaw.com
nbeal@swlaw.com

Abram L. Moore
Christian A. Zazzali
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
abe.moore@klgates.com
christian.zazzali@klgates.com

David L. Mortensen
Monica S. Call
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
dmortensen@foley.com
mcall@foley.com

GREENBERG TRAURIG, LLP

*/s/ Lindsey Wharton*