John W. Huber (Utah Bar No. 7226)
Daniel J. Wadley (Utah Bar No. 10358)
Marc T. Rasich (Utah Bar No. 9279)
Alexander Baker (Utah Bar No. 17163)
**GREENBERG TRAURIG, LLP**
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Telephone: (801) 478-6900
john.huber@gtlaw.com
wadleyd@gtlaw.com
marc.rasich@gtlaw.com
bakera@gtlaw.com

Michael G. Rhodes (California Bar No. 116127)
*Admitted Pro Hac Vice*
**COOLEY LLP**
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: (415) 693-2000
rhodesmg@cooley.com

*Attorneys for Defendants, Counterclaimant, and Crossclaim Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>    Plaintiff,<br>vs.<br>WRIGHT W. THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br>    Defendants,<br>  and<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>    Nominal Defendant. | **ORDER GRANTING TRUE NORTH UNITED INVESTMENTS, LLC'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION ORDERING THE TEMPORARY APPOINTMENT OF A CUSTODIAN TO ACT AS PRESIDENT, CEO, AND SOLE DIRECTOR OF BLOCKCHAIN GAME PARTNERS, INC.**<br>Case No. 2:23-cv-00589-HCN-DAO<br>Judge Howard C. Nielson<br>Magistrate Judge Daphne A. Oberg |

| | |
|---|---|
| TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br>    Counterclaimant,<br>vs.<br>ERIC SCHIERMEYER,<br>    Counterdefendant,<br><br>  and<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>    Nominal Counterdefendant. | |
| TRUE NORTH UNITED INVESTMENTS, LLC,<br>    Crossclaim Plaintiff,<br>vs.<br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A BGP GAMES,<br>    Crossclaim Defendant. | |

Based upon True North United Investments, LLC's ("True North") Motion for Leave to File Overlength Reply in Support of Motion for Preliminary Injuction Ordering the Temporary Appointment of a Custodian to Act as President, CEO, and Sole Director of Blockchain Game Partners, Inc., and for good cause appearing,

IT IS HEREBY ORDERED that True North is granted leave to file an overlength Opposition that is approximately 12 pages.

DATED:

                                                _____
                                                Magistrate Judge Daphne A. Oberg