# Exhibit 1

# K&L GATES

June 9, 2023

Abram I. Moore
abe.moore@klgates.com

T +1 312 781 6010
F +1 312 827 8000

**By E-mail**

John W. Huber
Greenberg Traurig, LLP
222 South Main Street, 17th Floor
St. Lake City, UT 84101
huberj@gtlaw.com

**Re:** Demand to Wright Thurston arising from his misconduct relating to Blockchain Game Partners, Inc.

Dear Mr. Huber:

As you know, we are counsel to Eric Schiermeyer. We write to demand that Wright Thurston immediately: resign as a director of the Company; remedy the damage that he has caused to Blockchain Game Partners, Inc. ("Gala" or "Company") through his theft of corporate assets; sign an agreement to indemnify the Company for any costs or liability it may incur as a result of Mr. Thurston's fraudulent conduct; and cease and desist from using the Gala brand to promote his other allegedly fraudulent ventures.

As more fully described herein, Mr. Thurston has:

- Stolen approximately 8 billion GALA tokens from the Company wallet, selling approximately half of those tokens and pocketing many tens of millions of dollars before the Company was able to stop him;

- Stolen licenses to mine GALA tokens by directing false entries in the Company's records, then selling those licenses to third parties in order to enrich himself (leading to lawsuits from those third parties alleging that Mr. Thurston defrauded them); and

- Causing the Company to incur severe reputational damage by engaging in conduct that has led the Securities and Exchange Commission to sue Mr. Thurston, alleging that he defrauded investors in Green United, LLC ("Green"), a venture in which Mr. Thurston allegedly sold "Green Boxes" by falsely promising that they would mine Green tokens.

We note that our investigation continues to expose misconduct by Mr. Thurston, and that we are aware of additional matters of serious concern. However, in an effort to provide you with a communication this week, this letter focuses primarily on this limited universe of misconduct.

A. **Company background and management**

Mr. Schiermeyer and Mr. Thurston are the only two directors of Gala. Mr. Schiermeyer is the President and Chief Executive Officer of the Company and exercises "general supervision over the business of the corporation and over its several officers." (Bylaws of the Company, Article 4.05.) Since the Company's formation, Mr. Schiermeyer has dutifully managed the operations of the Company and performed his obligations to act in the best interest of the Company.

In contrast, Mr. Thurston has had no legitimate involvement with the Company for years, by his own choice. While he has held the title of "Chief Blockchain Officer," Mr. Thurston admits that the position "is not needed" and that he does not act in that capacity. (May 15, 2023 Letter from Mr. Thurston to the Company.) Indeed, he now seeks to resign the position "retroactively." *Id.*

Mr. Thurston has charitably described himself as "not involved in the day-to-day operations" of the Company. *Id.* In fact, Mr. Thurston has been an absentee director. In recent years, Mr. Thurston was virtually unreachable for many months at a time, failing to respond to communications from Mr. Schiermeyer or the Company regarding critical corporate issues. He established a pattern and practice—and indeed a precedent—of not being reachable or available to participate in corporate decisions. Only recently (after having been sued by the SEC for fraud and caught stealing Company GALA tokens and licenses) has Mr. Thurston begun belatedly second-guessing corporate actions.

While Mr. Thurston has been voluntarily uninvolved in the management or operations of the Company, he has been eager to enjoy the trappings of the Company's success. Indeed, in perhaps his most substantive corporate decision, Mr. Thurston bound the Company to purchase a private jet for $65 million from Gulf Stream. Mr. Thurston never secured the approval of the board of directors or the Company president for such an expenditure.[1] This jet was purchased through "Benefactor Leasing II LLC" a Delaware LLC in which the sole member is the Company. This LLC was formed by Brent Hawkins, Mr. Thurston's personal attorney, who signed the LLC agreement as "Manager" of the LLC -- and *also on behalf of the Company*, falsely representing that he was an "Executive Vice President" of the Company when in fact he has never held any position within the Company whatsoever.[2] Mr. Schiermeyer reserves all rights to assert claims on behalf of the Company against Mr. Hawkins.

---

[1] In his May 15th letter, Mr. Thurston now challenges the payment of $7 million to Gulf Stream "to continue paying for a new aircraft." Mr. Thurston omits that *he committed the Company to purchase that aircraft for $65 million* in the first instance. Mr. Thurston paid the initial $5 million in Company funds toward the purchase of the aircraft. When the next $7 million payment was due under the terms of the contract that Mr. Thurston had wrongfully negotiated with Gulf Stream, Mr. Schiermeyer simply directed that the funds be paid (lest the Company lose the value of the deposit that Mr. Thurston had already paid).

