# Exhibit 2



Daniel J. Wadley
801-478-6910
*wadleyd@gtlaw.com*

May 19, 2023

***VIA EMAIL: eric@gala.games***

Eric Shiermeyer
Board Member, Shareholder & Chief Executive Officer
Blockchain Game Partners, Inc.

     Re:    Cease and Desist

Dear Mr. Shiermeyer:

    Greenberg Traurig has been retained to represent True North United Investments, LLC ("True North"), one of the founders of and a significant shareholder in Blockchain Game Partners, Inc. ("BGP"). True North has learned that you have recently taken actions, without proper approval by the BGP Board of Directors, that have detrimentally impacted the value of BGP, together with its platform and its community. Your actions further have imperiled BGP's future and success. This reckless, counterproductive, and unauthorized conduct must stop immediately.

    Accordingly, this letter formally demands that you – and all other corporate officers under your direction – cease and desist from any and all decisions and actions that will or could materially affect the value of BGP without first obtaining written authorization and approval by the Board of Directors.

    Any and all such actions materially affecting and/or impairing the value of BGP or its assets must be approved by the Board of Directors according to the BGP Bylaws. Please be on notice that you will be held personally responsible to BGP's shareholders for the destruction of value that you have caused without necessary and required Board authorization.

    Your actions, and the impact they have had on BGP, must be addressed at the earliest possible opportunity in a formal meeting of the BGP Board of Directors. Ideally, BGP's corporate officers and legal counsel will also be invited to participate in the Board meeting.

                    Very truly yours,

                    Daniel J. Wadley
                    Greenberg Traurig, LLP

Cc: Blake Walker: bwalker@gala.games