| | |
|---|---|
| Paul W. Shakespear (14113)<br>Cameron Cutler (15116)<br>Natalie Beal (18311)<br>SNELL & WILMER L.L.P.<br>15 West South Temple<br>Suite 1200<br>Gateway Tower West<br>Salt Lake City, Utah 84101<br>Telephone: 801.257.1900<br>Facsimile: 801.257.1800<br>pshakespear@swlaw.com<br>ccutler@swlaw.com<br>nbeal@swlaw.com | Abram I. Moore (pro hac vice)<br>VENABLE LLP<br>227 W. Monroe Street, Ste. 1900<br>Chicago, IL 60606<br>Telephone: (312) 820-3400<br>Facsimile: (312) 820-3401<br>AMoore@Venable.com<br><br>Christian A. Zazzali (pro hac vice)<br>K&L GATES LLP<br>70 West Madison St., Suite 3100<br>Chicago, IL 60602<br>Telephone: 312.781.6010<br>Facsimile: 312.827.8175<br>christian.zazzali@klgates.com |

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>       Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>       Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>       Nominal Defendant. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 2:23-cv-00589-HCN<br><br>Hon. Howard C. Nielson, Jr. |

**PLEASE TAKE NOTICE** that Abram I. Moore, counsel for Plaintiff Eric Schiermeyer, has the following new address:

    VENABLE LLP
    227 W. Monroe Street, Ste. 1900
    Chicago, IL 60606
    Telephone: (312) 820-3400
    Facsimile: (312) 820-3401

    Email: AMoore@Venable.com

Please note counsel's new address on all future pleadings and correspondence.

DATED this 7th day of March, 2024.

                                              VENABLE LLP

                                              */s/ Abram I. Moore*
                                              Abram I. Moore
                                              AMoore@Venable.com
                                              227 West Monroe Street, Suite 1900
                                              Chicago, IL 60606