Paul W. Shakespear (14113)
Cameron Cutler (15116)
Natalie Beal (18311)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email: pshakespear@swlaw.com
       ccutler@swlaw.com
       nbeal@swlaw.com

Abram I. Moore (admitted *pro hac vice*)
VENABLE LLP
227 W. Monroe Street, Ste. 1900
Chicago, IL 60606
Telephone: 312.820.3400
Facsimile: 312.820.3401
Email:   abe.moore@venable.com

Christian A. Zazzali (admitted *pro hac vice*)
K&L GATES LLP
70 West Madison St., Suite 3100
Chicago, IL 60602
Telephone: 312.781.6010
Facsimile: 312.827.8000
Email:   christian.Zazzali@klgates.com

*Attorneys for Plaintiff Eric Schiermeyer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| ERIC SCHIERMEYER, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Plaintiff,<br><br>vs.<br><br>WRIGHT THURSTON and TRUE NORTH UNITED INVESTMENTS, LLC,<br><br>Defendants,<br><br>BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,<br><br>Nominal Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:23-cv-00589-HCN-DAO<br><br>Judge Howard C. Nielson<br><br>Magistrate Judge Daphne A. Oberg<br><br>(Consolidated with 2:23-cv-00590-HCN) |

1

TRUE NORTH UNITED INVESTMENTS, LLC, Derivatively on Behalf of Nominal Defendant, BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,

       Counterclaimant,

vs.

ERIC SCHIERMEYER,

       Counterdefendant,

BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,

       Nominal Counterdefendant.

TRUE NORTH UNITED INVESTMENTS, LLC,

       Crossclaim Plaintiff,

vs.

BLOCKCHAIN GAME PARTNERS, INC. D/B/A GALA GAMES,

       Crossclaim Defendant.

PLEASE TAKE NOTICE that pursuant to DUCivR 83-1.4(b)(1), Christian A. Zazzali of K&L Gates LLP hereby withdraws as counsel for Plaintiff Eric Schiermeyer in this matter. Abram Moore, Paul Shakespear, Cameron Cutler, and Natalie Page Beal ("Counsel") will remain as counsel of record for Plaintiff Eric Schiermeyer and are aware of and will comply with all pending deadlines, hearings, and trial dates.

DATED this 25th day of March, 2024.

                                            K&L GATES LLP

                                        /s/ *Christian A. Zazzali*
                                        Christian A. Zazzali

                                        SNELL & WILMER L.L.P.
                                        Paul W. Shakespear
                                        Cameron Cutler
                                        Natalie Beal

                                        VENABLE LLP
                                        Abram I. Moore

                                        *Attorneys for Plaintiff Eric Schiermeyer*

4890-1768-4401