# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| Schiermeyer,<br><br>**Plaintiff(s),**<br><br>vs.<br><br>Thurston,<br><br>**Defendant(s).** | Case No. 2:23-cv-00589-HCN-DAO |

## TRANSCRIPT PURCHASE NOTICE

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☐ Attorney: Paul Shakespear for Plaintiff SNELL & WILMER LLP

☐ Party:

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 02.26.25 | Motion Hearing/Oral Ruling |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**

Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

| | |
|---|---|
| 02/26/25 | Teena Green |
| | Court Reporter |