[2] Mr. Hawkins' designation of himself as the Manager of the LLC has caused significant problems for the Company. The Company has sought to renegotiate certain terms of the agreement to purchase this jet with

2

We further note Mr. Thurston's new demand in his May 15th letter that "node holders [like himself] should get more." It is not surprising that Mr. Thurston would demand this: his desire to take more from the Company over time has led him to engage in conduct that has caused significant detriment to the Company, including stealing GALA tokens and node licenses in an attempt to enrich himself.

### B.      Operation of Gala Nodes and Licenses and the 2023 Vision Paper

GALA tokens are "minted" via Founders Nodes, the core of the Gala Games Ecosystem. Mr. Schiermeyer and Mr. Thurston both have Founders Nodes. These nodes are also available to others who purchase licenses from the Company (the number of available licenses is limited to 50,000). As explained in the Company's [2023 Vision Paper](), published in January 2023, the GALA minted by any Founders Node is distributed in part to the licensed node-holder and in part to the Company's "$GALA Treasury" to fund the growth and curation of the ecosystem. The Company treasury has long been established and reflected in the Company's financial statements.

After having been unreachable for some time, Mr. Thurston attended a meeting of the board of directors in January 2023, at which the items in the 2023 Vision Paper (to which Mr. Thurston has always had access) were reviewed. Mr. Thurston was complimentary of the work that Mr. Schiermeyer had done to advance the Company and raised no concerns whatsoever about the management of the Company or the items in the 2023 Vision Paper.

As set forth in the 2023 Vision Paper, the Company planned to upgrade from GALA v1 tokens to GALA v2 tokens. The 2023 Vision Paper set forth the rationale for implementing GALA v2 in some detail. The GALA v2 implementation was also discussed in a Company Slack channel that included Mr. Thurston. Mr. Thurston attended an April meeting of the Company's board of directors and raised no concerns about the long-planned GALA v2 implementation. As promised in the 2023 Vision Paper, on April 18, 2023, the GALA v2 airdrop was publicly announced.[3]

### C.      Mr. Thurston's theft and sale of the Company's GALA tokens (present value $211 million) to enrich himself

Mr. Thurston stole approximately 8,000,000,000 Gala tokens from the Company treasury and sold approximately half of those tokens, illegally pocketing the proceeds.

---

Gulf Stream. However, because of the way that Mr. Thurston and Mr. Hawkins structured this unauthorized deal, nothing can be finalized regarding this asset without Mr. Hawkins' approval. Mr. Hawkins (who, again, has no office whatsoever within the Company) has refused to authorize any revisions to the agreement, leading Gulf Stream to threaten to sue.

[3] Only in the days immediately preceding the implementation of GALA v2 did Mr. Thurston's lawyer, Brent Hawkins, begin belatedly questioning this operational decision. He raised no legitimate concerns that the implementation would harm the Company, and in fact no such arguments could be raised.

In the early days of the Company, when Mr. Thurston was still occasionally around, he suggested that the Company's assets should be decentralized so that they were not held in a single large Company wallet but instead would be distributed to many smaller Company wallets. Unfortunately, the Company agreed to this and Mr. Thurston directed the decentralization process in or around September 2020. The Company's tokens were moved into several hundred smaller wallets controlled by the Company. The Company submitted reports to Coin Gecko and Coin Market Cap, companies that publish information about crypto companies, detailing the address of each wallet that held the Company's assets. Thus, users were able to monitor the flow of tokens into and out of these Company wallets.

Sometime in or after February 2021, the Company was notified that one of the wallets that the Company had publicly identified as holding Company assets was empty. Upon examination, the Company discovered that many of the wallets into which Mr. Thurston had directed the Company's assets were empty. Indeed, over 8,000,000,000 GALA tokens were missing from these accounts. It initially appeared that the Company's accounts had been hacked by an outside threat actor. Only by tracking the Ethereum used to transfer the GALA tokens to various outside wallets was the Company able to determine that the threat actor and thief was Mr. Thurston himself. Mr. Thurston had moved the stolen tokens into approximately 40 wallets that were under his control. The Company had no way to access these wallets.

When confronted, Mr. Thurston explained that he was simply holding the Company's assets in order to keep them secure. Mr. Schiermeyer demanded that Mr. Thurston return the stolen tokens to the Company wallets, but Mr. Thurston refused. The stolen tokens represented approximately 20% of the total issued tokens at that time, and if Mr. Thurston decided to dump them on the market, the ecosystem would face collapse. Because Mr. Thurston effectively held the Company hostage, and because he insisted that he intended to act as a secure custodian of the Company GALA, Mr. Schiermeyer did not contact the authorities or file suit at that time and instead the Company closely tracked the wallets into which Mr. Thurston had transferred the stolen GALA to ensure that the Company assets were not sold.

However, Mr. Thurston's statements that he intended to keep the Company's assets secure were false. Approximately six months ago, the Company discovered that the Company's assets were being sold from the wallets controlled by Mr. Thurston. Mr. Thurston had begun selling (or "moving") the stolen GALA tokens and keeping the proceeds for himself. Mr. Schiermeyer sent numerous texts asking Mr. Thurston what he was doing and demanding that he stop selling the tokens and return them to the Company.[4] Mr. Thurston first responded was

---

[4] For example, Mr. Schiermeyer texted Mr. Thurston, "you have 8 billion gala that are the company's reserves and some of it moved today. why?" Mr. Thurston did not respond. Shortly thereafter, Mr. Schiermeyer texted "hey you're moving gala again?" Again, no reply, leading Mr. Schiermeyer to ask "you getting texts?" Mr. Schiermeyer then texted "Hey why are you moving Gala?" and Mr. Thurston falsely responded "Moving to buy ammo . . . From liberty." Mr. Schiermeyer texted "we decided not to have gala buy ammo . . . can you move it back?" But Mr. Thurston did not return the stolen tokens. Mr. Thurston

that he was selling some of the GALA in order to purchase ammunition for firearms.[5]  Then he simply stopped responding.  These texts culminated in the following texts from Mr. Schiermeyer:

> [Your] selling gala on coinbase is being watched by our community and it's hurting the business. you need to stop. we never agreed that you would do this.
>
> please send the funds to the company bank account

Again, Mr. Thurston failed to respond.  Mr. Thurston ignored demands to return the stolen tokens and kept selling the stolen tokens until the Company was required to take extraordinary measures to stop him.

Those extraordinary measures were taken in connection with the issuance of GALA v2 last month.  When GALA v2 was issued, it replaced the GALA v1 in users' wallets on most platforms.  When GALA v2 was issued to replace GALA v1, the stolen GALA v1 tokens in Mr. Thurston's wallets were not converted to GALA v2.  By taking this action, the Company was able to mitigate some of the damage caused by Mr. Thurston's theft and prevent further liquidation of the stolen tokens.  However, by that time, Mr. Thurston had sold approximately half of the 8 billion stolen tokens, enriching himself by many tens of millions of dollars.[6]

Mr. Thurston's scheme to enrich himself at the expense of the Company was an existential threat to the Gala ecosystem.  For example, the largest cryptocurrency exchange, Coinbase, refused to accept the GALA v2 upgrade and GALA v2 cannot be traded on that exchange to this day.  While others have [questioned](#) why Coinbase made this decision, Coinbase advised the Company that it did not support the upgrade in large part because it was concerned about the fact that a Company insider had stolen and sold millions of dollars' worth of the GALA v1 tokens (and, to this day, Coinbase continues to query the Company about its involvement with Mr. Thurston in light of his misconduct).

After Mr. Thurston accessed and stole tokens from the Company treasury, the Company took action to secure the Company's assets against future theft.  As explained [publicly](#), the Company has "established a wallet with 2 billion $GALA as a strategic reserve, which will be

---

then refused to respond to texts asking "Why do you keep moving Gala tokens?" and "why are you dumping gala?"

[5] Mr. Thurston expressed concern that people with whom he had engaged in business dealings may attempt to assault him and therefore obsessed over his personal security (hiring bodyguards and stockpiling ammunition).

[6] It appears that the concerns expressed by Mr. Thurston's personal attorney immediately before GALA v2 was implemented may have been motivated by Mr. Thurston's knowledge that the flow of funds from his stolen GALA was about to come to an end.

5

openly labeled on-chain for all to see" and the reserve is "locked behind a multisig wallet," which requires more than one private key. As of today, there are five private key holders and three of the holders must authorize a distribution before tokens can be removed from the Company wallet.[7] This makes it more difficult for threat actors like Mr. Thurston to access and steal the Company's assets.

In his May 15th letter, Mr. Thurston appears to be retroactively attempting to justify his illegal conduct. It appears that Mr. Thurston hopes to re-characterize his theft of Company assets as either (a) claiming awards that were generated for his benefit by his own nodes or (b) taking tokens that had previously been set aside "for compensation to other executives." It is telling that Mr. Thurston appears to be unable to decide which of these two stories to rely upon. Neither is true.

First, the tokens stolen by Mr. Thurston were not generated for his benefit by his own nodes. While Mr. Thurston (and/or his investment vehicle, True North) does own nodes that generate Gala tokens, any tokens generated by those nodes for his benefit are deposited into Mr. Thurston's personal wallet. He has always had access to those tokens. Any such awards are entirely separate from the billions of tokens that Mr. Thurston stole from the Company wallets and sold for his own benefit.[8] Indeed, all of these transactions are easily verifiable on the blockchain.

Second, the tokens stolen by Mr. Thurston were in the Company treasury, which exists for the purpose of funding Company operations (as set forth in documents published by the Company and in the Company's financial statements). The stolen tokens were not designated to be distributed to Mr. Thurston as a shareholder, and he certainly never claimed as much prior to stealing them. Indeed, he has expressly admitted that the tokens in Company wallets were Company assets many times over (including when he suggested decentralizing the Company assets into numerous wallets and when he stated that he had taken those assets from Company wallets in order to ensure their security).[9] There is no basis for any contention that Company assets were actually Mr. Thurston's assets.

---

[7] Mr. Thurston's request in his May 15th letter that the private keys securing Company accounts be "decentralized" is both ironic and moot. It was addressed and publicly announced before he sent that letter.

[8] In his May 15th letter, Mr. Thurston mischaracterizes Mr. Schiermeyer's texts as "insinuating that True North does not own the Gala received from its nodes." This is false. Mr. Schiermeyer texted demanding that Mr. Thurston return the Gala tokens that he stole from the Company wallets, not the tokens generated by his own nodes.

[9] Mr. Thurston's story here has also been inconsistent. At times, he has said that he was just holding the Company's tokens to keep them secure. Other times he has denied taking or selling the tokens altogether. Other times he has claimed that they somehow belonged to him as a shareholder.

The tokens Mr. Thurston stole and sold have a present value of approximately $211 million. Mr. Schiermeyer demands that Mr. Thurston immediately return $211 million to the Company to compensate it for the tokens Mr. Thurston stole.

### D. Mr. Thurston's theft of licenses to mine GALA tokens in order to enrich himself

Mr. Thurston has also stolen licenses to mine GALA then sold the licenses to third parties for his own enrichment, leading to lawsuits from those third parties against Mr. Thurston and the Company.

Some time ago, Mr. Schiermeyer noted that the Company's GALA distribution report showed a new licensee named Jason Anderson with 672 operational nodes who was actively mining GALA tokens. At the time, Mr. Anderson was the largest miner of GALA. However, upon examining the records for this licensee, the Company discovered that there was no sales information in the system for the licenses. It was evident that a false entry had been made in the system, in which licenses were activated without anyone having paid for them. Again, it appeared that the Company had been hacked by an outside threat actor. The Company therefore disabled the unauthorized nodes.

Shortly thereafter, the Company was contacted by Mr. Anderson (whose company is called Blox Lending LLC), the licensee whose nodes had been disabled. Blox informed the Company that it had purchased the relevant licenses from Mr. Thurston. Any funds paid to Mr. Thurston for those licenses were never conveyed to the Company. At no time did Mr. Thurston secure the Company's authorization to provide Gala-mining licenses to Blox or Mr. Anderson.

The Company ultimately learned that there was a lawsuit between Mr. Thurston and Blox pending in Utah.[10] Blox had sued Mr. Thurston (and Gala), alleging that Mr. Thurston falsely represented that he had "developed new and improved cryptocurrency mining equipment, which mined Gala, Green, and Gala NFT cryptocurrency rewards." Mr. Thurston called the equipment a "Smart Box" and claimed that it was superior to the existing mining equipment owned by Blox. He allegedly represented that if Blox purchased Smart Boxes[11] and "paid the 30 day operator licenses required to activate the Gala, Green, and Gala NFT rewards," then Blox would own all the rewards generated by the Smart Boxes, including Gala tokens and NFTs. Blox alleges that the Smart Boxes were never delivered and that the 672 promised Gala nodes were taken away (which Blox alleges were worth roughly $60 million).

---

[10] We understand that Mr. Thurston and Jason Anderson of Blox had engaged in discussions back and forth in mid-2021, culminating in Mr. Anderson stating that Blox would sue Mr. Thurston. Mr. Thurston then rushed to file suit before Blox filed, and the cases have now been consolidated.

[11] Mr. Thurston allegedly promised to provide Smart Boxes (plus a rebate) to BLOX in exchange for the mining equipment then owned by BLOX.

We also understand that Mr. Thurston retained counsel to represent Gala in the Blox lawsuit without even notifying any other corporate officer, director or shareholder that Gala had been sued. Mr. Thurston was not authorized by the Company to engage counsel for the Company, and doing so under these circumstances was an obvious attempt to hide his wrongdoing from the Company. Indeed, we understand that Mr. Thurston purported to execute pleadings and discovery responses on the Company's behalf before the Company became aware of the lawsuit (nearly a year after it was filed) and retained its own attorneys.  This lawsuit has already caused Gala reputational damage and has also caused the Company to incur legal fees and face potential exposure based upon Mr. Thurston's alleged conduct.

The Blox lawsuit is not the only case in which Mr. Thurston has been sued for selling GALA licenses.  Another plaintiff, Derrick Hope, has also sued Mr. Thurston in Utah, alleging that he paid Mr. Thurston $400,000 in exchange for, among other things, mining equipment and 268 Gala node licenses.[12] The Company never received any portion of those funds and never authorized Mr. Thurston to grant node licenses to Mr. Hope.

### E.   Mr. Thurston's damage to the Gala reputation, brand, and goodwill by associating it with his Green venture, which the SEC alleges is fraudulent

Mr. Thurston has wrongly used Gala's reputation to promote Green, a venture Mr. Thurston founded, thus damaging the Company.  The Securities and Exchange Commission has sued Mr. Thurston, alleging that Mr. Thurston defrauded investors in Green.  Specifically, the SEC alleges that Mr. Thurston "raised more than $18 million through the sale of investments in the form of so-called Green Boxes" and "Green Nodes" by "falsely stat[ing] that these products mined a crypto asset called GREEN on a purported blockchain called the 'Green Blockchain'." (Complaint, ¶ 2, *SEC v. Green United, LLC et al.*, Case No. 2:23-CV-00159, D. UT.)  The SEC alleges that GREEN was not even a mineable crypto asset and that the "Green Blockchain" promoted by Mr. Thurston did not exist. *Id.* ¶ 3.  The SEC further alleges that Mr. Thurston created the total supply of GREEN tokens in 2018 through a smart contract on the Ethereum blockchain. *Id.* ¶ 45.

In order to lure investors into Green, we understand that Mr. Thurston relied upon his association with Gala, used the Gala name to promote Green, and falsely suggested that Gala was somehow involved with the Green entity.  As a result of this, Mr. Schiermeyer has been forced to field inquiries from numerous parties regarding Gala's potential involvement with Mr. Thurston's allegedly-illicit venture, when in fact there is no such involvement.  This has caused significant damage to the Gala reputation, brand, and goodwill.

For example, just yesterday, Coinbase sent the Company a series of questions, including:

---

[12] Mr. Hope also alleges that Mr. Thurston threatened that if Mr. Hope assisted the Blox parties with their litigation, he "would file multiple lawsuits against Hope and Hope's business associates."

- "Please provide addresses of any project treasuries, insiders, and investors (including Wright Thurston and True North Investments). Please provide a vesting schedule for any allocations that are not vested."

- "Please describe Wright Thurston's historic and present engagement in Gala games management, operations and finances."

- "Have there been any changes to the organizational or management structure at Blockchain Game Partners following the SEC's lawsuits against Wright Thurston, True North and the Green United project? If so, please describe the changes."

In other words, the largest exchange in the United States appears to be questioning the legitimacy of the Company because of its continued involvement with Mr. Thurston.

Mr. Schiermeyer demands that Mr. Thurston cease and desist from using the Gala brand to promote his other ventures, and reserves the right to seek relief on behalf of the Company for the damage caused to Gala due to any representations by Mr. Thurston that Gala was in any way associated with Green.

### F.   Mr. Thurston's conduct since being twice sued for defrauding investors and being caught stealing Company tokens and licenses

In recent months, after Mr. Thurston was sued by investors in his allegedly-fraudulent "Smart Box" venture and by the SEC for his allegedly fraudulent "Green Box" venture, and after he was caught stealing Company tokens and licenses, Mr. Thurston began sending communications to Gala and Mr. Schiermeyer recasting himself as a responsible director of the Company rather than a wholly-disengaged director who stole Company assets and was accused of defrauding investors in his other ventures.

Mr. Thurston, through counsel, sent a letter to Mr. Schiermeyer on May 19, 2023, claiming that Mr. Schiermeyer had taken some wholly unspecified "actions" that somehow "detrimentally impacted the value of BGP" and demanding that the purported "actions" stop. The letter does not identify a single action by Mr. Schiermeyer, much less an action that he was not authorized to take as president and Chief Executive Officer of the Company and/or one that damaged the Company in any way.

Mr. Thurston also sent a letter to the Company on May 15, 2023, wrongly suggesting that certain corporate actions were unauthorized, specifically (1) the Gala v2 implementation and (2) the creation of Gala Music.[13] Mr. Thurston does not allege that the Operational Actions "detrimentally impacted the value of BGP" in any form or fashion. Further, we understand that Gala Music has *not* been formed because Mr. Thurston has now reversed his prior agreement to

---

[13] The letter was directed to the Company, but complains largely about Mr. Schiermeyer's alleged actions. Therefore, we have addressed some of the allegations in that letter here on behalf of Mr. Schiermeyer.

9

the proposed capitalization table. Thus, this is an action that has not proceeded precisely *because* Mr. Thurston refuses to authorize it.

Further, the Gala v2 implementation was properly authorized. Under the Bylaws of the Company, while the "board of directors shall have the control and general management of the affairs and business of the corporation" (Article 3.10), it delegates "general supervision over the business of the corporation and over its several officers" to the President (Article 4.05). The powers reserved for the board include such matters as authorizing distributions to shareholders, filling vacancies on the board of directors, amending the articles of incorporation or corporate bylaws, and approving a plan of merger or authorizing any sale of shares in the Company. (Article 3.14.) There is nothing in the Bylaws stating that implementing a more secure token must be approved by the Board of Directors.[14] In any event, Mr. Thurston has long been aware of the coming GALA v2 implementation and never objected to it until his lawyer began asking questions in the days immediately preceding the implementation.

Mr. Thurston also includes a list of things that he would like to see the Company do (e.g. add additional directors, provide more rewards to node owners like himself). Before addressing any such matters, Mr. Thurston's misconduct and Mr. Schiermeyer's demand that Mr. Thurston resign from the board of directors must be fully and finally addressed.

\* \* \*

Given the serious misconduct detailed above, Mr. Schiermeyer demands that Mr. Thurston:

- Resign as a director of the Company immediately due to his gross abuse of the position of director, intentional infliction of harm on the Company, and fraudulent conduct with respect to the Company;

- Pay the Company $211 million, the present value of the Company's GALA tokens that he stole and sold for his own personal benefit;

- Compensate the Company for the damage he has caused to the Company and Gala ecosystem (the Company can and will engage an expert to quantify these damages);

- Immediately cease and desist from using the Gala name or brand to promote his other ventures, as the allegedly-fraudulent nature of those ventures is causing damage to Gala by association; and

---

[14] As set forth above, Mr. Thurston also challenges the payment of $7 million to Gulf Stream "to continue paying for a new aircraft" when in fact Mr. Thurston committed the Company to this payment in an unauthorized transaction.

- Sign an agreement expressly confirming that he will indemnify the Company for any and all defense costs and liability arising out of the BLOX lawsuits, the SEC's lawsuit against him, or other lawsuits arising from his allegedly fraudulent conduct.

Mr. Schiermeyer expressly reserves any and all rights to seek additional damages against Mr. Thurston, including on behalf of the Company, and nothing in this letter is intended to waive or can be construed as waiving any such rights.

Very truly yours,

Abram Moore

cc: Brent Hawkins (bhawkins@blockadeunited.com)
Desiree Moore (desiree.moore@klgates.com)
Blake Walker (bwalker@gala.games)